UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18 –mc-81148-UNA/DLB

IN RE:

SEALED COMPLAINT
_____/

FILED BY ____ D.C.

AUG 29 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the Criminal Complaint and supporting documents filed under the above-referenced case number.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
Mark.Dispoto@usdoj.gov
Florida Bar No. A5501143
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777