UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-mc-81148-UNA/DLB

IN RE:

SEALED COMPLAINT

_____/

FILED BY SP D.C.

AUG 29 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER TO UNSEAL

This cause came before this Court on the Government's Motion to Unseal. The Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Motion is hereby granted, and the Clerk of the Court is directed to unseal the Criminal Complaint and supporting documents filed under the above-referenced case number.

**DONE AND ORDERED** at West Palm Beach, Florida, this 27th day of August, 2018.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE