UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-MC-81148-UNA/DLB

IN THE MATTER OF

THE EXTRADITION OF

OWEN ALTHELBERT HEADLEY

_____/

NOTICE OF FILING DECLARATION
OF KATHERINE C. FENNELL

The United States of America, by its attorney, Lothrop Morris, Assistant United States Attorney for the Southern District of Florida, hereby files this Notice of Filing Declaration of Katherine C. Fennell. In support of its filing, the government states as follows:

The Declaration of Katherine C. Fennell sets forth: (1) the provisions of the extradition treaty between the United States and Canada as well as the Diplomatic Note formally requesting the extradition of Owen A. Headley ("Headley");   (2) the treaty provisions are in full force and effect;   (3) the Government of the United States will provide legal representation for Canada in this Court;   (4) the three offenses for which extradition is sought; and (5) the attached certified documents submitted by the Government of Canada in support of the extradition.

WHEREFORE, the United States of America respectfully files the declaration and

attached documents in support of the extradition of Headley.

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                UNITED STATES ATTORNEY

                 s/   LOTHROP MORRIS
           By: LOTHROP MORRIS
                ASSISTANT U.S. ATTORNEY
                Florida Bar # 0095044
                500 Australian Avenue, Suite 400
                West Palm Beach, FL 33401
                (561) 820-8711
                (561) 820-8777 (FAX)
                LOTHROP.MORRIS@USDOJ.GOV

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                          By: s/   LOTHROP MORRIS
                                                   LOTHROP MORRIS
                                                   ASSISTANT U.S. ATTORNEY