UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-81148-mc-Unassigned/DLB

UNITED STATES OF AMERICA
      Plaintiff,

vs.

OWEN ALTHELBERT HEADLEY,
      Defendant.
_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006 A, and the Court having found, after hearing, that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the total sum of **$3,500** within **60** days from the date of this order. The payment shall be sent, along with a copy of this order, to the Clerk of Court, for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. Section 3006A(f). Unless such payment is made on or before the above stated date, the Court may terminate the appointment of counsel as the interest of justice may dictate, pursuant to 18 U.S.C. Section 3006A(c).

It is further **ORDERED** that a Status Conference on reimbursement shall be held on **10/30/18** at **West Palm Beach** before the Duty Magistrate Judge in West Palm Beach, Florida. This hearing may be canceled upon advance notification to the Magistrate Judge's Courtroom Deputy that payment(s) has (have) been met and is (are) current pursuant to the payment schedule. If no notification has been made, or if payment(s) is (are) delinquent, both defense counsel and the defendant are required at the hearing.

**DONE AND ORDERED** at West Palm Beach, Florida, this __31st__ day of August, 2018.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

CC:   AUSA
       Defense Counsel
       US Marshals Service
       Pretrial Services
       Financial Section, Miami