IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

IN RE EXTRADITION                       CASE NO:    18MC81148 UNA/DCB

OWEN HEADLEY
_____/

**AGREED MOTION TO CONTINUE THE SEPTEMBER 6, 2018 HEARING**

     COMES NOW, by agreement between ROBERT GERSHMAN, ESQ., on behalf of the Defendant, and LOTHROP MORRIS, AUSA, ESQ., on behalf of the United States, and agree to continue the hearing set September 6, 2018, at 10:00am, before the Honorable William Matthewman. Undersigned, contemporaneous herewith, filed his Notice of Permanent Appearance in this case. Further undersigned is not aware of any deadlines that apply, and time is needed for counsel to adequately prepare for the hearing. The ends of justice are best served by granting this Motion. Counsel requests a mutually convenient date in approximately two weeks that does not interfere with either counsel's schedule and is convenient with the Court. In this regard, we request to organize a new hearing date with Chambers. I certify I have personally conferred with Mr. Morris and he agrees to continue the matter.

     I HEREBY CERTIFY a true & correct copy has been efiled on September 4, 2018, and emailed to Lothrop Morris, AUSA, Esq.

                                                          GERSHMAN & GERSHMAN
                                                          2160 W. Atlantic Avenue
                                                          Second Floor
                                                          Delray Beach, FL 33445
                                                          Telephone: (561) 684-8898
                                                          robert@rglawfirm.us
                                                          S//Robert Gershman_____
                                                          ROBERT S. GERSHMAN
                                                          Fla. Bar No. 917397