IN THE DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA

IN RE EXTRADITION					CASE NO:	18MC81148 UNA/DCB

OWEN HEADLEY
_____/

## NOTICE OF PERMANENT APPEARANCE

COMES NOW, ROBERT GERSHMAN, and enters this permanent appearance for OWEN HEADLEY, and asks that all further pleadings, correspondence and other matters pertinent to this cause be served upon aid attorney.

I HEREBY CERTIFY a true & correct copy has been efiled on September 4, 2018.

GERSHMAN & GERSHMAN
2160 W. Atlantic Avenue
Second Floor
Delray Beach, FL 33445
Telephone: (561) 684-8898
robert@rglawfirm.us
S//Robert Gershman
ROBERT S. GERSHMAN
Fla. Bar No. 917397