UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   18-81148-MC-UNA

IN THE MATTER OF

THE EXTRADICTION OF

OWEN ALTHELBERT HEADLEY
_____/

**MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL**

The Federal Public Defender respectfully moves that his appointment as counsel for the Defendant, Owen Headley, be terminated as the Defendant has retained Robert Gershman to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

*s/Neison M. Marks*
Neison M. Marks
Assistant Federal Public Defender
Attorney for Defendant
Court Assigned No.   A5500635
450 South Australian Avenue
Suite 500
West Palm Beach, Florida 33401
Phone:   (561) 833-6288
Fax:   (561) 833-0368
Email:   Neison_marks@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on September 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                   *s/Neison M. Marks*
                                                                   Neison M. Marks