UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   18-81148-MC-UNA

IN THE MATTER OF

THE EXTRADICTION OF

OWEN ALTHELBERT HEADLEY
_____/

**ORDER TERMINATING APPOINTMENT OF COUNSEL**

It appearing to the Court that the Defendant, Owen Headley, has retained Robert Gersham, to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and he is relieved of further duties in this cause.

DONE AND ORDERED this _____ day of September, 2018 at West Palm Beach, Florida.

_____
UNITED STATES DISTRICT JUDGE

CC:   Neison Marks, AFPD
      Lothrop Morris, AUSA
      Robert Gersham, PA