IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

IN RE EXTRADITION                    CASE NO:    18MC81148 UNA/DCB

OWEN HEADLEY
_____/

**AGREED MOTION TO CONTINUE DETENTION HEARING**

    COMES NOW, by agreement between ROBERT GERSHMAN, ESQ., on behalf of Mr. Headley, and LOTHROP MORRIS, AUSA, ESQ., on behalf of the United States, and agree to continue the Detention Hearing set on September 19, 2018, at 10:00am. Undersigned is not aware of any deadlines that apply to this extradition matter. Mr. Headley remains in custody. This request is made based upon the following:

Additional time is needed for counsel to adequately prepare.

A work conflict exists for the Government.

The hearing is set on The High Holy Day, Yom Kippur, which counsel celebrates.

The parties personally conferred and agree to continue the Detention Hearing.

The parties request the hearing be reset to a date not before September 24, 2018.

    I HEREBY CERTIFY a true & correct copy of this Agreed Motion has been efiled and emailed to Lothrop Morris, AUSA, Esq. on September 12, 2018.

                                          GERSHMAN & GERSHMAN
                                          2160 W. Atlantic Avenue
                                          Second Floor
                                          Delray Beach, FL 33445
                                          Telephone: (561) 684-8898
                                          robert@rglawfirm.us
                                          S//Robert Gershman
                                          ROBERT S. GERSHMAN
                                          Fla. Bar No. 917397