IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

IN RE EXTRADITION                          CASE NO:    18MC81148 UNA/DCB

OWEN HEADLEY
_____/

### DEMAND FOR DISCOVERY

COMES NOW, Mr. Headley, and requests the Court grant this Demand to provide him discovery, consistent with the standard discovery order in ordinary criminal cases.

Mr. Headley is entitled to exculpatory evidence consistent with <u>Brady v Maryland</u>, 373 U.S. 83 (1963), and <u>USA v Giglio</u>, 405 U.S. 150 (1972). We assert, consistent with the Sixth Circuit in <u>Demjanjuk v Petrovsky</u>, 10 F.3d 338 (6th Cir. 1993), that <u>Brady</u> and <u>Giglio</u> apply as a matter of right to extradition proceedings. We request the Court Order the Government provide us the subject Discovery.

Any discovery in addition to <u>Brady</u> and <u>Giglio</u> is at the Court's discretion. <u>In Re Extradition of Powell</u>, 4 Supp 2d 945 (S.D. Cal 1998), and <u>Martin v Warden</u>, 995 F.2d 824, 828 (11th Cir. 1993). We request the Court exercise its discretion in this instance.

Mr. Headley asserts actual innocence and will introduce evidence and testimony to support same and the special circumstances necessary to show he is eligible for bond.

I HEREBY CERTIFY a true & correct copy of this Motion has been efiled and emailed to Lothrop Morris, AUSA, Esq. on September 12, 2018.

GERSHMAN & GERSHMAN
2160 W. Atlantic Avenue, Second Floor
Delray Beach, FL 33445
Telephone: (561) 684-8898
robert@rglawfirm.us
S//Robert Gershman
ROBERT S. GERSHMAN
Fla. Bar No. 917397
