UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-MC-81148-UNA/DLB

IN THE MATTER OF

THE EXTRADITION OF

OWEN ALTHELBERT HEADLEY

_____/

NOTICE OF FILING SUPPLEMENTAL
AFFIDAVIT OF ERICA WHITFORD

The United States of America, by its attorney, Lothrop Morris, Assistant United States

Attorney for the Southern District of Florida, hereby files this Notice of Filing Affidavit of Erica

Whitford. In support of its filing, the government states as follows:

The Affidavit of Erica Whitford sets forth: (1) the correct Date of Birth for Owen A.

Headley ("Headley");   (2) Headley's Florida Driver's License;   and (3) the Warrant for Headley

and supporting documents submitted by the Government of Canada in support of the extradition.

WHEREFORE, the United States of America respectfully files the Affidavit and

attached documents in support of the extradition of Headley.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

 s/    LOTHROP MORRIS
By: LOTHROP MORRIS
ASSISTANT U.S. ATTORNEY
Florida Bar # 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: <u>s/    LOTHROP MORRIS</u>
LOTHROP MORRIS
ASSISTANT U.S. ATTORNEY