

Embassy of the United States of America

## Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition

### AMERICAN FOREIGN SERVICE

Ottawa, Canada, September 13, 2018



I, Michael Barkin, Chargé d'Affaires of the United States of America at Ottawa, Canada, hereby certify that the annexed papers, being authenticated supporting documents proposed to be used upon an application for the extradition from the United States of Owen Athelbert HEADLEY, who stands charged in the Province of Ontario with one count of sexual assault, contrary to section 271 of the Criminal Code, one count of incest, contrary to section 155(2) of the Criminal Code, and one count of sexual exploitation, contrary to section 153(a) of the Criminal Code are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by the tribunals of Canada, as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed this 13th day of September, 2018.

Michael Barkin
Chargé d'Affaires of the
United States of America

Form 36- Foreign Service

Department of Justice  Ministère de la Justice
Canada                 Canada

Ottawa, Canada
K1A 0H8

## CERTIFICATE OF AUTHENTICATION

IN THE MATTER OF the request for the extradition of **Owen Athelbert HEADLEY** from the United States of America to Canada

I, Cathy Chalifour, Senior Counsel, International Assistance Group, Department of Justice of Canada, do hereby certify:

THAT attached to this Certificate is authenticated documentation presented by Canada in support of the request for the extradition **Owen Athelbert HEADLEY**, who stands charged in the Province of Ontario with one count of sexual assault, contrary to section 271 of the *Criminal Code*, one count of incest, contrary to section 155(2) of the *Criminal Code*, and one count of sexual exploitation, contrary to section 153(1)(a) of the *Criminal Code*.

THAT the supplemental documentation attached to this certificate is composed of:

- the Supplemental Affidavit of Law of Erica Whitford, Prosecutor, Ministry of the Attorney General of Ontario.

THAT Rebecca Schwartz whose original signature appears at the end of the Affidavit of Erica Whitford, is a Barrister & Solicitor and a Commissioner of Oaths for the Province of Ontario, having been duly commissioned and duly authorized by the laws thereof to administer oaths and to take affidavits within the said Province.

The Seal of the Minister of Justice of Canada is hereby affixed this 12th day of September, 2018.

_____
Cathy Chalifour

Canada

| | | |
|---|---|---|
| **CANADA** | ) | **HER MAJESTY THE QUEEN** |
| | ) | |
| **PROVINCE OF ONTARIO** | ) | v. |
| | ) | |
| **TORONTO REGION** | ) | **OWEN HEADLEY** |

IN THE MATTER of a request by Canada for the extradition of Owen HEADLEY from the United States of America with respect to offences under the *Criminal Code of Canada*.

## SUPPLEMENTAL AFFIDAVIT OF ERICA WHITFORD

I, **Erica Whitford**, of the City of Toronto, in the Toronto Region, in the Province of Ontario, Canada, **MAKE OATH AND SAY AS FOLLOWS:**

**1.    QUALIFICATIONS**

1.   I am a citizen of Canada. I reside in the City of Toronto in the Province of Ontario, Canada. I received a Bachelor of Laws degree from Osgoode Hall Law School in June 2016 and was called to the Bar of the Province of Ontario in June 2017. Since then, I have been a member in good standing of the Law Society of Upper Canada and, as such, I am entitled to practice law as a barrister and solicitor in the Province of Ontario.

2.   From July 2017 until the present time, I have practiced law in the employment of the Ministry of the Attorney General for the Province of Ontario. During that period I have held the position of Counsel with the Crown Law Office - Criminal of the Ministry of the Attorney General for the Province of Ontario, at the Ministry's offices, located at 720 Bay Street, Toronto, Ontario, Canada.

3.   In this case, I have been in contact with the Acting Deputy Crown Attorney who has carriage of this matter, Kelly Slate, and the police officer in charge of the case, Detective Sheldon Langlois of the Peel Regional Police. I have reviewed all of the materials submitted with this request and I am familiar with the facts of this case. I have an expertise in criminal law such that

- 2 -

I am able to attest to the sufficiency of the case and the jurisdiction in Canada to prosecute these offences.

2. **THE CORRECT DATE OF BIRTH IS** ▮▮▮▮, **1963**

4. On April 16, 2018, I swore an Affidavit of Law in support of an application seeking the extradition of Owen HEADLEY from the United States of America. HEADLEY is facing charges of sexual assault, incest, and sexual exploitation, all of which have been laid against him in Ontario, Canada under the *Criminal Code* of Canada.

