UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   18-81148-MC-UNA

IN THE MATTER OF

THE EXTRADICTION OF

OWEN ALTHELBERT HEADLEY

_____/

FILED by _____ D.C.
SEP 1 8 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER TERMINATING APPOINTMENT OF COUNSEL**

It appearing to the Court that the Defendant, Owen Headley, has retained Robert Gersham, to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and he is relieved of further duties in this cause.

DONE AND ORDERED this 18th day of September, 2018 at West Palm Beach, Florida.

William Matthewman
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

CC:   Neison Marks, AFPD
      Lothrop Morris, AUSA
      Robert Gersham, PA