IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

IN RE EXTRADITION                    CASE NO:     18MC81148 UNA/DCB

OWEN HEADLEY
_____/

## OWEN HEADLEY'S MOTION TO EXPEDITE DETENTION HEARING

COMES NOW, OWEN HEADLEY ("Headley") and requests this Honorable Court expedite his Detention Hearing, presently set on October 23, 2018, at 10:00am.

Earlier today, The Court kindly granted the Parties agreed request taking it off tomorrow's docket, allowing undersigned to celebrate The High Holy Day and to accommodate the prosecutor's work schedule.

Headley was arrested on or about August 28, 2018. Undersigned filed his Notice of Permanent Appearance on September 4, 2018. Since being retained, Undersigned has diligently worked to prepare this unique matter.

Headley's final batch of medical records needed for the hearing were delivered to counsel's office this morning. Counsel is finishing preparing Headley's written "Request for Release Pending His Extradition Hearing and Possible Appearance in Ontario, Canada". Same will be filed after the holiday, later this week. As well, undersigned has organized witnesses for the hearing (family, friends and co-workers) who stand ready to appear and testify. These folks are prepared to take off work and be available at a moment's notice to effectuate the expedited setting of Headley's Detention Hearing.

Recognizing undersigned needed time to prepare, and The Court was kind enough to accommodate same, Headley humbly asks The Court's consideration to expedite the subject October 23, 2018, Detention Hearing.

Headley remains in custody and believes there is a reasonable probability The Court grants his Motion and sets conditions of release.

Upon scheduling consultation with AUSA Morris, the following dates are "not good": for undersigned - October 11, 12, 15, 16; and for the AUSA - October 19 & 22. Headley is available for the hearing, literally, anytime starting this Friday, September 21, 2018, (other than the above days when undersigned and his wife will be visiting our daughter in Southern California).

Respectfully, undersigned requests The Court set the detention hearing as soon as The Court has immediate time on its busy calendar. Headley anticipates calling witnesses, and presenting documentary evidence. The documents will be attached to Headley's Motion that will be filed later this week, and testimony may take approximately 90 minutes. This time estimate does not include anything AUSA Morris will present, argument by the parties, and any issues The Court wants to address.

Accordingly, Headley requests The Court expedite his Detention Hearing.

I HEREBY CERTIFY a true & correct copy of this Motion was efiled and emailed to Lothrop Morris, AUSA, Esq. on September 18, 2018.

GERSHMAN & GERSHMAN
2160 W. Atlantic Avenue
Second Floor
Delray Beach, FL 33445
Telephone: (561) 684-8898
robert@rglawfirm.us
S//Robert Gershman
ROBERT S. GERSHMAN
Fla. Bar No. 917397