# AFFIDAVIT

STATE OF FLORIDA
COUNTY OF: <u>Palm Beach</u>

**Coral Marshall** personally appeared before the undersigned authority, she was by me first duly sworn, and stated under oath as follows:

1. I am an adult of sound mind, and hereby state that I have the capacity to make this statement and will testify to these facts in a Court of Law if required.

2. Owen Headley is my brother, and the complainant ▓▓▓ is my niece.

3. Owen Headley is the most caring and loving person you could ever meet. He cares and loves his kids very much and is always there for them and his family.

4. I have known ▓▓▓, for all her life. Whenever ▓▓▓ visited Florida, she always spends time with her dad and the rest of the family. During her trips to Florida, ▓▓▓ and I would go shopping and spend time together as an aunt and niece would do.

5. During the weekend of my brother's wedding (April 21 – 23, 2017), we were all together, everyone was talking, laughing, and having a good time. ▓▓▓ and her cousin Amaris were together most of the time.

6. On the day of the wedding, ▓▓▓ got dressed, with me, and my niece Amaris. She helped with her cousin and Aunt's makeup. During this time, we talked about our dresses and the things we liked. She never mentioned anything about her dad mistreating her.

7. Amaris, ▓▓▓ and her dad drove to the wedding ceremony together. Before the wedding we all took pictures together and socialized with the other guest. ▓▓▓ and her cousin Amaris danced all night and had a really good time. She showed no indications she was ever mistreated in anyway.

8. The next day ▓▓▓ and her dad left for the airport together. She looked very happy. Before leaving, ▓▓▓ said good bye to everyone with hugs, kisses and smiles, and as usual, said "I will see you soon when school is out."

9. Based upon my relationship with ▓▓▓ over the years, and what I witnessed over the weekend, I do not believe ▓▓▓ claims her father mistreated her should be believed.

By: *Coral Marshall* (signature)
Coral Marshall

1

BEFORE ME, the undersigned authority, personally appeared: **Coral Marshall**, who produced a valid Identification to wit: FLDL# M6241124860C0 , and who, by me being first duly sworn states that the statements contained herein (page 1 of 2) are true and she executed the foregoing freely and voluntarily. Sworn to and subscribed before this the 1 day of August 2018.

_____
NOTARY PUBLIC

My Commission Expires:

11/16/2019



2