# AFFIDAVIT

STATE OF FLORIDA
COUNTY OF: Palm Beach

**David Reid,** personally appeared before the undersigned authority, he was by me first duly sworn, and stated under oath as follows:

1. I am an adult of sound mind, and hereby state that I have the capacity to make this statement and will testify to these facts in a Court of Law if required.

2. I am the brother of Owen Headley and the uncle of ▮▮▮▮▮▮▮▮. I have known ▮▮▮▮▮▮▮▮ her entire life.

3. My brother Owen and his daughter ▮▮▮▮ arrived in Toronto, Canada, on Thursday, April 20, 2017 to attend my wedding. Owen and ▮▮▮▮ drove to my wife's residence on the morning of Friday, April 21, 2017. When they arrived, my wife, her daughter, her granddaughter and myself were present at the house. At the time of their arrival we were about to have lunch. ▮▮▮▮ was cheerful and appeared to be in good spirits. She ate lunch; and was playing and laughing with my wife's granddaughter.

4. ▮▮▮▮ was interacting with her father in the same manner that I have observed her doing before; laughing, joking, and sharing her thoughts with him about various issues such as having her nails done and the taste of the food she was having for lunch. The interaction between them was consistent with what I have witnessed over the years.

5. After being at my wife's house for approximately ninety minutes, ▮▮▮▮ and my step-daughter got ready to leave to have their nails done. ▮▮▮▮ and my step-daughter were gone from the house for over two hours. When they returned, ▮▮▮▮ showed her father her nails and asked if he liked the color and the decorations which she chose to have added. Again, the interaction between them was not accompanied by any hesitation, stress, or resistance.

6. Later that evening, ▮▮▮▮ and her father followed us as we traveled to the hotel to meet up with my two sisters and niece who had arrived earlier that afternoon. We then went to a Wal Mart store, to purchase some snacks and drinks. ▮▮▮▮ was excited to see her two aunts and her cousin Amaris. She commented about the delay her and her dad experienced the previous night when they ordered a pizza and chicken wings; her father went to bed and she stayed up and was communicating with her friends on Face Book.

7. The following day, I saw ▮▮▮▮ and her father at the wedding reception hall. The two of them were smiling and conversing with each other as usual. They posed for sever pictures together as well as with other family members. During the wedding reception, ▮▮▮▮ and my niece Amaris spent an overwhelming majority of the time together. They were laughing and dancing throughout the time of the reception; this was approximately three to four hours.

1

8. Throughout the time of the reception, I observed ▮▮▮ laughing and conversing with several family members, as well of close friends.  At no time did she demonstrate any form of anxiety, emotional distress or resistance in interacting with her father.

9. Based on my knowledge of ▮▮▮ pass behavior and the behavior she exhibited during her time in Toronto, there is absolutely no doubt in my mind that any statements or claims she may make, of abuse by her father, is totally untrue.

10. I believe any claim by ▮▮▮ that she was mistreated by her father that weekend, is merely a fabrication by her for possible financial gain.

By:

*David Reid* (signature)

**David Reid**

BEFORE ME, the undersigned authority, personally appeared: **David Reid** who produced a valid Identification to wit: _DAVID REID_, and who, by me being first duly sworn states that the statements contained herein (pages 1 and 2) are true and he executed the foregoing freely and voluntarily.  Sworn to and subscribed before this the 25th day of July 2018.

*Monica A Cusimano* (signature)
NOTARY PUBLIC

My Commission Expires:
10-04-2021



Notary Public State of Florida
Monica A Cusimano
My Commission GG 148242
Expires 10/04/2021

2