18-MC-81148-UNA/ DLB

# NOTICE OF REMOVING IMAGE

PURSUANT TO DOCKET ENTRY NUMBER: _____**34**_____

ENTERED BY THE HONORABLE JUDGE **WILLIAM MATTHEWMAN**

# THIS IMAGE HAS BEEN REMOVED FROM CM/ECF/PACER.

Save As    Reset Form