**<u>AFFIDAVIT</u>**

STATE OF FLORIDA
COUNTY OF: *Palm Beach*

**Amaris Kellman,** personally appeared before the undersigned authority, she was by me first duly sworn, and stated under oath as follows:

1. I am an adult of sound mind, and hereby state that I have the capacity to make this statement and will testify to these facts in a Court of Law if required.

2. Owen Headley is my uncle and the complainant ▮ is my cousin.

3. ▮ and I have spent multiple summers and holidays together. We are listed as friends on several different social media websites. I believe, based on our relationship, if she was mistreated in any way, she would tell me.

4. During our trip to Toronto, Canada, the weekend of April 21, 2017, ▮ had many chances to speak to me and tell me if anything was wrong. She has never said she had been touched in the wrong way or sexually abused.

5. During our trip to Toronto, Canada, ▮ was acting how she usually does; happy, laughing, playful, just her normal self. She didn't show any signs of emotional distress.

6. ▮ and I were together by ourselves on numerous instances during that weekend. We spent time helping each other with our hair and coordinating our clothes for the wedding. We went down stairs to the lobby to watch television and talk, we were alone without any other adults around. We spent time in the hotel gym together on the exercise equipment on Friday night. I asked ▮ if she was going to spend the night in the room with my aunt and I because it was so late, but she decided to go down stairs with her dad.

7. On the day of the wedding, ▮ and I got dressed in my room. We went back to her room to meet up with her dad. She helped her dad to put on his flower and to tuck the handkerchief in his jacket pocket. I distinctly remember this, because she got stuck with the pin and we were laughing about it. ▮ my uncle and I went down stairs to the lobby together and we took several pictures before the wedding; the three of us traveled to and from the wedding together.

8. During the wedding and ceremony, ▮ and I were together almost the entire time. We sat together at the same table. ▮ and I danced almost the entire time of the reception. She was laughing and having a good time and went to check on her dad on several occasions to see if he was having a good time. After the reception was over we went back to the hotel. ▮ and I asked my uncle to please take us to Wendy's to get something to eat. When we arrived back at the hotel I asked her if she was going to come up to my room and spend the night. Her response was "I am going to stay with my dad".

1

9.  Based on what I viewed and observed that weekend, ████ claims that her Dad sexually assaulted her should not be believed.

By: *Amaris Kellman* (signature)

**Amaris Kellman**

        BEFORE ME, the undersigned authority, personally appeared: **Amaris Kellman**

who produced a valid Identification to wit: FL Florida License K455-013-99-944-0 , and who,

by me being first duly sworn states that the statements contained herein (page 1 of 2)

are true and she executed the foregoing freely and voluntarily.  Sworn to and subscribed

before this the ___1___ day of ~~July~~ August 2018.

                                        *Evelyn* (signature)
                                        _____
                                        NOTARY PUBLIC

My Commission Expires:

EVELYN RENTA
MY COMMISSION # GG 079609
EXPIRES: March 6, 2021
Bonded Thru Notary Public Underwriters

2