

## Tumminia Internal Medicine

5130 Linton Blvd. Ste H1
Delray Beach, FL 33484

Phone   561-498-8891
Fax     561-498-8031

Dr. Louis G. Tumminia
Luisa Indiviglio, PA-C

7/27/18

**RE: Owen Headley**

**DOB: 3/30/1963**

To Whom It May Concern:

Mr. Headley is a patient of mine for several years and has never been treated or diagnosed with Chlamydia or any sexual transmitted disease. If you have any questions please feel free to call my office.

Thank you,

Louis Tumminia, D.O.