

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

**UNITED STATES OF AMERICA**

PASSPORT
PASSEPORT
PASAPORTE

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
**P**    **USA**    **511840492**

Surname / Nom / Apellidos
**HEADLEY**
Given Names / Prénoms / Nombres
**OWEN ATHELBERT**
Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance / Fecha de nacimiento
**30 Mar 1963**
Place of birth / Lieu de naissance / Lugar de nacimiento
**BARBADOS**
Date of issue / Date de délivrance / Fecha de expedición
**09 Oct 2013**
Date of expiration / Date d'expiration / Fecha de caducidad
**08 Oct 2023**
Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

Sex / Sexe / Sexo
**M**
Authority / Autorité / Autoridad
**United States Department of State**

USA

```
P<USAHEADLEY<<OWEN<ATHELBERT<<<<<<<<<<<<<<<<
5118404924USA6303301M2310082258327281<766700
```

Visas

*the wise and honest can repair.*
— George Washington

**ENTRY BY AIR 12** — 15 MAR 2015 — BARBADOS

**ENTRY BY AIR 28** — 14 MAR 2014 — BARBADOS

**ENTRY BY AIR 54** — 17 MAR 2018 — BARBADOS

**ENTRY BY AIR 47** — 01 JUN 2018 — BARBADOS

*Let us raise a standard to which*

Visas

**ENTRY BY AIR 28** — 17 MAR 2017 — BARBADOS

**ENTRY BY AIR 76** — 24 DEC 2016 — BARBADOS

**ENTRY BY AIR 86** — 28 JUL 2017 — BARBADOS

**ENTRY BY AIR 100** — 19 MAY 2016 — BARBADOS

**ENTRY BY AIR 9** — 17 MAR 2015 — BARBADOS

*Visas*

created equal, that they are endowed by their Creator are life, liberty, and the pursuit of happiness.
*excerpt from the Declaration of Independence*

*Visas*

We hold these truths to be self-evident: that all men are ... tain unalienable rights, that among these

ENTRY BY AIR
83
22 JUL 2016
BARBADOS

REPÚBLICA DE COSTA RICA
Dirección General de Migración y Extranjería
17 MAYO 2018      E
Permanencia _____ días
Autorizado por: 2060 AS    2A
Aeropuerto Intl. Juan Santamaría