# ORBITZ

# Toronto

Apr 20, 2017 - Apr 23, 2017 | Itinerary # 7258220064305

## Important Information

- All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
- Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page.

## Price Summary

| | |
|---|---|
| Flight + Hotel | $565.08 |
| Total Price | $565.08 |

All prices include taxes & fees and are quoted in US dollars.

## Fort Lauderdale (FLL) → Toronto (YYZ)

Apr 20, 2017 - Apr 23, 2017, 1 round trip ticket

**CONFIRMED**
Air Canada           S8RHZE
Orbitz.com Booking ID   TPCIOT

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

### Additional Flight Services

- **The airline may charge** additional fees (Opens in a new window) for checked baggage or other optional services.

### Traveler Information

| Owen Headley | No frequent flyer | Ticket # |
| Adult | details provided | 0147995079484 |

\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Apr 20, 2017 - Departure Nonstop**     Total travel time: 3 h 5 m

Special Fare

| Fort Lauderdale | Toronto | 3 h 5 m |
| FLL 8:30pm | YYZ 11:35pm | |
| Terminal 2 | Terminal 1 | |

Air Canada 1629 Operated by AIR CANADA ROUGE
Economy / Coach (A) | Confirm seats with the airline *

**Apr 23, 2017 - Return Nonstop**     Total travel time: 3 h 1 m

Special Fare

| Toronto | Fort Lauderdale | 3 h 1 m |
| YYZ 4:05pm | FLL 7:06pm | |
| Terminal 1 | Terminal 2 | |

Air Canada 1626 Operated by AIR CANADA ROUGE
Economy / Coach (K) | Confirm seats with the airline *



For changes to this itinerary, please call us 24/7 at 1-800-525-0400

**View on website**

🖨 **Print Itinerary**

# Booking Confirmation

**CheapOair Booking: 41683066** | bXXXXXXXd@comcast.net | Booked on Mon, Apr 10, 2017

 ## Flight Details

### Departing Flight

**Travel Time: 3h 05m**

**Air Canada**
Flight 1629
Aircraft: 763
Boeing 767-300 228 SEATS
Operated by
**Air Canada Rouge**
Nonstop | Coach
Baggage Fees | Visa & Passport Info

**Thu, Apr 20, 2017**
Fort Lauderdale–Hollywood International Airport, FL
**FLL - 08:30 pm**

Toronto Pearson Intl, ON
**YYZ - 11:35 pm**
Thu, Apr 20, 2017

**Airline Confirmation: KUPEJR**

### Return Flight

**Travel Time: 3h 01m**

**Air Canada**
Flight 1626
Aircraft: 763
Boeing 767-300 228 SEATS
Operated by
**Air Canada Rouge**
Nonstop | Coach
Baggage Fees | Visa & Passport Info

**Sun, Apr 23, 2017**
Toronto Pearson Intl, ON
**YYZ - 04:05 pm**

Fort Lauderdale–Hollywood International Airport, FL
**FLL - 07:06 pm**
Sun, Apr 23, 2017

**Airline Confirmation: KUPEJR**

Check airline Fare Rules. Most airlines charge baggage fees, check the Baggage Fees for complete details.

## Traveler Information

| | E-Ticket Number | Traveler Name | Requests | Gender |
|---|---|---|---|---|
| 1 | Pending |  | | Female |
| | Special Service | | | |

**Disclaimer:** Special requests are not guaranteed. Contact your airline to confirm they have received and confirmed your requests.

# Billing Details (USD)

| | |
|---|---|
| Method: | Paid with PayPal |
| Phone: | 5XX-XXX-XXX4 |
| Email: | bXXXXXXXd@comcast.net |

## Flight Price Details

| | |
|---|---|
| 1 Adult Ticket | $296.00 |
| Subtotal | $296.00 |
| Taxes and Fees | $84.99 |
| **Discount** | |
| Promo Discount | - $28.00 |
| **Flight Total** | **$352.99** |

**Total Charge:** $352.99

**Please Note:**

All fares are quoted in USD

Your credit card may be billed in multiple charges totaling the above amount.

Some airlines may charge Baggage Fees.

**Privacy Policy**
We're committed to protecting your privacy. See our Privacy Policy for details.

**Contact Us**
if you have any questions please email us at feedback@cheapoair.com. Or write to us at: CheapOair, 135 W 50th Street, Suite 500, New York, NY 10020

© 2006-2017 Fareportal, Inc. All right reserved.

 For changes to this itinerary, please call us 24/7 at 1- 800-525-0400

**View on website**
🖨 **Print Itinerary**

# Booking Confirmation

CheapOair Booking: 41682931 | bXXXXXXXd@comcast.net | Booked on Mon, Apr 10, 2017

 ## Flight Details

### Departing Flight

| | |
|---|---|
| Travel Time: | **3h 25m** |

**Spirit Airlines**
Flight 597
Aircraft: 320
Airbus Industries A320 120-180
STD SEATS

Nonstop | Coach
Baggage Fees | Visa & Passport Info

Thu, Apr 20, 2017
Minneapolis, MN
**MSP - 12:20 am**

Fort Lauderdale–Hollywood International Airport, FL
**FLL - 04:45 am**
Thu, Apr 20, 2017

Airline Confirmation:
**LHKM4B**

Check-In Seat Assignment

### Return Flight

Travel Time:
**3h 48m**


**Spirit Airlines**
Flight 596
Aircraft: 320
Airbus Industries A320 120-180
STD SEATS

Nonstop | Coach
Baggage Fees | Visa & Passport Info

Sun, Apr 23, 2017
Fort Lauderdale–Hollywood International Airport, FL
**FLL - 09:44 pm**

Minneapolis, MN
**MSP - 12:32 am**
Mon, Apr 24, 2017

Airline Confirmation:
**LHKM4B**

Check-In Seat Assignment

Check airline Fare Rules. Most airlines charge baggage fees, check the Baggage Fees for complete details.

