

**THE SCHOOL DISTRICT OF
PALM BEACH COUNTY, FL**

SCHOOL POLICE DEPARTMENT
3330 FOREST HILL BOULEVARD, SUITE B-127
WEST PALM BEACH, FL 33406-5869

PHONE: 561-434-8435 / FAX: 561-434-8124
WWW.PALMBEACHSCHOOLS.ORG/SCHOOLPOLICE/

**FRANK J. KITZEROW, MPA**
CHIEF OF POLICE/DISTRICT SECURITY

**WANDA F. PAUL, M.ED., MBA**
CHIEF OPERATING OFFICER

August 31, 2018

**VIA CERTIFIED MAIL**
9171 9690 0935 0098 3966 17

Owen Headley
2655 Dorson Way
Delray Beach, FL 33445

Re: Notification of Public Records Request
School Police Department Incident Report(s) # 9003335

**Dear Mr. Headley,**

You are hereby put on notice that a Public Records Request was made recently for the above police report in which you were the reporting person.

This letter is to confirm that the above material will be released, upon request, minus any allowable exemptions, ten (10 days) following your receipt of this letter or fifteen (15) days after the date of this letter. Please be advised that during the ten (10) days, you have a right to inspect your records, which are located in the School Police Department, Suite B-127, in the Fulton-Holland Educational Services Center, 3370 Forest Hill Boulevard, West Palm Beach, Florida. This notification is made consistent with Florida Statute 1012.31.

Sincerely,

*Daphne DeBarnes*

Daphne DeBarnes
Public Records Coordinator

Enc: School Police Incident Report # 9003335

# STUDENT CONFIDENTIAL



**SCHOOL POLICE DEPARTMENT**
**PALM BEACH COUNTY, FL**

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 9003335 / 0 | SENKIER, B | OFFICER | APPROVED |

## INCIDENT #9003335 DATA
As Of 08/31/2018 10:33:17

### BASIC INFORMATION

| CASE TITLE | LOCATION | APT/UNIT # |
|---|---|---|
| DISTURBANCE | 1700 BARTON ROAD & RIDGE RD | |

| DATE/TIME REPORTED | DATE/TIME OCCURRED |
|---|---|
| 03/05/2009 10:27:00 | 03/05/2009 10:00 to 03/05/2009 10:30 |

**INCIDENT TYPE(S)/OFFENSE(S)**
(231.07) DISTURB SCHOOL FUNCTION

### PERSONS

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| REPORTING PERSON | HEADLEY, OWEN | MALE | BLACK |

### OFFENDERS

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| SUSPECT | ▮▮▮▮▮▮▮▮▮ | FEMALE | BLACK |

[ NO VEHICLES ]

[ NO PROPERTY ]

## OFFICER REPORT: 9003335 - 0 / SENKIER, B (919)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 03/05/2009 13:00:49 | INCIDENT | APPROVED |

### NARRATIVE

On March 05, 2009, at approximately 10:30 a.m., while on duty at 1509 Barton Road, Lake Worth, Florida, 33460, South Area Intensive, I received a phone call from Pam Dukes, Secretary at Barton Elementary stating they were having a problem with a disruptive student, ▮▮▮▮▮▮▮▮▮.

I responded to Barton Elementary. I was familiar with the student and her violent history. I made contact with ESE

Coordinator, Owen Headley. I stood by while Headley was trying to escape ▇▇▇ to the front office. ▇▇▇ was crying and striking the walls with a closed fist. I talked with her and calmed her down.

Headley contacted a parent to pick ▇▇▇ up from school. ▇▇▇ became very aggressive punching and hitting Headley. Headley restrained ▇▇▇ in a chair. After a few minutes I talked to ▇▇▇ again attempting to calm her down. ▇▇▇ finally calmed down. Headley released ▇▇▇. I assisted until the uncle picked ▇▇▇ up. Headley verbally refused to press charges.

▇▇▇ was becoming upset again when the uncle showed up because she did not want to go home. I stood by with the uncle until they left the campus.

There are no charges in this case. Documentation only.

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | SENKIER, B | 919 |
| Reviewing Officer: | MAKOWSKI, A | 947 |
| Approving Officer: | WILKERSON, J | 862 |