
# Thank you for your purchase!

**Minneapolis, MN**

**Thrifty**
Pickup: Minneapolis, MN - MSP
Return: Minneapolis, MN - MSP
Sunday, May 28, 2017 – Tuesday, May 30, 2017

**Car Total: $78.42**

**Amount Paid**
$0.00

**Amount Remaining**

**Trip Total**
$78.42

**MAY 28 SUN**    **05/28/17 - Minneapolis**

### CAR

**Thrifty – Full-size – Minneapolis**
05/28/2017 - 05/30/2017
**Driver:** Owen Headley

**Confirmation #**
H3121543005

| Itinerary Date | Company | Car Type |
|---|---|---|
| **Pickup**<br>**MAY 28** Minneapolis, MN - MSP<br>Sunday, May 28, 2017<br>6:00 PM<br><br>R…<br>SP<br>17 | **Thrifty**<br>Rental Counter and Car are both at the Airport Terminal.<br>**Rapid Rewards Partner** | **Car Description**<br>Full-size car: Chrysler 200 or similar |

| Base Rate | Mileage | Taxes & Fees |
|---|---|---|
| $48.72 | Unlimited | $29.70 |

at least 600 Points for this car rental.
you are getting the points you deserve.

**Car Total**

Includes approximate taxes and fees

Excludes Rental Car Extras

The minimum rental age is 25 years old on most rentals.

All drivers must have a major credit card and a valid driver's license in the driver's name.

Additional taxes, surcharges or fees may apply.

**View vendor terms and conditions**

- Additional drivers must qualify with a valid driver's license in their own name. Additional charges may apply.
- A 24 hour drop box is available for after hour returns, located at the rental counter.
- Loss Damage Waiver (LDW) and Liability Insurance Supplement (LIS) are optional. Additional charges apply.
- To qualify to rent the Thrifty vehicle, the renter must present at the time of rental a valid driver's license and valid major credit card or debit card (see Debit Card Usage below) in the renter's own name with available credit. At the time of rental, an authorized hold will be secured on your credit/debit card provided to cover the estimated rental charges and any additional charges that may be incurred. These funds will not be available for your use. We may place an authorization amount of up to $350 or 15% of the estimated rental charges, depending on rental location and card used. If Thrifty cannot secure credit approval for this amount and/or proper identification credentials are not supplied, Thrifty will decline your rental. At many locations, debit cards issued under a VISA, MasterCard and Discover logo which draw funds directly from the cardholder's account may be used at the outset of a rental to qualify for a rental where the following requirements are met; at Thrifty Airport locations, you will be required to provide proof of a return airline flight to coincide with the rental and present two (2) valid forms of identification; and at Thrifty Off Airport locations, you will need to make your reservation at least one day in advance of your rental pick up date, be at least 25 years old, present two (2) valid forms of identification and one of the following: (a) a Corporate Discount Plan (CDP) number listed in the reservation or (b) proof of a return trip travel ticket to coincide with the rental (airline or cruise). However, there are exceptions to this Thrifty Off Airport location policy; Debit cards are not accepted at the outset of a rental to qualify for rentals in the New York Metropolitan Tri-State Area (NY, NJ, CT), areas of Hartford, CT, areas of Philadelphia, PA, areas of Boston, MA, areas of Manchester, NH, and areas of Detroit, MI. There are exceptions to this general policy: Debit Cards are accepted for Thrifty Blue Chip members when the card is already in the member's profile or the rental is an Insurance Replacement rental. Debit cards are accepted for payment at the end of your rental. In most cases, the location will perform a credit check for debit card customers to determine credit worthiness at the time of rental. The customer must meet the minimum criteria to rent using a debit card. Cash rentals which require an up-front deposit of cash are accepted from customers who have obtained a Cash Deposit Identification (ID) Card. Applications for a Cash Deposit ID Card are available from Thrifty.com. Debit card and prepaid or store value cards are accepted for payment at the end of your rental.
- At time of rental, customers paying with VISA at ALL locations will have 15% of their estimated total added as an incidental amount. Customers renting in Florida will have a minimum of $250 added to their estimated total. This excludes customers paying with a VISA credit card. If the total is greater than $250, the system will calculate 15% of the estimated total to be added as an incidental amount. Customers renting in Hawaii will NOT have a credit card incidental amount added to their estimated total. This excludes rentals paying with a VISA credit card, see rule #1. Customers renting in ALL other states will have a minimum of $350 added to their estimated total. This excludes rentals paying with a VISA credit card, see rule #1. If the total is greater than $350, the system will calculate 15% of the estimated total to be added as an incidental amount. These funds will not be available for your use
- When the renter chooses to receive Frequent Flyer miles, we will collect a Frequent Flyer surcharge, not to exceed $1.50 per day, at the time of rental to offset a portion of the annual cost of participation in the Frequent Flyer program.
- Reservations will be honored for 6 hours after original scheduled pick up time unless the location is closed. Customers with reservations who experience weather or mechanical delays with airlines will be accommodated.
- Non-Smoking Fleet
- Please note: There are toll roads within this area that have converted or will be converting to all-electronic tolling or cashless tolling. In these areas there is no option for a rental car to stop and pay the tolls in cash. If your travels will take you on a toll road in an area where there is no option to stop and pay cash for the tolls, PlatePass is the perfect solution. If you choose not to select the PlatePass pre-paid tolling option and travel on one of these all-electronic toll roads, and do not have your own tolling device in the vehicle, the applicable toll will be paid for you and an administrative fee of $15.00 per occurrence with a maximum of $90.00 will be charged.
- Customers who do not purchase our refueling option must refill the vehicle within a 10 mile radius of the rental return facility and present a fuel receipt to avoid refueling charges.
- For rentals 30 days or longer, the customer must return the vehicle for maintenance or to renew the contract every 30 days to the location.
- A valid drivers license in the customers own name must be presented at the time of pick up. Minimum age is 21 on most vehicles; please see special Vehicle Requirements. Renters under 25 may be subject to an additional fee.
- Any changes to the reservation or rental may result in a change of rate or additional fees.

