To Mr. Headley,

Thank you so much for being the biggest inspiration for my current and future success. I remember the one day, about three years ago, when you showed us a video of a girl graduating high school at FAU, with a bachelors degree, and you wanted to help me prepare for the ACT. I ended up taking it in the seventh grade and scored a composition 22. This happened only because of you, and now I'm working hard, on my way to a Bachelors at FAU high school. There is a special graduation ceremony for those who graduate with a Bachelors, and I invite you to come to my graduation in 2021. It seems far away to me but I'm sure it will go by fast. Thanks again, because without you, I certainly would not be where I am today.

— Thank you, and you have my best wishes

Kevin Figueroa

Contacts:
E-Mail: Kevinusa2708@aol.com
Phone: 561-289-3009

