QQB030 ACCOUNT REVIEW - WORKSHEET 1

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| OBLIGATION: CCH 01 - BASIC SUPPORT | | | BEGINNING BALANCE: | | 0.00 |
| 08/2000 | 399.00 | 0.00 | 0.00 | 0.00 | 399.00 |
| 09/2000 | 399.00 | 0.00 | 0.00 | 798.00 | 0.00 |
| 10/2000 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 11/2000 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 12/2000 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 01/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 02/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 03/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 04/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 05/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 06/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 07/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 08/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 09/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 10/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 11/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 12/2001 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 01/2002 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 02/2002 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 03/2002 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 04/2002 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 |
| 05/2002 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 06/2002 | 422.00 | 0.00 | 0.00 | 364.50 | 57.50 |
| 07/2002 | 422.00 | 0.00 | 0.00 | 479.50 | 0.00 |
| 08/2002 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 09/2002 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 10/2002 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 11/2002 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 12/2002 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 01/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 02/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 03/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 04/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 05/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 06/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 07/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 08/2003 | 422.00 | 0.00 | 0.00 | 217.81 | 204.19 |
| 09/2003 | 422.00 | 0.00 | 0.00 | 626.19 | 0.00 |
| 10/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 11/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 12/2003 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 01/2004 | 422.00 | 0.00 | 0.00 | 0.00 | 422.00 |
| 02/2004 | 422.00 | 0.00 | 0.00 | 319.41 | 524.59 |
| 03/2004 | 422.00 | 2.01 | 0.00 | 948.60 | 0.00 |

Note:

04/04/18 V5FFZC01 STATE OF MINNESOTA Page: 2
09/1997 DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT ENFORCEMENT DIVISION PRIVATE DATA
QQB030 ACCOUNT REVIEW - WORKSHEET 1

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 04/2004 | 422.00 | 0.00 | 0.00 | 422.00 | 0.00 |
| 05/2004 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 06/2004 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 07/2004 | 436.00 | 0.00 | 0.00 | 0.00 | 436.00 |
| 08/2004 | 436.00 | 0.00 | 0.00 | 400.00 | 472.00 |
| 09/2004 | 436.00 | 2.22 | 0.00 | 0.00 | 910.22 |
| 10/2004 | 436.00 | 2.33 | 0.00 | 841.60 | 506.95 |
| 11/2004 | 436.00 | 2.58 | 0.00 | 533.20 | 412.33 |
| 12/2004 | 436.00 | 0.00 | 0.00 | 824.80 | 23.53 |
| 01/2005 | 436.00 | 0.00 | 0.00 | 291.60 | 167.93 |
| 02/2005 | 436.00 | 0.00 | 0.00 | 533.20 | 70.73 |
| 03/2005 | 436.00 | 0.00 | 0.00 | 506.73 | 0.00 |
| 04/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 05/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 06/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 07/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 08/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 09/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 10/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 11/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 12/2005 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 01/2006 | 436.00 | 0.00 | 0.00 | 336.41 | 99.59 |
| 02/2006 | 436.00 | 0.00 | 0.00 | 398.62 | 136.97 |
| 03/2006 | 436.00 | 0.00 | 0.00 | 572.97 | 0.00 |
| 04/2006 | 436.00 | 0.00 | 0.00 | 436.00 | 0.00 |
| 05/2006 | 460.00 | 0.00 | 0.00 | 460.00 | 0.00 |
| 06/2006 | 460.00 | 0.00 | 0.00 | 460.00 | 0.00 |
| 07/2006 | 460.00 | 0.00 | 0.00 | 460.00 | 0.00 |
| 08/2006 | 460.00 | 0.00 | 0.00 | 0.00 | 460.00 |
| 09/2006 | 460.00 | 0.00 | 0.00 | 0.00 | 920.00 |
| 10/2006 | 460.00 | 2.27 | 0.00 | 1382.27 | 0.00 |
| 11/2006 | 460.00 | 0.00 | 0.00 | 19.41 | 440.59 |
| 12/2006 | 460.00 | 0.00 | 0.00 | 900.59 | 0.00 |
| 01/2007 | 460.00 | 0.00 | 0.00 | 19.41 | 440.59 |
| 02/2007 | 460.00 | 0.00 | 0.00 | 460.00 | 440.59 |
| 03/2007 | 460.00 | 0.00 | 0.00 | 460.00 | 440.59 |
| 04/2007 | 460.00 | 0.00 | 0.00 | 460.00 | 440.59 |
| 05/2007 | 460.00 | 0.00 | 0.00 | 900.59 | 0.00 |
| 06/2007 | 460.00 | 0.00 | 0.00 | 19.41 | 440.59 |
| 07/2007 | 460.00 | 0.00 | 0.00 | 0.00 | 900.59 |
| 08/2007 | 460.00 | 2.62 | 0.00 | 460.00 | 903.21 |
| 09/2007 | 460.00 | 5.35 | 0.00 | 0.00 | 1368.56 |
| 10/2007 | 460.00 | 5.18 | 0.00 | 460.00 | 1373.74 |
| 11/2007 | 460.00 | 8.08 | 0.00 | 1009.00 | 832.82 |

