UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-MC-81148-UNA/DLB

IN THE MATTER OF

THE EXTRADITION OF

OWEN ALTHELBERT HEADLEY

_____/

**GOVERNMENT'S MOTION TO STRIKE AND
FOR CLERK TO REMOVE FROM THE DOCKET**

The United States of America, by Ariana Fajardo Orshan, United States Attorney for the Southern District of Florida, through Assistant United States Attorney, Lothrop Morris, submits its Motion to Strike and for Clerk to Remove From Docket certain documents that contain unnecessary personal information. In support of its filing, the government states as follows:

On September 26, 2018, Owen Althelbert Headley ("Headley"), filed a Request For Release Pending His Extradition Hearing And Possible Appearance In Ontario, Canada. *See* D.E. # 27. Headley attached certain documents that contain confidential and personal information. Specifically, the Affidavit of Jacqueline Headley contains the name of the minor victim who is the subject of this extradition. *See* D.E. # 27-3 at p.1, ¶ 8. The Document entitled Register of Action contains the minor victims date of birth. *See* D.E. # 27-7 at p.1. The Document entitled Register of Action contains the minor victim's date of birth. See D.E. # 27-9 at p.1. In *In re IMPLEMENTATION OF COMMITTEE ON PRIVACY AND COURT RECORDS*, 78 So.3d 1045 (2011), the Supreme Court of Florida recognized that refinement of rules governing confidential court records was a necessary step in providing the public electronic access to court records.

1

Florida Rule of Judicial Administration 2.425 is loosely modeled after Federal Rule of Civil Procedure 5.2 (Privacy Protection for Filings Made with the Court). The most important provisions of the new rule are in pertinent part as follows:

First, under subdivision (a) of the new rule, unless exempted by subdivision (b), or authorized by statute, another rule, or court order, personal information of the type listed either must not be filed or must be truncated or redacted before filing. Under subdivisions (a)(1) and (a)(2) only the initials of a minor and the year of birth of a person's birth date may be included in filings, and under subdivision (a)(3), no portion of a social security number, bank account number, credit card account number, charge account number, or debit account number can be filed,20 unless the number falls within one of the subdivision (b) exceptions, or is authorized by statute, another rule, or court order.

The United States requests the Court to direct that the Clerk of Court remove the documents referenced above from the docket because they contain confidential and personal information of an alleged minor sex crime victim.   The Government is not requesting that sanctions be imposed on Headley or his counsel because the filing of these documents appears to be an oversight.

**WEREFORE,** the undersigned respectfully requests the Court to direct that the Clerk of Court remove the documents, D.E. #s 27-3, 27-7, and 27-9, from the docket because they

contain confidential and personal information of an alleged sex crime minor victim

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

                              s/   LOTHROP MORRIS
                        By: LOTHROP MORRIS
                            ASSISTANT U.S. ATTORNEY
                            Florida Bar # 0095044
                            500 Australian Avenue, Suite 400
                            West Palm Beach, FL 33401
                            (561) 820-8711
                            (561) 820-8777 (FAX)
                            LOTHROP.MORRIS@USDOJ.GOV

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>By: s/   LOTHROP MORRIS
>LOTHROP MORRIS
>ASSISTANT U.S. ATTORNEY