IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF EXTRADITION

CASE NO:   18MC81148 UNA/DCB

OWEN HEADLEY

_____/

**OWEN HEADLEY'S SUPPLEMENTAL FILINGS IN SUPPORT OF HIS REQUEST FOR RELEASE PENDING HIS EXTRADITION HEARING AND POSSIBLE APPEARANCE IN ONTARIO, CANADA**

COMES NOW, OWEN HEADLEY ("Headley"), and files supplemental exhibits in support of his release in response to the Government's Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings and Possible Appearance in Ontario, Canada, and in support hereof files the following documents:

**1.** Letter from Mrs. Terry Privitere;

**2.** Letter from Dr. Marina Banchetti;

**3.** Letter from Adam Wilk;

**4.** Affidavit from Jacqueline Headley (redacted alleged victim's first name); &

**5.** Document entitled Register of Action (redacted date of birth);

I HEREBY CERTIFY a true & correct copy was efiled on September 30, 2018.

GERSHMAN & GERSHMAN
2160 W. Atlantic Avenue
Second Floor
Delray Beach, FL 33445
Telephone: (561) 684-8898
robert@rglawfirm.us
S//Robert Gershman
ROBERT S. GERSHMAN
Fla. Bar No. 917397

1