September 24, 2018

Dear Mr. Robert Gershman,

My name is Terry Privitere and I am the Speech and Language Pathologist at Hammock Pointe Elementary School. I have worked here for (17) years as both a Speech Language Pathologist and the Exceptional Student Education (special needs) Contact.

In my role as ESE contact I served with many teachers specifically tasked with working with our most vulnerable and special needs children. An ESE/Inclusion teacher must have a patient, understanding and empathetic constitution in order to fulfill the job of teaching these children successfully.

One of those teachers I had the pleasure of working with was Owen Headley. Mr. Headley readily and willingly accepted his role as an Inclusion Teacher and never wavered from expressing empathy, a powerful willingness to learn special techniques and teaching skills, and a strong "can-do" attitude toward the obstacles many of these teachers face on a daily basis.

Mr. Headley not only offered his unending support and deep care for his students, he also was a fixture on our team, always lending a hand during times when extreme flexibility was required.

Personally, Mr. Headley offered me many words of wisdom and support during times of pressure and deadlines. To this day, his words get me through difficult and challenging times. The man always was supportive of his coworkers as well as his family.

Mr. Headley is a good man, a family man, and a great friend to all who know him.

We are all hoping for the best possible outcome for this wonderful presence in our lives

Thank you for allowing me this opportunity.

Sincerely,


Mrs. Terry Privitere