Dr. Marina P. Banchetti
7536 Eagle Point Drive
Delray Beach, FL 33446

SEPTEMBER 28, 2019

TO THE HONORABLE COURT:

My name is Marina Banchetti and I have written this letter as a character statement on behalf of Mr. Owen Headley.  I unfortunately could not appear in person in court today due to obligations at work.  However, I hope that this written statement will hold the same weight in the eyes of the court as would a personal appearance.

I am the wife of Professor Clevis Headley and sister-in-law of Mr. Owen Headley.  Clevis Headley and I have been a couple since February 1986 when we were both graduate students at the University of Miami, earning our Ph.D.'s in philosophy for the purpose of becoming professors.  We decided to formalize our lifelong commitment to one another by getting married at the Delray Beach Courthouse in July 2009, with my widowed father and my mother-in-law serving as our witnesses.  We have no children, only three wonderful rescue cats who bring great fun and joy to our lives.

I was born on the 7th of November, 1963 in Montevideo, Uruguay.  I am the only child of Italian-born parents who had emigrated to Uruguay, which is where they met and married.  My father, who is 88 years old and retired, worked as a string instrument maker and my mother, at the time of my birth, was a homemaker.  For economic reasons, my parents decided to move back to Italy in 1968 and then to France, where the prospects for my father's work were decidedly better than in Italy.  We moved to a suburb about 30 minutes by train from Paris, and my mother began working at the Paul Hargittai Design Studio in Paris, where she produced fabric designs for some of France's most important fashion houses, such as Christian Dior, Pierre Cardin, and Yves Saint-Lauren.

In 1975, my parents decided that they should fulfill their lifelong dream of living in the United States and successfully applied for a green card.  Once we arrived in the United States, my parents decided to live in Miami because of the wonderful climate and, in 1980, my parents and I became naturalized U.S. citizens.  I continued to live in my parent's home in South Miami until 1991, the year when I successfully defended my dissertation and acquired my doctorate.  Clevis Headley also earned his doctorate that same year and we moved together to Tallahassee to teach at Florida A&M University.

After two years of teaching at FAMU, we decided that we wanted to be closer to our families, particularly since I am an only child and I wanted to be close to my parents as they became older and approached retirement.  We both began teaching in the department of philosophy at Florida Atlantic University, each of us earning tenure and becoming very productive members of the faculty.  My mother passed away in 1996 of complications from a cardiac arrest and my father moved to Delray Beach in 2011, where he purchased a home close to ours.  Clevis Headley and I still both teach philosophy at Florida Atlantic University and I was appointed as head of the philosophy department in November 2017.

Having been a member of the Headley family for more than 30 years, I believe that I am in a very good position to speak to Mr. Owen Headley's character. I first met Owen Headley in 1986 when he came down from Gainesville to visit his family for the holidays. My husband and I have always maintained a very close relationship with my brother-in-law and I consider him to be a trusted friend.

Because he has a contractor's license, my husband and I have always relied on Owen Headley whenever we've needed any work done on our house, whether it be a repair or a renovation. However, the reason that we rely on Owen Headley is not because he is a close relative but because he is always reliable and committed to doing good work. In can honestly say that Owen Headley is truly committed to the pursuit of excellence in all that he does.

In all my interactions with Owen Headley and in all the interactions that I witnessed since I've known him, I can say honestly and without a shred of doubt that he has always comported himself with great respect, honesty, generosity, and genuine concern for the well-being of others. He will go out of his way to help other people, sometimes at great expense to himself in terms of both time and money. When my mother passed away, he was a significant member of the support system that helped me get through those hard times. When my father moved to Delray Beach and needed to fix up his Miami home in order to sell it, Owen gave many hours of his time to help in this endeavor. In fact, my father has great respect for Owen and considers him a good friend.

Having grown up as an only child, I can say that I am a very self-reliant person. However, as self-reliant as a person can be, there are times in life when one needs the love and support of other people in order to get through some of life's more difficult struggles. It is precisely during those times that Owen Headley, as well as my other brothers and sisters in law, have been like the brothers and sisters that I never had.

I can honestly say that Owen Headley is one of the most trustworthy and honest people I have ever met in my 54 years of life and I am proud to be able to call him my brother-in-law. In fact, I am absolutely shocked and dismayed at the accusations that have been made against him and I am firmly convinced that all of these accusations are categorically false.

I regret not being in court today to testify in person on behalf of Owen Headley. However, I hope that this statement serves as a testimony of Owen Headley's honest, law-abiding, generous, and trustworthy character from someone who has known him very well for over three decades. Given his good character and his trustworthiness, I hope that the court will agree to grant Mr. Owen Headley bail.

Respectfully,

*Marina P. Banchetti*

Marina P. Banchetti