To Whom This May Concern,

I worked with and knew Owen Headley for four years at Hammock Pointe elementary school during my tenure as an ESE (Special Needs) paraprofessional as said school from 2012 to 2016.

I must say, in my own opinion, based upon my conversations and experiences with Owen, the accusations that have been brought forth here are not only absolutely shocking but border on the fantastical, for what we have here is an intelligent being, a warm, thoughtful, and kind man, one who chooses his words carefully as to not offend, but to spread words of kindness and wisdom—this is a gentle soul, someone always at the ready to assist when needed, both professionally and personally.

Whether is was tips on teaching skills or how to properly use a tool (literally, I mean; the man is a skilled builder and craftsman as well) Owen was always eager to share and help you grow—and he did this for free, never, ever expecting anything in return.

A gentle, yet soft-spoken giant, this human being has already been subjected to too much horrific public scrutiny; I hope this letter as well as the weight of the evidence presented helps free this man from the horrendous physical and mental prison he has found himself unfairly confined; it seems unjust and barbaric.

Adam Wilk