**AFFIDAVIT**

STATE OF FLORIDA
COUNTY OF: Palm Beach

**Jacqueline Headley** personally appeared before the undersigned authority, she was by me first duly sworn, and stated under oath as follows:

1. I am an adult of sound mind, and hereby state that I have the capacity to make this statement and will testify to these facts in a Court of Law if required.

2. Owen Headley is my brother, and the complainant ▓▓▓▓▓▓ is my niece.

3. I have known ▓▓▓ her entire life. ▓▓▓ spent several vacations and holidays with our family over her entire life. She is and have always been a central part of our family.

4. During our visit to Toronto, Canada, the weekend of April 21, 2017, for my brother's wedding, there were several opportunities for ▓▓▓ to confide in me and other family members and friends about any possible mistreatment.

5. ▓▓▓ never stated anything about being touched or abused in any manner.

6. ▓▓▓ and my other niece **Amaris** spent the majority of their time together. On the night of Friday, April 21, 2017, ▓▓▓ and Amaris were in the hotel room with me working on their hair. They left the room together and went down stairs to sit in the lobby to talk and watch television. The two of them were together in the lobby for over two hours. When they returned to the room they sat on the bed together and engaged in girl talk. ▓▓▓ talked about how she was planning to come to Florida during the summer of 2017 to spend time with her dad. She commented about how she had asked her dad if she could come and spend the summer with him and was hoping to work with him over the summer.

7. All of the conversations I overheard, regarding ▓▓▓ and her father, were filled with positive comments and thoughts. ▓▓▓ and Amaris stayed up talking and working on their hair into the wee hours of the morning.

8. During the wedding ceremony and reception, ▓▓▓ was happy and jovial. She was dancing and interacting with family and friends. ▓▓▓ showed no signs of any mental or emotional distress.

9. Based upon my relationship with ▓▓▓ over the years, and what I witnessed over the weekend, I do not believe ▓▓▓ claims her father mistreated her should be believed.

By: *Jacqueline Headley*
Jacqueline Headley

1

BEFORE ME, the undersigned authority, personally appeared: **Jacqueline Headley,** who produced a valid Identification to wit: FLDL # H340434657170 and who, by me being first duly sworn states that the statements contained herein (page 1 of 2) are true and she executed the foregoing freely and voluntarily. Sworn to and subscribed before this the 31 day of July 2018.

*Evan Sheiman*

NOTARY PUBLIC

My Commission Expires:

11/16/2019

