# REGISTER OF ACTIONS
## CASE NO. 27-VB-18-150417

| | | |
|---|---|---|
| State of Minnesota vs ▇▇▇▇▇ | § § § § § | Case Type: **Crim/Traf Non-Mand**<br>Date Filed: **04/30/2018**<br>Location: **Hennepin Criminal/Traffic/Petty Ridgedale** |

---

### PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| Defendant | ▇▇▇▇▇<br>Coon Rapids, MN 55448 | Female<br>DOB: ▇▇▇ | |
| Jurisdiction | State of Minnesota | | **ELLIOTT B KNETSCH**<br>651-452-5000(W) |

---

### CASE INFORMATION

**Charges:** ▇▇▇▇▇   Statute   Level   Date   Disposition   Level of Sentence
1. Drugs - Possession of Drug Paraphernalia - Use or Possession Prohibited   152.092(a)   Petty Misdemeanor   04/29/2018   07/09/2018 Convicted   07/09/2018 Convicted of a Petty Misdemeanor

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

**07/09/2018  Plea**
   1. Drugs - Possession of Drug Paraphernalia - Use or Possession Prohibited
      Guilty

**07/09/2018  Disposition**
   1. Drugs - Possession of Drug Paraphernalia - Use or Possession Prohibited
      Convicted

**07/09/2018  Payable without appearance**
   1. Drugs - Possession of Drug Paraphernalia - Use or Possession Prohibited
   04/29/2018 (PMD) 152.092(a) (152092a)

   Fees - Adult: (Grand Total: $128.00)
     Due 7/9/2018
     Fine: $50.00
     Fees: (Fees Total: $78.00)
       Additional Court Costs: $0.00
       Criminal Surcharge: $75.00
       Law Library: $3.00
   Level of Sentence:
     Convicted of a Petty Misdemeanor

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/30/2018 | Citation E-Filed |
| 06/04/2018 | First Penalty Added |
| 06/04/2018 | Late Notice Sent |
| 06/18/2018 | Late Notice Returned   Index # 1 |
| 07/09/2018 | Failed to Appear or Pay Fine in Lieu of Appearing |
| 07/09/2018 | Second Penalty Added |
| 08/28/2018 | Sent to Collections |
| 08/29/2018 | Party Update by State Agency |
| 08/29/2018 | Update sent to Collections |

---

### FINANCIAL INFORMATION

| Defendant ▇▇▇▇▇ |
|---|

9/15/18, 11:32 AM

| | | |
|---|---|---|
| | Total Financial Assessment | 158.00 |
| | Total Payments and Credits | 0.00 |
| | **Balance Due as of 09/15/2018** | **158.00** |
| 04/30/2018 | Transaction Assessment | 128.00 |
| 06/04/2018 | Transaction Assessment | 5.00 |
| 07/09/2018 | Transaction Assessment | 25.00 |

ttp://pa.courts.state.mn.us/CaseDetail.aspx?CaseID=1625702930