IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF EXTRADITION

OWEN HEADLEY

_____/

CASE NO:   18MC81148 UNA/DCB

## OWEN HEADLEY'S SECOND SUPPLEMENTAL FILINGS IN SUPPORT OF HIS REQUEST FOR RELEASE PENDING HIS EXTRADITION HEARING AND POSSIBLE APPEARANCE IN ONTARIO, CANADA

COMES NOW, OWEN HEADLEY ("Headley"), and files his second supplemental exhibits in support of his release in response to the Government's Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings and Possible Appearance in Ontario, Canada, and in support hereof files the following documents:

**1.** Letter from Drew Ramsey, CPA;

**2.** Letter from Courtney Lockhart;

**3.** Letter from JoLanne Hanson; and

**4.** Headley's medical records (separated in two parts for efiling purposes).

I HEREBY CERTIFY a true & correct copy was efiled on October 1, 2018.

GERSHMAN & GERSHMAN
2160 W. Atlantic Avenue
Second Floor
Delray Beach, FL 33445
Telephone: (561) 684-8898
robert@rglawfirm.us
S//Robert Gershman
ROBERT S. GERSHMAN
Fla. Bar No. 917397