**From:** drew ramsay drew623@hotmail.com
**Subject:** OwenHeadley
**Date:** September 30, 2018 at 11:21 PM
**To:** robert@rglawfirm.us



To whom It May Concern

I am sending this email in reference to Owen Headley. My family and I have known Owen for over 40 years. Owen is a wonderful young man. He is a man of God and a man of character. The allegations against Owen are contrary to his character. I have never seen Owen display any anger nor any agression. I typically see Owen in the Boys Market and he always ask "how is your mother", "how is your family"

Owen is such a wonderful person and I willing to come to court in order to affirm his outstanding character.

Drew Ramsay, CPA