**From:** **Courtney Lockhart** courtneylockhart08@gmail.com
**Subject:** Owen Headley
**Date:** October 1, 2018 at 12:28 PM
**To:** robert@rglawfirm.us

Good afternoon,
I am a co-worker and friend of Mr. Headley's.  Here is a letter to add to the file.  Please let me know what else we can do.  Thank you!

Courtney Lockhart

October 1, 2018

To Whom It May Concern:

My name is Courtney Lockhart.  I have taught at Hammock Pointe Elementary School since 2003.

Throughout my 16 years teaching, I have seen many teachers come and go, for a variety of reasons. In my view, one can tell who is there for the paycheck (as is in most professions) and who is truly dedicated to helping our children, our future.

I can say unequivocally that Mr. Headley is one of those who really care.

I met Owen when he began teaching at Hammock Pointe elementary school in 2008.  The first time we met, I immediately knew how lucky we were to have him. He gives everything he has to his students. He treats them with the utmost respect, often going above and beyond the typical job description assigned a teacher. He coached the kickball team and always went out of his way, not for the students, but for the staff as well.

Mr. Headley and I often served on the same committees (as we are both Special Education teachers who taught Math) and I could always turn to him for guidance and support.

He is such a phenomenal teacher, colleague and friend.

Sincerely,

Courtney Lockhart