From: **JoLanne Hanson** jolanne.hanson@gmail.com
Subject: **Character Statement for O. Headley**
Date: **October 1, 2018 at 3:09 PM**
To: robert@rglawfirm.us



Dear Mr. Gershman,

I am writing to you regarding the character of your client, and my friend, Owen Headley.

Owen and I met in college at St. Cloud State University in St. Cloud, Minnesota, 27 years ago. We have remained friends throughout this time.

His love of teaching children and his passion for education has always been something I have admired most about him. He has always been an excellent teacher and his students have always respected and admired him. I believe one of the reasons students have always respected him, is that he shows them respect. Owen truly wants everyone to succeed and live their best life.

Owen is one of the most loyal, generous, intelligent and hardworking people I know. He's the kind of person everyone deserves in their life - the kind of person everyone should have in their life.

I support Owen Headley, know his character to be impeccable and that he will always be a very good friend of mine.

Sincerely,
JoLanne Hanson