5. Detective Sheldon Langlois (badge #2190) of the Peel Regional Police swore an Affidavit of Fact on April 17, 2018, in support of the request for extradition.

6. There is a discrepancy between the Affidavit of Law and the Affidavit of Fact pertaining to HEADLEY'S year of birth. In the Affidavit of Law, I stated that HEADLEY's date of birth was ▮▮▮▮, 1961. The Affidavit of Law included a copy of the Information, sworn on September 18, 2017, and a copy of the Warrant for Arrest, dated September 18, 2017, attached as exhibits. Both of these documents had HEADLEY's date of birth as ▮▮▮▮, 1961. In the Affidavit of Fact, HEADLEY's date of birth was correctly listed as ▮▮▮▮, 1963.

7. The discrepancy occurred because of inaccurate information provided during the charging stage. On May 15, 2017, the Peel Regional Police Special Victim's Unit received a complaint via telephone from Rochelle Harris who is mother of the victim, ▮▮▮▮-Headley.

8. On that date, Constable Luc Lalonde (badge #2154) of the Peel Regional Police spoke to the complainant on the telephone and she provided him with the following information regarding the accused:

Owen HEADLEY
D.O.B. ▮▮▮▮ 1961
2655 Dorson Way
Delray Beach Florida 93445
561-929-8494

9. The initial police report was created with the details provided by the complainant reflecting Owen HEADLEY's date of birth as being ▮▮▮▮, 1961.

- 3 -

10. On September 18, 2017, the Information charging the accused and the Warrant for Arrest were sworn to using 1961 as the year of HEADLEY's birth.

11. On October 20, 2017, Detective Sheldon Langlois received a copy of Owen HEADLEY's driver's licence from the state of Florida from Detective Sergeant Bill Murphy (badge #791) of the Palm Beach School Police. HEADLEY's driver's licence information indicated a date of birth of ▬, 1963. Detective Langlois confirmed with Detective Sergeant Murphy that this was also the date of birth his employer had on file for him. A copy of Owen HEADLEY'S driver's licence is included in **Exhibit "A"**.

12. On September 11, 2018, a new Information and Warrant for Arrest with Owen HEADLEY's correct date of birth of ▬, 1963 was sworn to at the A. Grenville and William Davis Courthouse in Brampton, Ontario.

13. The amended Information, No. 10834, was sworn by Detective Sheldon Langlois before Justice of the Peace Damanpaul Dulai on the 11th day of September, 2018, in the City of Brampton in the Peel Region. Attached hereto as **Exhibit "B"** is a true copy of the Information.

14. Justice of the Peace Dulai also issued an amended Arrest Warrant on these charges on September 11, 2018. Attached hereto as **Exhibit "C"** is a true copy of the Warrant for the Arrest of HEADLEY with a date of birth of ▬, 1963. The Arrest Warrant is of full force and effect in Canada.

15. As a result of the above information, I verily believe that Owen HEADLEY's date of birth is ▬, 1963.

**SWORN BEFORE ME** at the City )
of Toronto in the Toronto Region )
in the Province of Ontario, Canada, )
this 12th day of September, 2018. )
)  *Erica Whitford* (signature)
)  Erica Whitford

*(signature)*
Barrister & Solicitor
& Commissioner of Oaths
Rebecca Schwartz.

HER MAJESTY THE QUEEN

v.

Owen HEADLEY

IN THE MATTER of a request by Canada for the extradition of Owen HEADLEY from the United States of America with respect to offences under the *Criminal Code* of Canada.

---

## SUPPLEMENTAL AFFIDAVIT OF ERICA WHITFORD

---

MINISTRY OF THE ATTORNEY
GENERAL FOR THE PROVINCE OF
ONTARIO
Crown Law Office - Criminal
720 Bay Street, 10th Floor
TORONTO, Ontario
M7A 2S9

This is Exhibit "A" to the
affidavit of Erica Whitford
sworn before me on the
12th Day of September, 2018