## Traveler Information

| | E-Ticket Number | Traveler Name | Requests | Gender |
|---|---|---|---|---|
| 1 | NK-LHKM4B | ███████████ | | Female |
| | Special Service | | | |

**Disclaimer:** Special requests are not guaranteed. Contact your airline to confirm they have received and confirmed your requests.

# Billing Details (USD)

| | |
|---|---|
| Method: | Paid with PayPal |
| Phone: | 5XX-XXX-XXX4 |
| Email: | bXXXXXXXd@comcast.net |

### Flight Price Details

| | |
|---|---|
| 1 Adult Ticket | $230.68 |
| Subtotal | $230.68 |
| Taxes and Fees | $45.70 |
| Flight Total | $276.38 |

**Total Charge:** $276.38

### Please Note:

All fares are quoted in USD

Your credit card may be billed in multiple charges totaling the above amount.

Some airlines may charge Baggage Fees.

### Privacy Policy
We're committed to protecting your privacy. See our Privacy Policy for details.

### Contact Us
if you have any questions please email us at feedback@cheapoair.com. Or write to us at: CheapOair, 135 W 50th Street, Suite 500, New York, NY 10020

© 2006-2017 Fareportal, Inc. All right reserved.



# Car rental in Mississauga

Apr 20, 2017 - Apr 23, 2017   |   Itinerary # 7258245018339

### Budget
Apr 20, 2017 - Apr 23, 2017, Fullsize 2 or 4-Door Car

**Booked**
Confirmation # 49619556US0

Your reservation is booked. No need to call us to reconfirm this reservation.

**Pick up**
11:30pm
Apr 20, 2017
Toronto (YYZ)
Open Midnight - 1:00am, 6:00am - Midnight

**Drop off**
3:00pm
Apr 23, 2017
Toronto (YYZ)
Open Midnight - 1:00am, 6:00am - Midnight

### Price Summary

| | |
|---|---|
| Base Price | $35.83 |
| Taxes & Fees | $18.80 |
| Total Price | $54.63 |

All prices quoted in USD. The total price includes all mandatory taxes and fees. May not include mandatory insurance charges that are required for certain international rentals.

**Budget**

Fullsize 2 or 4-Door Car
Chevrolet Impala or similar
Includes air conditioning, automatic transmission

**Reserved for**    OWEN HEADLEY

### Additional Car Services

Mileage rules: Unlimited mileage

Fuel info: Full to Full

The car is supplied with a full tank of fuel. It should be returned full or refueling charges will be applied at drop-off. Read our *Fuel Policy*.

### When you arrive

For specific rental questions, contact the car agency at 855 283 4384 (reservation), 905 676 1500 (direct)

**Rules and restrictions**

- The following rules and restrictions are provided by the car rental company.
- The driver must present a valid driver's license and credit card in their name upon pick-up. The credit card is required as a deposit when renting any vehicle. The deposit amount is held by the car rental company. Please ensure sufficient funds are available on the card.
- International rentals may have different driver license requirements. An international driving license is required if the drivers' license is non-roman alphabet.
- Additional charges or restrictions **may apply for drivers under 25 or over 70.**

- **Charges for** refueling, **additional drivers, etc. are not included in the total price.**
- Special equipment**, such as child seats and GPS, can be purchased upon pick-up (if available).**
- **Geographical restrictions may apply, even for rental contracts that feature unlimited mileage. Some car rental companies do not allow you to take their vehicles across certain domestic or international borders, or may apply an additional charge to do so.**
- **Your rental may have** mandatory, local insurance requirements **that result in additional charges at the time of rental.**

### Need help with your reservation?

- **Visit our** Customer Support **page.**
- **Call Orbitz customer care at 844-663-2266**
- **For faster service, mention itinerary #7258245018339**

Airline Rules & Regulations

- Tickets are nonrefundable, nontransferable and name changes are not allowed.
- Please read important information regarding airline liability limitations(Opens in a new window).

## Monte Carlo Inn - Brampton Suites

Apr 20, 2017 - Apr 23, 2017

**BOOKED**

Your reservation is booked. No need to call us to reconfirm this reservation.



45 Coventry Rd, Brampton, ON, L6T4V7 Canada

Tel: 1 (905) 453-5200, Fax: 1 (905) 453-9500

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Crib (infant bed) fee: CAD 15.00 per night
- Rollaway bed fee: CAD 15.00 per night

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

### Check-in

- Check-in time starts at 2 PM
- Minimum check-in age is 19
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

Although Orbitz does not charge a fee to change or cancel your booking, Monte Carlo Inn - Brampton Suites may still charge a fee in accordance with its own rules & regulations.

- Cancellations or changes made after 6:00PM (Eastern Daylight Time (US & Canada)) on Apr 19, 2017 or no-shows are subject to a property fee equal to the first nights rate plus taxes and fees.
- Prices and hotel availability are not guaranteed until full payment is received. If you would like to book multiple rooms, you must use a different name for each room. Otherwise, the duplicate reservation will be canceled by the hotel.
- View your online itinerary for additional rules and restrictions.

| Room | Standard Room, 2 Queen Beds |
| --- | --- |
| | Includes: Continental Breakfast Free Wireless Internet |
| Reserved for | Owen Headley<br>1 adult |
| Requests | 2 queen beds, non-smoking room |