**Purchaser Name**  Owen Headley      **Billing Address**  2655 Dorson Way
Delray Beach, FL US 33445

```
                                        #01 MR   RR   194543856
                                                 RES  H3121543005
         OWEN HEADLEY                                        CC

         INITIAL CHARGES
         RENT RT  $  24.36  / DAY    @ 2  / DAYS       $   48.72
         SUBTOTAL                                     T$   48.72

         CHARGES ADDED DURING RENTAL
         LDW          DECLINED
         LIS          DECLINED
         PAI, PEC     DECLINED
         PREM RD SVC  DECLINED
         * ADDITIONAL CHARGES
         SERVICE CHARGES/TAXES
         CONCESSION FEE RECOVERY              11.11%  T$    5.41
         RENTAL AUTO FACILITY CHARGE                  T$   11.80
         TAX    21.475%  ON TAXABLE TTL OF $   65.93  $    14.15
         TOTAL AMOUNT DUE                             $    80.08
         CHARGED ON  DISC        XXXXXXXXXXXX5577


         VEHICLE: 02298  / 7046485    16 SIR SONATA 4CYN
         LICENSE:  IL  N444107
         FUEL:    FULL        8/8 OUT   8/8 IN
         MILEAGE IN:          35347       TR-X MILES:
         MILEAGE OUT:         35247       MILES ALLOWED:
         MILES DRIVEN:         100        MILES CHARGED:
         CDP:    00099

         RENTED:    HUMPHREY TERMINAL
         RENTAL:    05/28/17  17:55
         RETURN:    05/30/17  12:45
         RETURNED:  HUMPHREY TERMINAL
         COMPLETED BY:    1284/MNMIN19

         PLAN IN:    RCUD1     RATE CLASS:   F
         PLAN OUT:   RCUD1

                      How was your experience?
                      We'd like your feedback.
                        1) Visit thriftyrentalsurvey.com
                        2) Enter Access Code   0076619
                      We value your opinion and
                      look forward to your feedback.




                    STATEMENT OF CHARGES - NOT VALID FOR RENTAL
```

Your Discover credit card ending in 5577 is being used to guarantee your car booking. Please remember to bring a valid credit card to present at the time of pickup.