/04/18 V5FFZC01 STATE OF MINNESOTA Page: 3
/1997 DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT ENFORCEMENT DIVISION PRIVATE DATA
B030 ACCOUNT REVIEW - WORKSHEET 1

e: 0010857537 04
Name: HARRIS, ROCHELLE R.
Name: HEADLEY, OWEN

| ounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 02/2008 | 460.00 | 2.68 | 0.00 | 460.00 | 792.59 |
| 03/2008 | 460.00 | 2.51 | 0.00 | 0.00 | 1255.10 |
| 04/2008 | 460.00 | 2.68 | 0.00 | 1480.00 | 237.78 |
| 05/2008 | 479.00 | 0.00 | 0.00 | 479.00 | 237.78 |
| 06/2008 | 479.00 | 0.00 | 0.00 | 716.78 | 0.00 |
| 07/2008 | 479.00 | 0.00 | 0.00 | 0.00 | 479.00 |
| 08/2008 | 479.00 | 0.00 | 0.00 | 0.00 | 958.00 |
| 09/2008 | 479.00 | 1.63 | 0.00 | 0.00 | 1438.63 |
| 10/2008 | 479.00 | 3.14 | 0.00 | 535.32 | 1385.45 |
| 11/2008 | 479.00 | 4.71 | 0.00 | 585.86 | 1283.30 |
| 12/2008 | 479.00 | 3.60 | 0.00 | 1765.90 | 0.00 |
| 01/2009 | 479.00 | 0.00 | 0.00 | 479.00 | 0.00 |
| 02/2009 | 479.00 | 0.00 | 0.00 | 479.00 | 0.00 |
| 03/2009 | 479.00 | 0.00 | 0.00 | 479.00 | 0.00 |
| 04/2009 | 479.00 | 0.00 | 0.00 | 479.00 | 0.00 |
| 05/2009 | 479.00 | 0.00 | 0.00 | 479.00 | 0.00 |
| 06/2009 | 479.00 | 0.00 | 0.00 | 447.44 | 31.56 |
| 07/2009 | 479.00 | 0.00 | 0.00 | 194.11 | 316.45 |
| 08/2009 | 479.00 | 0.00 | 0.00 | 0.00 | 795.45 |
| 09/2009 | 479.00 | 1.08 | 0.00 | 292.93 | 982.60 |
| 10/2009 | 479.00 | 2.61 | 0.00 | 535.86 | 928.35 |
| 11/2009 | 479.00 | 3.15 | 0.00 | 535.86 | 874.64 |
| 12/2009 | 479.00 | 2.87 | 0.00 | 828.79 | 527.72 |
| 01/2010 | 479.00 | 1.79 | 0.00 | 535.86 | 472.65 |
| 02/2010 | 479.00 | 0.00 | 0.00 | 535.86 | 415.79 |
| 03/2010 | 479.00 | 0.00 | 0.00 | 535.86 | 358.93 |
| 04/2010 | 479.00 | 0.00 | 0.00 | 535.86 | 302.07 |
| 05/2010 | 497.00 | 0.00 | 0.00 | 555.80 | 243.27 |
| 06/2010 | 497.00 | 0.00 | 0.00 | 555.80 | 184.47 |
| 07/2010 | 497.00 | 0.00 | 0.00 | 681.47 | 0.00 |
| 08/2010 | 497.00 | 0.00 | 0.00 | 479.18 | 17.82 |
| 09/2010 | 497.00 | 0.00 | 0.00 | 497.00 | 17.82 |
| 10/2010 | 497.00 | 0.00 | 0.00 | 497.00 | 17.82 |
| 11/2010 | 497.00 | 0.00 | 0.00 | 497.00 | 17.82 |
| 12/2010 | 497.00 | 0.00 | 0.00 | 514.82 | 0.00 |
| 01/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 02/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 03/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 04/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 05/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 06/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 07/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 08/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 09/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 10/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 11/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |

Note: .