_____
Commissioner of Oaths
Rebecca Schwartz.



**DAVID**
DRIVER AND VEHICLE
INFORMATION DATABASE

# STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 10/23/2017 7:31:24 AM

## Record Detail

| Customer Name: | Driver License Status: | |
|---|---|---|
| OWEN A HEADLEY | Valid | |
| **DL/ID:** | **SSN:** | **Class:** |
| 110-0 | ***-**-**** | E |
| **Previous DUI:** 0 | **Previous DWLS:** 0 | |
| This count reflects total DUI convictions on record. | This count reflects total DWLS convictions on record. | |

| | Address: 2655 DORSON WAY DELRAY BEACH, FL 33445-2353 | Date of Birth: /1963 | Gender: MALE | Height: 6' 2" | |
|---|---|---|---|---|---|
| | Original License Issue Date: 05/07/2004 | Issued: 03/14/2011 | Expires: 03/30/2019 | | |
| | CDL Status: | | | | |
| | Form Number: X631103141353 | | | | EIN: 0100288568310349 |
| *Owen Headley* | Citizen Status: US CITIZEN | Country of Birth: BAHAMAS | State of Birth: | | |
| SAFE DRIVER | Race: AFRICAN AMERICAN | | | | |

| Restrictions: | Endorsements: | Conditional Messages: |
|---|---|---|
| A - CORRECTIVE LENSES | | |

This is <u>Exhibit "B"</u> to the
affidavit of Erica Whitford
sworn before me on the
12th Day of September, 2018

_____
Commissioner of Oaths
Rebecca Schwartz.

| | | | |
|---|---|---|---|
| *KELAID* Next Court Date (YYYY-MM-DD) **WARRANT** | OIC **LANGLOIS** | Badge No **2190** | Occurrence No **PR170178985 .180 DV** |

**10834**

| | |
|---|---|
| **CANADA** PROVINCE OF ONTARIO *PROVINCE DE L'ONTARIO* **Central West / Centre-Ouest** (Region / *Région*) | Information of  J. LANGLOIS *Dénonciation de :* of **Peel Regional Police** de   **Peace Officer** (occupation / *profession*) |

The informant says that **he/she** believes on reasonable grounds that
*Le dénonciateur déclare qu'il a des motifs raisonnables de croire que*

Owen HEADLEY    2655 DORSON WY, DELRAY BEACH, FL United States of America    1963/█

(date of birth / *date de naissance*)

(1) on or about the / *le ou vers le* 21st day of / *jour de* April, 2017
at the **City** of **Brampton** in the said region
*à(au)*        *de*                    *dans ladite région*

(1) did commit a sexual assault on ███ -HEADLEY

Contrary to section 271 of the Criminal Code of Canada

(2) AND FURTHER THAT Owen HEADLEY
on or about the 21st day of April, 2017 at the City of Brampton in the said region, did have sexual intercourse with ███ ███ -HEADLEY while knowing that ███ -HEADLEY was his daughter

Contrary to Section 155(2) of the Criminal Code of Canada

(3) AND FURTHER THAT Owen HEADLEY
on or about the 21st day of April, 2017 at the City of Brampton in the said region, being in a position of trust or authority towards ███ -HEADLEY a young person, did for a sexual purpose touch directly or indirectly the body of ███ -HEADLEY a young person with a part of his body

Contrary to Section 153(1)(a) of the Criminal Code of Canada

This is to certify this document
is a true and accurate copy of the
original.

Court Clerk

(Long Form – One or More Accused. / *Formule intégrale – Un ou plusieurs acc.*)
CCO-2-000-4 (rev. 09/13) CSD
Information Long (Adult)
Jul/17

☐ Language Notification Issued / *Langue de notification*

☐ Interpreter / *Interprète* ______________________

## APPEARANCES – ADJOURNMENTS
## *COMPARUTIONS – AJOURNEMENTS*

Page "A"

| Date / *Date* | Accused / *Accusé(e)* | Adjournment / *Ajournement* | Parties Consent / *Consentement des parties* | Appearance Details / *Détails de la comparution* | Reason for Adjournment / *Raison de l'ajournement* | Counsel as Agent / *Avocat(e) mandataire* | Fails to Appear / *Omet de comparaître* | Bench Warrant / *Mandat du tribunal* | Discretion / *Discrétion* | Certificate of Default / *Certificat de défaut* |
|---|---|---|---|---|---|---|---|---|---|---|
| Sept.11/18 - | Warrant issued. | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Date / *Date* | Clerk / *Greffier* | Reporter / *Sténographe* | For Crown / *Pour la Couronne* | For Accused / *Pour l'accusé(e)* | Justice's Initials / *Initiales du juge* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | This is to certify this document | |
| | | | | is a true and accurate copy of the | |
| | | | | original | |
| | | | | Court Clerk | |