**Amount Paid**
**$0.00**

**Amount Remaining**

**Trip Total**
**$78.42**

Terms and Conditions. Privacy Policy

# Thank you for your purchase!

West Palm Beach, FL - PBI to Minneapolis/St. Paul (Terminal 2), MN - MSP

**West Palm Beach, FL - PBI to Minneapolis/St. Paul (Terminal 2), MN - MSP**
Sunday, May 28, 2017 - Tuesday, May 30, 2017

**Air Total: $779.92**

**Amount Paid**
**$779.92**

**Trip Total**
**$779.92**

**MAY 28**
**SUN**  **05/28/17 - Minneapolis**

**AIR**
West Palm Beach, FL - PBI to Minneapolis/St. Paul (Terminal 2), MN - MSP
05/28/2017 - 05/30/2017
**Confirmation #**
MZZ92F

**Adult Passenger(s)**                                **Rapid Rewards #**
CLEVIS HEADLEY
OWEN HEADLEY

| Travel Date | Flight Segments | | Flight Summary |
|---|---|---|---|
| DEPART MAY 28 SUN | 01:20 PM | Depart **West Palm Beach, FL (PBI)** on Southwest Airlines | Flight #4289 |
| | 03:05 PM | Arrive in Atlanta, GA (ATL) | WiFi available  **Sunday, May 28, 2017** |
| | 03:50 PM | Change ✈ to Southwest Airlines in Atlanta, GA (ATL) | Flight #5203  (1 stop, includes 1 plane change) |
| | 05:30 PM | Arrive in **Minneapolis/St. Paul (Terminal 2), MN (MSP)** | |

| Travel Date | Flight Segments | | | Flight Summary |
|---|---|---|---|---|
| RETURN<br>MAY 30<br>TUE | 03:45 PM | Depart **Minneapolis/St. Paul (Terminal 2), MN (MSP)** on Southwest Airlines | Flight #162 | |
| | 07:20 PM | Arrive in **Atlanta, GA (ATL)** | WiFi available | **Tuesday, May 30, 2017**<br>(1 stop, includes 1 plane change) |
| | 08:10 PM | Change to Southwest Airlines in Atlanta, GA (ATL) | Flight #496 | |
| | 09:55 PM | Arrive in **West Palm Beach, FL (PBI)** | | |

**What you need to know to travel:**

**Check-in**: Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

**No Show Policy**: If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure of your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds for the originally ticketed Passenger only. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Applying Travel Funds**: In the event your travel plans change and you need to apply travel funds to future trips, please make note of your confirmation number. Customers calling Southwest to request a refund or to research travel funds for a specific ticket must provide their confirmation number, ticket number or flight information (date, origin and destination).

**Prohibition of Multiple/Conflicting Reservations**: To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Booking with Rapid Reward Points:**

When booking with Rapid Rewards points, your point balance may not immediately update in your account.

**PRICE: ADULT**

| Trip | Routing | Fare Type | Fare Details | Quantity |
|---|---|---|---|---|
| Depart | PBI-ATL-MSP | Excellent Value | | 2 |
| Return | MSP-ATL-PBI | Excellent Value | | 2 |

Enroll in Rapid Rewards and earn at least     for this trip.     **Subtotal**     **$779.92**
Already a Member? Log in to ensure you are getting the points you     Fare Breakdown
deserve.

Carry-on Items: 1 bag + 1 small personal item are free,     **Bag Charge**     $0.00
Checked Items: First and second bags are free,

**Air Total:**
**$779.92**

| Purchaser Name | Owen Headley | Billing Address | 2655 Dorson Way |
| | | | Delray Beach, FL US 33445 |

| Form of Payment | Amount Applied |
|---|---|
| PayPal | $779.92 |

**Amount Paid**
$779.92

**Trip Total**
$779.92

Terms and Conditions  Privacy Policy

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

? Questions? Go to the Help Center at www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:15b5aa90b8fe3