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12/2011 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 01/2012 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 02/2012 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 03/2012 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 04/2012 | 497.00 | 0.00 | 0.00 | 497.00 | 0.00 |
| 05/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 06/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 07/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 08/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 09/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 10/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 11/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 12/2012 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 01/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 02/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 03/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 04/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 05/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 06/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 07/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 08/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 09/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 10/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 11/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 12/2013 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 01/2014 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 02/2014 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 03/2014 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 04/2014 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 |
| 05/2014 | 543.00 | 0.00 | 0.00 | 530.68 | 12.32 |
| 06/2014 | 543.00 | 0.00 | 0.00 | 555.32 | 0.00 |
| 07/2014 | 543.00 | 0.00 | 0.00 | 530.68 | 12.32 |
| 08/2014 | 543.00 | 0.00 | 0.00 | 530.68 | 24.64 |
| 09/2014 | 543.00 | 0.00 | 0.00 | 530.68 | 36.96 |
| 10/2014 | 543.00 | 0.00 | 0.00 | 530.68 | 49.28 |
| 11/2014 | 543.00 | 0.00 | 0.00 | 530.68 | 61.60 |
| 12/2014 | 543.00 | 0.00 | 0.00 | 604.60 | 0.00 |
| 01/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 12.32 |
| 02/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 24.64 |
| 03/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 36.96 |
| 04/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 49.28 |
| 05/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 61.60 |
| 06/2015 | 543.00 | 0.00 | 0.00 | 604.60 | 0.00 |
| 07/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 12.32 |
| 08/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 24.64 |
| 09/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 36.96 |

Note: .

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | 49.28 |
| 10/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 61.60 |
| 11/2015 | 543.00 | 0.00 | 0.00 | 530.68 | 0.00 |
| 12/2015 | 543.00 | 0.00 | 0.00 | 604.60 | 12.32 |
| 01/2016 | 543.00 | 0.00 | 0.00 | 530.68 | 24.64 |
| 02/2016 | 543.00 | 0.00 | 0.00 | 530.68 | 36.96 |
| 03/2016 | 543.00 | 0.00 | 0.00 | 530.68 | 49.28 |
| 04/2016 | 543.00 | 0.00 | 0.00 | 530.68 | 56.53 |
| 05/2016 | 549.00 | 0.00 | 0.00 | 541.75 | 0.00 |
| 06/2016 | 549.00 | 0.00 | 0.00 | 605.53 | 0.00 |
| 07/2016 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 08/2016 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 09/2016 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 10/2016 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 11/2016 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 12/2016 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 01/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 02/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 03/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 04/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 05/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 06/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 07/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 08/2017 | 549.00 | 0.00 | 0.00 | 276.41 | 272.59 |
| 09/2017 | 549.00 | 0.00 | 0.00 | 354.59 | 467.00 |
| 10/2017 | 549.00 | 0.00 | 0.00 | 1016.00 | 0.00 |
| 11/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 12/2017 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 01/2018 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 02/2018 | 549.00 | 0.00 | 0.00 | 549.00 | 0.00 |
| 03/2018 | 549.00 | 0.00 | 0.00 | | |
| TOTAL | 101694.00 | 72.18 | 0.00 | 101766.18 | 0.00 |

OBLIGATION: CMS 01 - MEDICAL SUPPORT BEGINNING BALANCE: 0.00

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 08/2000 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 09/2000 | 50.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| 10/2000 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 11/2000 | 50.00 | 0.00 | 0.00 | 37.79 | 12.21 |
| 12/2000 | 50.00 | 0.00 | 0.00 | 15.38 | 46.83 |
| 01/2001 | 50.00 | 0.00 | 0.00 | 96.83 | 0.00 |
| 02/2001 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 03/2001 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 04/2001 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 05/2001 | 50.00 | 0.00 | 0.00 | 37.26 | 12.74 |
| 06/2001 | 50.00 | 0.00 | 0.00 | 62.74 | 0.00 |

Note: .