Accused / *Accusé(e)* Notice Given Under H.T.A. / *Avis en vertu du Code de la route* ☐ Suspension / *Suspension* ☐ Impoundment / *Mise en fourrière*

**Accused / *Accuse(e)*:** ______________________

515(9.1) Detained in custody primarily because of a previous conviction Yes ☐ No ☐ Date: ______
*Détention sous garde fondée principalement sur une condamnation antérieure* *Oui* *Non* *Date :*

Confirmed and initialled by the Judge/Justice of the Peace in the appropriate box above /
*Confirmé et paraphé par un(e) juge/juge de paix dans la case appropriée ci-haut*

At the Bail Review dated: ______________, 515(9.1) was ☐ confirmed ☐ rescinded ☐ made (see application)
*Au moment de la révision du cautionnement, le :* *, 515 (9.1) a été* *confirmé* *révoqué* *exécuté (voir la requête)*

**Accused / *Accuse(e)*:** ______________________

515(9.1) Detained in custody primarily because of a previous conviction Yes ☐ No ☐ Date : ______
*Détention sous garde fondée principalement sur une condamnation antérieure* *Oui* *Non* *Date :*

Confirmed and initialled by the Judge/Justice of the Peace in the appropriate box above /
*Confirmé et paraphé par un(e) juge/juge de paix dans la case appropriée ci-haut*

At the Bail Review dated: ______________, 515(9.1) was ☐ confirmed ☐ rescinded ☐ made (see application)
*Au moment de la révision du cautionnement, le :* *, 515 (9.1) a été* *confirmé* *révoqué* *exécuté (voir la requête)*

**Accused / *Accuse(e)*:** ______________________

515(9.1) Detained in custody primarily because of a previous conviction Yes ☐ No ☐ Date: ______
*Détention sous garde fondée principalement sur une condamnation antérieure* *Oui* *Non* *Date :*

Confirmed and initialled by the Judge/Justice of the Peace in the appropriate box above /
*Confirmé et paraphé par un(e) juge/juge de paix dans la case appropriée ci-haut*

At the Bail Review dated: ______________, 515(9.1) was ☐ confirmed ☐ rescinded ☐ made (see application)
*Au moment de la révision du cautionnement, le :* *, 515 (9.1) a été* *confirmé* *révoqué* *exécuté (voir la requête)*

CCO-2-000-4 (rev. 09/13) CSD
Information Long (Adult)
Jul/17

Sworn before me at the City
*Déclaré sous serment devant moi à(au)*
of / *de* Brampton
in the Province of Ontario / *dans la province de l'Ontario*
this 11 day of September, 20 18
*ce* *jour de*

2190
Informant / *Dénonciateur*

DAMANPAUL DULAI
JUSTICE OF THE PEACE
Justice of the Peace / *Juge de paix* ONTARIO

☐ Appearance Notice / *Citation à comparaître* ☐ Promise to Appear / *Promesse de comparaître* ☐ Recognizance / *Engagement* for / *pour le* ______ (day, month / *jour, mois*), 20 ____

CHECK ONE OF THE FOLLOWING / *COCHEZ LA CASE QUI DÉCRIT VOTRE SITUATION*

☐ Cancelled - Police to notify defendant / *Annulé(e) -- La police informera la partie défenderesse* ☐ Cancelled - Summons / *Annulé(e) – Sommation* ☐ Confirmed on / *Confirmé(e) le* ______ (day, month / *jour, mois*), 20 ____

☐ Cancelled - Warrant issued / *Annulé(e) – Mandat délivré*

Justice of the Peace / *Juge de paix*

Justice of the Peace / *Juge de paix* ______ (day, month / *jour, mois*), 20 ____ ☐ **Publication ban pursuant to** / ***Interdiction de publication en vertu de***

| Date / *Date* | **Crown Elects to Proceed** / ***Choix de la Couronne*** | ☐ Summarily / *Procédure sommaire* | ☐ By Indictment / *Acte d'accusation* | ☐ Summary Conviction Offence(s) / *Infraction(s) punissable(s) sur déclaration de culpabilité par procédure sommaire* | ☐ Indictable Offence(s) / *Infraction(s) punissable(s) par mise en accusation* |
|---|---|---|---|---|---|