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 07/2001 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 08/2001 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 09/2001 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 10/2001 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 11/2001 | 50.00 | 0.00 | 0.00 | 36.73 | 13.27 |
| 12/2001 | 50.00 | 0.00 | 0.00 | 63.27 | 0.00 |
| 01/2002 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 02/2002 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 03/2002 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 04/2002 | 50.00 | 0.00 | 0.00 | 15.38 | 34.62 |
| 05/2002 | 50.00 | 0.00 | 0.00 | 13.62 | 71.00 |
| 06/2002 | 50.00 | 0.12 | 0.00 | 71.12 | 50.00 |
| 07/2002 | 50.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| 08/2002 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 09/2002 | 50.00 | 0.00 | 0.00 | 13.62 | 36.38 |
| 10/2002 | 50.00 | 0.00 | 0.00 | 13.62 | 72.76 |
| 11/2002 | 50.00 | 0.12 | 0.00 | 13.62 | 109.26 |
| 12/2002 | 50.00 | 0.24 | 0.00 | 159.50 | 0.00 |
| 01/2003 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 02/2003 | 50.00 | 0.00 | 0.00 | 13.62 | 36.38 |
| 03/2003 | 50.00 | 0.00 | 0.00 | 13.62 | 72.76 |
| 04/2003 | 50.00 | 0.19 | 0.00 | 13.62 | 109.33 |
| 05/2003 | 50.00 | 0.36 | 0.00 | 13.62 | 146.07 |
| 06/2003 | 50.00 | 0.57 | 0.00 | 196.64 | 0.00 |
| 07/2003 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 08/2003 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 09/2003 | 50.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| 10/2003 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 11/2003 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 12/2003 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 01/2004 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 02/2004 | 50.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 03/2004 | 50.00 | 0.24 | 0.00 | 150.24 | 0.00 |
| 04/2004 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 05/2004 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 06/2004 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 07/2004 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 08/2004 | 50.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 09/2004 | 50.00 | 0.25 | 0.00 | 0.00 | 150.25 |
| 10/2004 | 50.00 | 0.50 | 0.00 | 50.00 | 150.75 |
| 11/2004 | 50.00 | 0.75 | 0.00 | 50.00 | 151.50 |
| 12/2004 | 50.00 | 0.75 | 0.00 | 50.00 | 152.25 |
| 01/2005 | 50.00 | 0.75 | 0.00 | 0.00 | 203.00 |
| 02/2005 | 50.00 | 0.75 | 0.00 | 50.00 | 203.75 |
| 03/2005 | 50.00 | 0.92 | 0.00 | 76.47 | 178.20 |
| 04/2005 | 50.00 | 0.89 | 0.00 | 147.20 | 81.89 |

Note: .

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 05/2005 | 50.00 | 0.41 | 0.00 | 132.30 | 0.00 |
| 06/2005 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 07/2005 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 08/2005 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 09/2005 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 10/2005 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 11/2005 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 12/2005 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 01/2006 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 02/2006 | 50.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| 03/2006 | 50.00 | 0.00 | 0.00 | 99.96 | 0.04 |
| 04/2006 | 50.00 | 0.00 | 0.00 | 12.62 | 37.42 |
| 05/2006 | 50.00 | 0.00 | 0.00 | 10.68 | 76.74 |
| 06/2006 | 50.00 | 0.19 | 0.00 | 10.68 | 116.25 |
| 07/2006 | 50.00 | 0.37 | 0.00 | 10.68 | 155.94 |
| 08/2006 | 50.00 | 0.59 | 0.00 | 0.00 | 206.53 |
| 09/2006 | 50.00 | 0.79 | 0.00 | 0.00 | 257.32 |
| 10/2006 | 50.00 | 1.00 | 0.00 | 308.32 | 0.00 |
| 11/2006 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 12/2006 | 50.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| 01/2007 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 02/2007 | 50.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| 03/2007 | 50.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| 04/2007 | 50.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| 05/2007 | 50.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| 06/2007 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 07/2007 | 50.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 08/2007 | 50.00 | 0.30 | 0.00 | 50.00 | 100.30 |
| 09/2007 | 50.00 | 0.60 | 0.00 | 0.00 | 150.90 |
| 10/2007 | 50.00 | 0.58 | 0.00 | 50.00 | 151.48 |
| 11/2007 | 50.00 | 0.90 | 0.00 | 0.00 | 202.38 |
| 12/2007 | 50.00 | 0.87 | 0.00 | 0.00 | 253.25 |
| 01/2008 | 50.00 | 1.20 | 0.00 | 50.00 | 254.45 |
| 02/2008 | 50.00 | 0.85 | 0.00 | 50.00 | 255.30 |
| 03/2008 | 50.00 | 0.80 | 0.00 | 0.00 | 306.10 |
| 04/2008 | 50.00 | 0.85 | 0.00 | 50.00 | 306.95 |
| 05/2008 | 50.00 | 0.96 | 0.00 | 31.00 | 326.91 |
| 06/2008 | 50.00 | 1.02 | 0.00 | 303.22 | 74.71 |
| 07/2008 | 50.00 | 0.24 | 0.00 | 0.00 | 124.95 |
| 08/2008 | 50.00 | 0.25 | 0.00 | 0.00 | 175.20 |
| 09/2008 | 50.00 | 0.42 | 0.00 | 0.00 | 225.62 |
| 10/2008 | 50.00 | 0.56 | 0.00 | 50.00 | 226.18 |
| 11/2008 | 50.00 | 0.76 | 0.00 | 0.00 | 276.94 |
| 12/2008 | 50.00 | 0.72 | 0.00 | 327.66 | 0.00 |
| 01/2009 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 02/2009 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |

Note:

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 03/2009 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 04/2009 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 05/2009 | 50.00 | 0.00 | 0.00 | 9.22 | 40.78 |
| 06/2009 | 50.00 | 0.00 | 0.00 | 40.78 | 50.00 |
| 07/2009 | 50.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| 08/2009 | 50.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 09/2009 | 50.00 | 0.17 | 0.00 | 0.00 | 150.17 |
| 10/2009 | 50.00 | 0.32 | 0.00 | 50.00 | 150.49 |
| 11/2009 | 50.00 | 0.51 | 0.00 | 50.00 | 151.00 |
| 12/2009 | 50.00 | 0.48 | 0.00 | 50.00 | 151.48 |
| 01/2010 | 50.00 | 0.51 | 0.00 | 50.00 | 151.99 |
| 02/2010 | 50.00 | 0.51 | 0.00 | 50.00 | 152.50 |
| 03/2010 | 50.00 | 0.45 | 0.00 | 202.00 | 0.95 |
| 04/2010 | 50.00 | 0.00 | 0.00 | 50.00 | 0.95 |
| 05/2010 | 50.00 | 0.00 | 0.00 | 50.00 | 0.95 |
| 06/2010 | 50.00 | 0.00 | 0.00 | 50.00 | 0.95 |
| 07/2010 | 50.00 | 0.00 | 0.00 | 50.95 | 0.00 |
| 08/2010 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 09/2010 | 50.00 | 0.00 | 0.00 | 7.84 | 92.16 |
| 10/2010 | 50.00 | 0.16 | 0.00 | 7.84 | 134.48 |
| 11/2010 | 50.00 | 0.31 | 0.00 | 7.84 | 176.95 |
| 12/2010 | 50.00 | 0.44 | 0.00 | 227.39 | 0.00 |
| 01/2011 | 50.00 | 0.00 | 0.00 | 22.89 | 27.11 |
| 02/2011 | 50.00 | 0.00 | 0.00 | 7.84 | 69.27 |
| 03/2011 | 50.00 | 0.08 | 0.00 | 7.84 | 111.51 |
| 04/2011 | 50.00 | 0.23 | 0.00 | 7.84 | 153.90 |
| 05/2011 | 50.00 | 0.37 | 0.00 | 7.84 | 196.43 |
| 06/2011 | 50.00 | 0.51 | 0.00 | 7.84 | 239.10 |
| 07/2011 | 50.00 | 0.65 | 0.00 | 7.84 | 281.91 |
| 08/2011 | 50.00 | 0.79 | 0.00 | 7.84 | 324.86 |
| 09/2011 | 50.00 | 0.93 | 0.00 | 7.84 | 367.95 |
| 10/2011 | 50.00 | 1.07 | 0.00 | 7.84 | 411.18 |
| 11/2011 | 50.00 | 1.21 | 0.00 | 7.84 | 454.55 |
| 12/2011 | 50.00 | 1.35 | 0.00 | 260.26 | 245.64 |
| 01/2012 | 50.00 | 0.82 | 0.00 | 7.84 | 288.62 |
| 02/2012 | 50.00 | 0.82 | 0.00 | 7.84 | 331.60 |
| 03/2012 | 50.00 | 0.89 | 0.00 | 7.84 | 374.65 |
| 04/2012 | 50.00 | 1.10 | 0.00 | 7.84 | 417.91 |
| 05/2012 | 50.00 | 1.23 | 0.00 | 5.68 | 463.46 |
| 06/2012 | 50.00 | 1.38 | 0.00 | 271.02 | 243.82 |
| 07/2012 | 50.00 | 0.81 | 0.00 | 5.68 | 288.95 |
| 08/2012 | 50.00 | 0.81 | 0.00 | 5.68 | 334.08 |
| 09/2012 | 50.00 | 0.96 | 0.00 | 5.68 | 379.36 |
| 10/2012 | 50.00 | 1.11 | 0.00 | 5.68 | 424.79 |
| 11/2012 | 50.00 | 1.26 | 0.00 | 5.68 | 470.37 |
| 12/2012 | 50.00 | 1.41 | 0.00 | 271.02 | 250.76 |