| Date / *Date* | Accused / *Accusé(e)* | Elects Trial by / *Choix d'un procès devant*: Superior Court / *Cour supérieure*: Judge / *Juge* | Superior Court: Judge & Jury / *Juge et jury* | Ontario Court / *Cour de l'Ontario*: Judge On Counts / *Juge pour les chefs d'accusation* | Preliminary Hearing Requested / *Enquête préliminaire demandée*: Yes / *Oui* | No / *Non* | Justice's Initials / *Initiales du juge* | Abs. Juris. / *Comp. absolue* | Pleads / *Plaidoyer*: Guilty to Counts / *Coupable pour les chefs d'accusation* | Not Guilty to Counts / *Non coupable pour les chefs d'accusation* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Date / *Date* | Accused / *Accusé(e)* | Committed (or) Ord. Std. Trial *On Counts / *Interné(e) (ou) renvoyé(e) à son procès * pour les chefs d'accusation* | Discharged on Counts / *Libéré(e) pour les chefs d'accusation* | Found Guilty on Counts / *Reconnu(e) coupable pour les chefs d'accusation* | Not Guilty on Counts / *Non coupable pour les chefs d'accusation* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | This is to certify this document is a true and accurate copy of the original. | |
| | | | | | |
| | | | | Court Clerk | |
| | | | | | |
| | | | | | |

* ☐ With consent of accused and prosecutor, without taking or recording / *Avec le consentement de l'accusé(e) et du poursuivant sans recueillir ou consigner* ☐ (a) any evidence / *a) de preuve* (or) / *(ou)* ☐ (b) further evidence / *b) de preuve supplémentaire*

☐ Victim Surcharge $ ______ / *Suramende compensatoire* Time to Pay / *$ Délai de paiement* ______ Judge / *Juge*

CCO-2-000-4 (rev. 09/13) CSD
Information Long (Adult)
Jul/17

| No. of Information / N° de la dénonciation | No. of Information / N° de la dénonciation | No. of Information / N° de la dénonciation |
|---|---|---|
| Return Date / Date à laquelle le document est rapporté , 20 | Return Date / Date à laquelle le document est rapporté , 20 | Return Date / Date à laquelle le document est rapporté , 20 |
| INFORMATION Against / DÉNONCIATION visant<br>Owen HEADLEY | INFORMATION Against / DÉNONCIATION visant | INFORMATION Against / DÉNONCIATION visant |
| Address / Adresse<br>2655 DORSON WY, DELRAY BEACH, FL United States of America | Address / Adresse | Address / Adresse |
| CHARGE / ACCUSATION<br>1) Sexual Assault, s. 271 CC<br>2) Incest, s. 155 CC<br>3) Sexual Exploitation, s. 153 CC | CHARGE / ACCUSATION | CHARGE / ACCUSATION |

**FOR ADMINISTRATIVE PURPOSES ONLY / À DES FINS ADMINISTRATIVES SEULEMENT**

Panel 1:
- [ ] Summons / Sommation
- [ ] Show Cause / Audience de justification
- [X] Warrant 1st / Mandat en 1re instance
- [ ] Re-laid Information / Dénonciation déposée de nouveau
- Reportable M.V. Offence (H.T.A. 199) / Infraction V.M. à déclarer (Code de la route 199): [ ]
- C.V.O.R. No (Commercial Vehicles Only) / Numéro C.E.C.V.U. (véhicules utilitaires seulement):
- Sex / Sexe: M
- Birth Date / Date de naissance: Year/Année 1961 / Month/Mois ___ / Day/Jour ___
- Was defendant owner? / La partie défenderesse était-elle propriétaire? [ ] Yes/Oui [ ] No/Non
- Driver's License Number / Numéro du permis de conduire:
- Plate No. / Numéro de plaque: 
- [ ] Involves a Collision / Infraction reliée à un accident
- Informant / Dénonciateur:
- Date Sworn / Date d'assermentation:
- Officer / Agent de police: LANGLOIS    No. / N°: 2190
- Div.: 180     Dist.:
- Courtroom / Salle d'audience:
- At / À (Au): 7755 Hurontario St., Brampton

Panel 2: (empty)
- At / À (Au): 7755 Hurontario St., Brampton

Panel 3: (empty)
- At / À (Au): 7755 Hurontario St., Brampton

CCO-2-000-4 (rev. 09/13) CSD
Information Long (Adult)

This is Exhibit "C" to the
affidavit of Erica Whitford
sworn before me on the
12th Day of September, 2018

_____
Commissioner of Oaths
Rebecca Schwartz

**WARRANT FOR ARREST WITH OPTIONAL AUTHORIZATION TO ENTER A DWELLING-HOUSE**
**MANDAT D'ARRESTATION AVEC AUTORISATION FACULTATIVE D'ENTRER**
**DANS UNE MAISON D'HABITATION**