Note: .

04/04/18 V5FFZC01 STATE OF MINNESOTA Page: 9
09/1997 DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT ENFORCEMENT DIVISION PRIVATE DATA
QQB030 ACCOUNT REVIEW - WORKSHEET 1

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 01/2013 | 50.00 | 0.85 | 0.00 | 5.68 | 295.93 |
| 02/2013 | 50.00 | 0.85 | 0.00 | 5.68 | 341.10 |
| 03/2013 | 50.00 | 0.93 | 0.00 | 5.68 | 386.35 |
| 04/2013 | 50.00 | 1.15 | 0.00 | 5.68 | 431.82 |
| 05/2013 | 50.00 | 1.30 | 0.00 | 5.68 | 477.44 |
| 06/2013 | 50.00 | 1.45 | 0.00 | 5.68 | 523.21 |
| 07/2013 | 50.00 | 1.60 | 0.00 | 271.02 | 303.79 |
| 08/2013 | 50.00 | 1.03 | 0.00 | 5.68 | 349.14 |
| 09/2013 | 50.00 | 1.03 | 0.00 | 5.68 | 394.49 |
| 10/2013 | 50.00 | 1.17 | 0.00 | 5.68 | 439.98 |
| 11/2013 | 50.00 | 1.33 | 0.00 | 5.68 | 485.63 |
| 12/2013 | 50.00 | 1.47 | 0.00 | 271.02 | 266.08 |
| 01/2014 | 50.00 | 0.90 | 0.00 | 5.68 | 311.30 |
| 02/2014 | 50.00 | 0.90 | 0.00 | 5.68 | 356.52 |
| 03/2014 | 50.00 | 0.98 | 0.00 | 5.68 | 401.82 |
| 04/2014 | 50.00 | 1.20 | 0.00 | 5.68 | 447.34 |
| 05/2014 | 50.00 | 1.35 | 0.00 | 0.00 | 498.69 |
| 06/2014 | 50.00 | 1.50 | 0.00 | 240.70 | 309.49 |
| 07/2014 | 50.00 | 1.03 | 0.00 | 0.00 | 360.52 |
| 08/2014 | 50.00 | 1.05 | 0.00 | 0.00 | 411.57 |
| 09/2014 | 50.00 | 1.22 | 0.00 | 0.00 | 462.79 |
| 10/2014 | 50.00 | 1.35 | 0.00 | 0.00 | 514.14 |
| 11/2014 | 50.00 | 1.56 | 0.00 | 0.00 | 565.70 |
| 12/2014 | 50.00 | 1.67 | 0.00 | 191.42 | 425.95 |
| 01/2015 | 50.00 | 1.45 | 0.00 | 0.00 | 477.40 |
| 02/2015 | 50.00 | 1.45 | 0.00 | 0.00 | 528.85 |
| 03/2015 | 50.00 | 1.44 | 0.00 | 530.00 | 50.29 |
| 04/2015 | 50.00 | 0.00 | 0.00 | 0.00 | 100.29 |
| 05/2015 | 50.00 | 0.16 | 0.00 | 0.00 | 150.45 |
| 06/2015 | 50.00 | 0.34 | 0.00 | 191.42 | 9.37 |
| 07/2015 | 50.00 | 0.00 | 0.00 | 0.00 | 59.37 |
| 08/2015 | 50.00 | 0.03 | 0.00 | 0.00 | 109.40 |
| 09/2015 | 50.00 | 0.20 | 0.00 | 0.00 | 159.60 |
| 10/2015 | 50.00 | 0.35 | 0.00 | 0.00 | 209.95 |
| 11/2015 | 50.00 | 0.54 | 0.00 | 0.00 | 260.49 |
| 12/2015 | 50.00 | 0.67 | 0.00 | 191.42 | 119.74 |
| 01/2016 | 50.00 | 0.41 | 0.00 | 0.00 | 170.15 |
| 02/2016 | 50.00 | 0.41 | 0.00 | 0.00 | 220.56 |
| 03/2016 | 50.00 | 0.54 | 0.00 | 0.00 | 271.10 |
| 04/2016 | 50.00 | 0.75 | 0.00 | 0.00 | 321.85 |
| 05/2016 | 50.00 | 0.86 | 0.00 | 0.00 | 372.71 |
| 06/2016 | 50.00 | 1.09 | 0.00 | 223.70 | 200.10 |
| 07/2016 | 50.00 | 0.64 | 0.00 | 3.82 | 246.92 |
| 08/2016 | 50.00 | 0.68 | 0.00 | 3.82 | 293.78 |
| 09/2016 | 50.00 | 0.84 | 0.00 | 3.82 | 340.80 |
| 10/2016 | 50.00 | 0.94 | 0.00 | 280.23 | 111.51 |