Form / Formule 7

CANADA
PROVINCE OF ONTARIO
PROVINCE DE L'ONTARIO
Central West / Centre-Ouest

Sections / Articles 475, 493, 597, 800, and / et 803
of the Criminal Code / du Code criminel

To the peace officers in the said Region and in the Province of Ontario:
Aux agents de la paix dans ladite région et dans la province de l'Ontario :

Case/File No. / N° du cas/dossier
PR17011 78985

(Region / Région)

This warrant is issued for the arrest of   Owen HEADLEY (Male)     1963/▮▮▮▮
Le présent mandat est décerné pour l'arrestation de                (date of birth / date de naissance)

of the Town                    of Delray Beach
(occupation / profession)      du/de (la)

in the State                   of Florida, United States of America   , hereinafter called the accused.
dans le (la)                                                            ci-après appelé(e) le prévenu.

WHEREAS the accused has been charged that / ATTENDU QUE le prévenu a été inculpé d'avoir,

he/she, on or about the / le ou vers le   21st day of / jour de April / avril, yr. / an 2017

at the   City           of   Brampton                                    , in the said Region
à (au)  (la)           de                                                  dans ladite région,

(set out briefly the offence in respect of which the accused is charged / indiquer brièvement l'infraction dont le prévenu est inculpé)

**Sexual Assault, Section 271 of the Criminal Code of Canada**
**Incest, Section 155(2) of the Criminal Code of Canada**
**Sexual Exploitation, Section 153(1)(a) of the Criminal Code of Canada**

AND WHEREAS: *
ET ATTENDU QUE : *

(a) there are reasonable grounds to believe that it is necessary in the public interest to issue this warrant for the arrest of the accused (507(4), 512(1));
    il existe des motifs raisonnables de croire qu'il est nécessaire dans l'intérêt public de décerner ce mandat pour l'arrestation du prévenu (507(4); 512(1));

(b) the accused failed to attend court in accordance with the summons served on him/her (512(2));
    le prévenu a omis d'être présent au tribunal en conformité avec la sommation qui lui a été signifiée (512(2));

(c) an appearance notice or a promise to appear or a recognizance entered into before an officer in charge was confirmed and the accused failed to attend court in accordance therewith (512(2));
    (une citation à comparaître ou une promesse de comparaître ou un engagement contracté devant un fonctionnaire responsable) a été confirmé(e) et le prévenu a omis d'être présent au tribunal en conformité avec cette citation ou promesse ou cet engagement (512(2));

(d) it appears that a summons cannot be served because the accused is evading service (512(2));
    il semble qu'une sommation ne peut être signifiée car le prévenu se soustrait à la signification (512(2));

(e) the accused was ordered to be present at the hearing of an application for a review of an order made by a justice and did not attend the hearing (520(5), 521(5));
    il a été ordonné au prévenu de se présenter à l'audience d'une requête pour l'examen d'une ordonnance rendue par un juge et il ne s'y est pas présenté (520(5), 521(5));

(f) there are reasonable grounds to believe that the accused has contravened or is about to contravene the (summons or appearance notice or promise to appear or undertaking or recognizance) on which he/she was released (524(1), 525(5), 679(6));
    il y a des motifs raisonnables de croire que le prévenu a violé ou est sur le point de violer (sommation ou citation à comparaître ou promesse de comparaître ou une promesse ou un engagement) en raison duquel ou de laquelle il a été mis en liberté (524(1), 525(5), 679(6));

(g) there are reasonable grounds to believe that the accused has since his/her release from custody on (any summons or appearance notice or promise to appear or an undertaking or a recognizance) committed an indictable offence (524(1), 525(5), 679(6));
    il y a des motifs raisonnables de croire que, depuis sa mise en liberté sur (toute sommation ou citation à comparaître ou promesse de comparaître ou une promesse ou un engagement), le prévenu a commis un acte criminel (524(1), 525(5), 679(6));

* Initial applicable recital.
  Parapher l'attendu qui s'applique.