Note: .

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11/2016 | 50.00 | 0.39 | 0.00 | 3.82 | 158.08 |
| 12/2016 | 50.00 | 0.36 | 0.00 | 3.82 | 204.62 |
| 01/2017 | 50.00 | 0.55 | 0.00 | 3.82 | 251.35 |
| 02/2017 | 50.00 | 0.71 | 0.00 | 3.82 | 298.24 |
| 03/2017 | 50.00 | 0.76 | 0.00 | 3.82 | 345.18 |
| 04/2017 | 50.00 | 1.03 | 0.00 | 280.23 | 115.98 |
| 05/2017 | 50.00 | 0.38 | 0.00 | 3.82 | 162.54 |
| 06/2017 | 50.00 | 0.40 | 0.00 | 3.82 | 209.12 |
| 07/2017 | 50.00 | 0.53 | 0.00 | 3.82 | 255.83 |
| 08/2017 | 50.00 | 0.72 | 0.00 | 3.82 | 302.73 |
| 09/2017 | 50.00 | 0.88 | 0.00 | 0.00 | 353.61 |
| 10/2017 | 50.00 | 0.98 | 0.00 | 0.00 | 404.59 |
| 11/2017 | 50.00 | 1.21 | 0.00 | 455.80 | 0.00 |
| 12/2017 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 01/2018 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 02/2018 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| 03/2018 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| TOTAL | 10600.00 | 97.84 | 0.00 | 10697.84 | 0.00 |

OBLIGATION: JCH 01 - JUDGMENT FOR BASIC SUPP BEGINNING BALANCE: 0.00

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 07/2000 | 0.00 | 0.00 | 2790.00 | 0.00 | 2790.00 |
| 08/2000 | 0.00 | 0.00 | 0.00 | 0.00 | 2790.00 |
| 09/2000 | 0.00 | 0.00 | 0.00 | 2790.00 | 0.00 |
| 10/2000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: .

STATE OF MINNESOTA
DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT ENFORCEMENT DIVISION
ACCOUNT REVIEW - WORKSHEET 1

PRIVATE DATA

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 07/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: .

Case: 0010857537 04  
CP Name: HARRIS, ROCHELLE R.  
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 05/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: .

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 03/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: .

04/04/18 STATE OF MINNESOTA Page: 14
09/1997 DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT ENFORCEMENT DIVISION PRIVATE DATA
QQB030 ACCOUNT REVIEW - WORKSHEET 1

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 01/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Note:

DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT ENFORCEMENT DIVISION PRIVATE DATA
QQB030 ACCOUNT REVIEW - WORKSHEET 1

Case: 0010857537 04
CP Name: HARRIS, ROCHELLE R.
NCP Name: HEADLEY, OWEN

| Accounting Date | Principal Charge | Interest Charge | Adjustments | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 2790.00 | 2790.00 | 0.00 |
| TOTAL SUPT | 112294.00 | 170.02 | 2790.00 | 115254.02 | 0.00 |

*** End of Report ***

Note: .