CCO-7-475-1 (rev. 03/10) / Warrant for Arrest (Adult)
April/17

**WARRANT FOR ARREST WITH OPTIONAL AUTHORIZATION TO ENTER A DWELLING-HOUSE**
**MANDAT D'ARRESTATION AVEC AUTORISATION FACULTATIVE D'ENTRER DANS UNE MAISON D'HABITATION**

Form / Formule 7
Sections / Articles 475, 493, 597, 800, and / et 803
of the Criminal Code / du Code criminel

(h) the accused was required by (an appearance notice or a promise to appear or a recognizance entered into before an officer in charge or a summons) to attend at a time and place stated therein for the purposes of the identification of Criminals Act and did not appear at the time and place (502, 510);

le prévenu devait en vertu (d'une citation à comparaître ou d'une promesse de comparaître ou d'une sommation) comparaître devant un fonctionnaire responsable ou d'un engagement contracté devant un fonctionnaire responsable) comparaître aux temps et lieu y indiqués aux fins de la Loi sur l'identification des criminels et a omis de comparaître aux temps et lieu ainsi indiqués (502, 510);

(i) an indictment has been found against the accused and the accused has not appeared or remained in attendance before the court for his/her trial (597);

un acte d'accusation a été présenté contre le prévenu et celui-ci n'a pas comparu ou n'est pas demeuré présent pour son procès (597);

(j) **

**THIS IS THEREFORE**, to command you, in Her Majesty's name, forthwith to arrest the said accused and to bring him/her before the Justice/Judge of the Ontario Court of Justice*** of the said Region or before me or any Justice in and for the said Region, to answer to the said charge.

**IL VOUS EST PAR LES PRÉSENTES** enjoint, au nom de Sa Majesté, d'arrêter ledit prévenu et de l'amener devant le juge de paix ou juge président de la Cour de justice de l'Ontario*** de ladite région ou devant moi ou tout juge de paix dans et pour ladite région, pour répondre à ladite inculpation.

DATED this 11 day of September / septembre , yr. 2018
FAIT ce _____ jour de _____ an _____

at the City
à (au) _____

of Brampton
de _____

in the Province of Ontario / dans la province de l'Ontario

_____
Judge, or Justice of the Peace / Juge ou juge de paix

[Signature]
DAMANPAUL DULAI
JUSTICE OF THE PEACE
PROVINCE OF ONTARIO

** For any case not covered by recitals (a) to (i), insert recital in the words of the statute authorizing the warrant.
Pour tout cas qui n'est pas couvert par les attendus a) à i), insérez l'attendu en empruntant les termes de la loi autorisant le mandat.

*** Choose applicable recital.
Choisir l'attendu qui s'applique.

CCO-7-475-1 (rev. 03/10) / Warrant for Arrest (Adult)
April17

**WARRANT FOR ARREST WITH OPTIONAL AUTHORIZATION TO ENTER A DWELLING-HOUSE**
**MANDAT D'ARRESTATION AVEC AUTORISATION FACULTATIVE D'ENTRER DANS UNE MAISON D'HABITATION**

Form / Formule 7
Sections / Articles 475, 493, 597, 800, and / et 803
of the Criminal Code / du Code criminel

**AUTHORIZATION TO ENTER A DWELLING-HOUSE**
**AUTORISATION POUR ENTRER DANS UNE MAISON D'HABITATION**

[And where applicable] Whereas there are reasonable grounds to believe that the accused is or will be present in
(here describe dwelling-house / décrire ici la maison d'habitation)

[S'il y a lieu] Attendu qu'il y a des motifs raisonnables de croire que le prévenu se trouve ou se trouvera dans

This warrant is also issued to authorize you to enter the dwelling-house for the purpose of arresting or apprehending the accused at any time
Le présent mandat est également décerné pour vous autoriser à entrer dans la maison d'habitation en vue d'arrêter ou d'appréhender le

between the hour of _____ , on the _____ h _____ day of _____ jour de _____ , yr. _____ an
prévenu à tout moment entre

and the hour of _____ , on the _____ h _____ day of _____ jour de _____ , yr. _____ an
et

subject to the condition that you may not enter the dwelling-house unless you have, immediately before entering the dwelling-house, reasonable grounds to believe that the person to be arrested or apprehended is present in the dwelling-house.
Toutefois, vous n'avez pas le droit d'entrer dans la maison d'habitation avant d'y entrer, immédiatement avant d'y entrer, des motifs raisonnables de croire que la personne devant être arrêtée ou appréhendée se trouve dans la maison d'habitation.

[And where applicable] Whereas there are reasonable grounds to believe that prior announcement of the entry would ***
[S'il y a lieu] Attendu qu'il y a des motifs raisonnables de croire que le fait de prévenir avant de pénétrer dans la maison d'habitation : ***

(a) expose the peace officer or any other person to imminent bodily harm or death;
exposerait l'agent de la paix ou toute autre personne à des lésions corporelles imminentes ou à la mort;

or / ou

(b) result in the imminent loss or imminent destruction of evidence relating to the commission of an indictable offence.
entraînerait la perte ou la destruction imminente d'éléments de preuve relatifs à la perpétration d'un acte criminel.

This warrant is also issued to authorize you to enter the dwelling-house without prior announcement, subject to the condition that you may not enter the dwelling-house without prior announcement unless you have, immediately before entering the dwelling-house.
Le présent mandat est également décerné pour vous autoriser à entrer dans la maison d'habitation sans prévenir. Toutefois, vous n'avez pas le droit d'entrer dans la maison d'habitation sans prévenir à moins d'avoir, immédiatement avant d'y entrer, ***

(a) reasonable grounds to suspect that prior announcement of the entry would expose the peace officer or any other person to imminent bodily harm or death
des motifs raisonnables de soupçonner que le fait de prévenir dans la maison d'habitation exposerait l'agent de la paix ou toute autre personne à des lésions corporelles imminentes ou à la mort;

or / ou

(b) reasonable grounds to believe that prior announcement of the entry would result in the imminent loss or imminent destruction of evidence relating to the commission of an indictable offence.
des motifs raisonnables de croire que je fait de prévenir avant de pénétrer dans la maison d'habitation entraînerait la perte ou la destruction imminente d'éléments de preuve relatifs à la perpétration d'un acte criminel.

The authorization to enter the dwelling-house for the purpose of arresting or apprehending the accused shall be carried out in accordance with following terms and conditions:
L'autorisation d'entrer dans la maison d'habitation dans le but d'arrêter ou d'appréhender le prévenu sera exécutée conformément aux conditions suivantes :

(conditions to be specified / conditions à préciser)

DATED this _____ day of _____ jour de _____ , yr. _____ an
FAIT ce _____ jour de _____

at the
à(au) _____

of _____
de _____

in the Province of Ontario / dans la province de l'Ontario

_____
Judge, or Justice of the Peace / Juge ou juge de paix

*** Choose applicable recital.
    Choisir l'attendu qui s'applique.

CCG-7-475-1 (rev. 03/10) / Warrant for Arrest (Adult)
April7

CCO-7-475-1 (rev. 03/10) / Warrant for Arrest (Adult)
Apr/17

Form / *Formule* 28
Sections / *Articles* 487 and / *et* 528
of the *Criminal Code* / *du Code criminel*

## ENDORSEMENT OF WARRANT
## *VISA DU MANDAT*

CANADA
PROVINCE OF ONTARIO
*PROVINCE DE L'ONTARIO*

**Central West / *Centre-Ouest***
(Region / *Région*)

Pursuant to application this day made to me, I hereby authorize the arrest of the accused (or defendant)

*Conformément à la demande qui m'est faite aujourd'hui, j'autorise par les présentes l'arrestation du prévenu (ou du défendeur)*

within the _____
*dans* (Region / *Région*)

Dated this _____ day of _____, _____ yr.
*Fait ce* *jour de* *an*

at the _____ of _____
*à (au)* *de*

in the Province of Ontario / *dans la province de l'Ontario*

_____
Judge, or Justice of the Peace / *Juge ou juge de paix*

---

Form / *Formule* 29
Section / *Article* 499 and / *et*
subsection / *paragraphe* 507(6)
of the *Criminal Code* / *du Code criminel*

## ENDORSEMENT OF WARRANT
## *VISA DU MANDAT*

CANADA
PROVINCE OF ONTARIO
*PROVINCE DE L'ONTARIO*

**Central West / *Centre-Ouest***
(Region / *Région*)

Whereas this warrant is issued in respect of an offence other than an offence mentioned in section 522 of the *Criminal Code*, I hereby authorize the release of the accused pursuant to section 499 thereof.

*Attendu que le présent mandat est décerné relativement à une infraction autre qu'une infraction mentionnée à l'article 522 du Code criminel, j'autorise par les présentes la mise en liberté du prévenu conformément à l'article 499 mentionné ci-dessus.*

Dated this _____ day of _____, _____ yr.
*Fait ce* *jour de* *an*

at the _____ of _____
*à (au)* *de*

in the Province of Ontario / *dans la province de l'Ontario*

_____
Judge, or Justice of the Peace / *Juge ou juge de paix*