## BETHESDA HEALTH

**Medical Director:J.E. Olivella, M.D.**

**FINAL**

PATIENT: **HEADLEY, OWEN A**          MRN: **109259960** LOCATION: **ORL**
I.D.#:    **1270415472**              DOB: **03/30/1963**  AGE: **54** SEX: **M**
DISCHARGED:  **12/26/17**             ORDERED BY: **POPOWITZ, STUART MARC**

**M I C R O B I O L O G Y**

SOURCE:  **Urine**                              COLLECTED:  **12/21/17 12:00**
ORDER#:  **M8220595**                           RECEIVED :  **12/22/17 05:41**
ANTIBIOTICS AT COLLECTION :
ORDER ENTRY COMMENTS:

SITE

URINE CULTURE                               ■ FINAL     12/24/17 10:08  E
12/24/17 **FINAL REPORT: NO GROWTH**

KEY FOR RESULTS: ■ - NEW RESULT    ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET
ATT.PHYS.: **POPOWITZ, STUART MARC** MRN: **109259960**      LOCATION: **ORL - -**
ADM.DATE:  **12/21/17**              PATIENT : **HEADLEY, OWEN A**
                                    **M I C R O B I O L O G Y**

PRINTED: 12/30/17 11:37    INSTANT                        1

Bethesda Hospital East                              Bethesda Hospital West
2815 South Seacrest Blvd.                            9655 Boynton Beach Blvd.
Boynton Beach, FL 33435                             Boynton Beach, FL 33472
561-737-7733                                        561-336-7000

## BETHESDA HEALTH

Medical Director: J.E. Olivella, M.D.

**FINAL**

PATIENT: **HEADLEY, OWEN A**   MRN: **109259960** LOCATION: **ORL**
I.D.#:  **1270415472**   DOB: **03/30/1963**  AGE: **54** SEX: **M**
DISCHARGED:  **12/26/17**   ORDERED BY: **POPOWITZ, STUART MARC**

**M I C R O B I O L O G Y**

SOURCE: **Urine**   COLLECTED: **12/21/17 12:00**
ORDER#: **M8220595**   RECEIVED : **12/22/17 05:41**
ANTIBIOTICS AT COLLECTION :
ORDER ENTRY COMMENTS:   /000¹

SITE

---

URINE CULTURE   ■ **FINAL**   **12/24/17 10:08** **E**
12/24/17 **FINAL REPORT: NO GROWTH**

/000¹

/00-01

/0c0²

---

KEY FOR RESULTS: ■ - NEW RESULT   ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET
ATT.PHYS.: **POPOWITZ, STUART MARC** MRN: **109259960**   LOCATION: **ORL** - -
ADM.DATE:  **12/21/17**   PATIENT : **HEADLEY, OWEN A**

**M I C R O B I O L O G Y**

PRINTED: 12/26/17 07:23  **INSTANT**   1

Bethesda Hospital East   Bethesda Hospital West
2815 South Seacrest Blvd.   9655 Boynton Beach Blvd.
Boynton Beach, FL 33435   Boynton Beach, FL 33472
561-737-7733   561-336-7000

**Bethesda Hospital East**
2815 S Seacrest Blvd
Boynton Beach, FL 33435
(561)737-7733

**Bethesda Hospital West**
9655 Boynton Beach Blvd
Boynton Beach, FL 33472
(561)336-7000

CT Abdomen/Pelvis W/O Con Results

| | | | |
|---|---|---|---|
| **Patient Name** | HEADLEY, OWEN A | **DOB:** | 03/30/1963 |
| **Primary Dx:** | | | |
| **Allergies:** | No Known Food Allergies, OxyContin | | |

**** Stat Result *****

| | | | |
|---|---|---|---|
| **Order Name:** | CT Abdomen/Pelvis W/O Con | **Observation Dtime:** | 12/17/2017 03:46 |
| **Result Name:** | CT Abdomen/Pelvis W/O Con | **Result Status:** | Final Result |

RESULT:     ***************FINAL REPORT*****************

EXAM:
   CT Abdomen and Pelvis Without Intravenous Contrast

EXAM DATE/TIME:
   Exam ordered  12/17/2017 3:46 AM

CLINICAL HISTORY:
   54 years old,  male; Pain; Abdominal pain; Flank; Right; Prior surgery;
Surgery date: 6+ months; Surgery type: Bladder cyst. L4-l5. ; Patient HX:
Blood urine. HX k. Stones. ; Additional info: Pain, right flank

TECHNIQUE:
   Axial computed tomography images of the abdomen and pelvis without
intravenous contrast.  All CT scans at this facility use one or more dose
reduction techniques, viz.: automated exposure control; ma/kV adjustment
per patient size (including targeted exams where dose is matched to
indication; i.e. head); or iterative reconstruction technique.

COMPARISON:
   No relevant prior studies available.

FINDINGS:
   Lower thorax:  No acute findings.

 ABDOMEN:
   Liver:  Unremarkable.
   Gallbladder and bile ducts:  Unremarkable.
   Pancreas:  Unremarkable.
   Spleen:  Unremarkable.
   Adrenals:  Unremarkable.
   Kidneys and ureters:  Mild right hydronephrosis and 0.8 x 1.1 cm stone
at the ureteropelvic junction.
   Stomach and bowel:  Colonic diverticulosis. Unremarkable small bowel.
   Appendix:  Normal appendix.

 PELVIS:
   Bladder:  Bladder is partially contracted.
   Reproductive:  Prostate is enlarged measuring 5.9 cm in transverse

CT Abdomen/Pelvis W/O Con Results

BMH_Results_ORE
Printed By: Garrett, Brianna M.D,
Printed On: 17-Dec-17 04:21
Page 1 of 2

| | |
|---|---|
| **Patient Name:** | HEADLEY, OWEN A |
| **Patient Number:** | 1070603038 |
| **MRN:** | 109259960 |
| **Attending Physician:** | Physician, ED |
| **Admit Date:** | 12/17/2017  03:01 |

54Y/M

Location: EDM M12

CT Abdomen/Pelvis W/O Con Results

| Patient Name | HEADLEY, OWEN A | DOB: | 03/30/1963 |
| Primary Dx: | | | |
| Allergies: | No Known Food Allergies, OxyContin | | |

**** Stat Result ****

| Order Name: | CT Abdomen/Pelvis W/O Con | Observation Dtime: | 12/17/2017  03:46 |
| Result Name: | CT Abdomen/Pelvis W/O Con | Result Status: | Final Result |

dimension.

```
 ABDOMEN and PELVIS:
  Intraperitoneal space:  Unremarkable.  No free air.  No significant
fluid collection.
  Bones/joints:  Degenerative changes in the lower lumbar spine.
  Soft tissues:  Small left inguinal hernia containing fat.
  Vasculature:  Unremarkable.  No abdominal aortic aneurysm.
  Lymph nodes:  No pathologic size nodes.

IMPRESSION:


Mild right hydronephrosis 0.8 x 1.1 cm stone at the ureteropelvic
junction.

Enlarged prostate.

Colonic diverticula.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY JENNIFER BRYANT MD


Report Dictated by  JENNIFER E BRYANT, MD on: Dec 17 2017  3:46A
Workstation ID:
This document has been electronically Signed by:  DR. JENNIFER E BRYANT,
MD on Dec 17 2017  4:03A
Transcribed by:  on Dec 17 2017  3:46A
```

<u>Comments</u>

Result Comments:

Requisition Comments:

| Ordering Dr: | Garrett  Brianna | Order Date/Time: | 12/17/2017  03:17 |
| | | Ord#/Occurrence#: | 46713938 / 55717418 |

| | | |
|---|---|---|
| BMH_Results_ORE | Patient Name: | HEADLEY, OWEN A | 54Y/M |
| Printed By: Garrett, Brianna M.D. | Patient Number: | 1070603038 | Location: EDM  M12 |
| Printed On: 17-Dec-17 04:21 | MRN: | 109259960 | |
| Page 2 of 2 | Attending Physician: | Physician, ED | |
| | Admit Date: | 12/17/2017  03:01 | |

10/13/2017 11:48   Diagnostic Centers of America   561-123-3606   ID #112789   Page 1 of 2



**DIAGNOSTIC CENTERS OF AMERICA**

Radiologist:
Boca Radiology Group

Phone: 561.496.6935 • Fax: 561.496.6936
Boca: 8142 Glades Road, Boca Raton, FL 33434
Delray: 15340 Jog Road #160, Delray Beach, FL 33446
East Boynton: 1425 Gateway Blvd. #100, Boynton Beach, FL 33426
West Boynton: 6080 Boynton Beach Blvd. #140, Boynton Beach, FL 33437
Wellington: 2565 S. State Road 7, Wellington, FL 33414

| | | | | |
|---|---|---|---|---|
| PATIENT NAME: | OWEN  HEADLEY | DOB: | 03/30/1963 | PHONE: (561)929-8494 |
| REFERRING PHYSICIAN: | POPOWITZ, STUART MD | FAX: | (561)737-2413 | PHONE: (561)737-9191 |
| CC DOCTORS: | | | | |
| DATE OF EXAM: | 10/13/2017 | PT #: | 220852 | ACC #: 2534029 |
| FACILITY: | DELRAY | | | |

Examination: CT of the abdomen and pelvis with and without contrast.

Indication: Bladder cysts.

Comparison: CT dated June 27, 2017.

Technique:
Oral contrast was not given. 5 mm helical sections were obtained through the abdomen and pelvis before and after the administration of 75 cc of Isovue Bracco 370 IV.Coronal reformats  were also reviewed.

Postcontrast images were obtained in the early corticomedullary phase and in the delayed nephro-pyelographic phases of contrast administration.

Automated exposure control and adjustment of the mA and/or kV according to the patient's size were utilized to obtain dose reduction.

Findings:

Kidneys/ureters and bladder:

No hydronephrosis. Punctate nonobstructing 2 to 3 mm right upper pole nephrolithiasis. The prostate measures 5.7 cm in transverse dimension and indents the bladder base.Symmetric nephrograms. The renal calyces appear within normal limits. No irregular filling defects within the opacified renal pelvis and ureteral segments. The mid and distal right ureter and the proximal/distal left ureteral segments are not completely opacified with IV contrast limiting evaluation. The urinary bladder is incompletely opacified with contrast limiting evaluation

Rest of the abdomen/pelvis:

Unremarkable lung bases. No intra-abdominal/intrapelvic free air. Mild sacroiliac joint arthrosis. Moderate lumbar spondylosis. No pericardial effusion. Hepatic steatosis. The gallbladder, spleen, adrenal glands and the pancreas appear unremarkable. No small bowel obstruction or focal small bowel inflammation. Mild colonic diverticulosis. No acute diverticulitis. The appendix appears unremarkable. The abdominal aorta demonstrates a normal course and caliber. No retroperitoneal masses or lymphadenopathy. No intra-abdominal/intrapelvic free fluid. The urinary bladder is collapsed. .

PATIENT NAME:HEADLEY, OWEN
DOB:03/30/1963    MRNO:220852


Impression:

1. Punctate nonobstructing 2 to 3 mm right upper pole nephrolithiasis. No
obstructing ureterolithiasis. No enhancing renal masses. No irregular filling
defects within the renal pelvis and the opacified ureteral segments, detailed
above.

2.Hepatic steatosis.

3.Mild colonic diverticulosis without acute diverticulitis.




Please refer to detailed report above for additional findings/detailed
description.

Signed by: Neelima Reddy, M.D.
Signed on: 10/13/2017 2:49 PM



**DIAGNOSTIC CENTERS OF AMERICA**

Radiologist:
Boca Radiology Group

Phone: 561.496.6935  •  Fax: 561.496.6936
Boca: 8142 Glades Road, Boca Raton, FL 33434
Delray: 15340 Jog Road #160, Delray Beach, FL 33446
East Boynton: 1425 Gateway Blvd. #100, Boynton Beach, FL 33426
West Boynton: 6080 Boynton Beach Blvd. #140, Boynton Beach, FL 33437
Wellington: 2565 S. State Road 7, Wellington, FL 33414

| | | | | |
|---|---|---|---|---|
| **PATIENT NAME:** | OWEN  HEADLEY | **DOB:** | 03/30/1963 | **PHONE:** (561)929-8494 |
| **REFERRING PHYSICIAN:** | TUMMINIA, LOUIS G. DO | **FAX:** | (561)498-8031 | **PHONE:** (561)498-8891 |
| **CC DOCTORS:** | POPOWITZ, STUART | **FAX:** | (561)737-2413 | **PHONE:** (561)737-9191 |
| **DATE OF EXAM:** | 06/27/2017 | **PT #:** | 220852 | **ACC #:** 2448734 |
| **FACILITY:** | DELRAY | | | |

CT of the abdomen and pelvis with oral contrast

HISTORY: Periumbilical pain. Previous hernia repair.

Volumetric helical scanning with axial and coronal reconstructions were
obtained. Automated exposure control with adjustment of the mA and or KV
according to the patient's size and body habitus was utilized to obtain dose
reduction.

COMPARISON STUDY: CT dated September 13, 2013

The liver, spleen, pancreas, kidneys, adrenal glands, and gallbladder have a
normal appearance. The stomach is partially distended and appears normal. The
small bowel has normal appearance. There is no evidence of appendicitis.

There is no discrete hernia in the region of the umbilicus. Images through the
lower abdomen and pelvis demonstrate focal inflammatory changes in the
mesenteric fat posterior to the proximal sigmoid colon with several diverticula
noted. There is no fluid collection or free air. The bladder is nearly empty.
The pelvic structures otherwise appear unremarkable.

IMPRESSION:

1. CT evidence of proximal sigmoid diverticulitis without evidence of abscess.
2. Otherwise, negative and stable examination.

Signed by: Jonathan Wiener, M.D.
Signed on: 6/27/2017 6:10 PM

**BETHESDA OUTPATIENT SURGERY CENTER**
10301 Hagen Ranch Rd., #520
Boynton Beach, FL 33437
Tel: (561) 374-5550  Fax: (561) 374-9977

### OPERATIVE REPORT

**PATIENT NAME:** HEADLEY, OWEN                    **MEDICAL RECORD #:** 49488

**PHYSICIAN:** STUART POPOWITZ, M.D.               **DATE OF SURGERY:** 12/21/2017

| | |
|---|---|
| **PREOPERATIVE DIAGNOSIS:** | Right UPJ stone. |
| **POSTOPERATIVE DIAGNOSIS:** | Right kidney stone. |
| **PROCEDURES PERFORMED:** | Cystoscopy, right retrograde pyelogram, manipulation of right UPJ stone into right kidney and insertion of right ureteral stent. |
| **SURGEON:** | Stuart Popowitz, M.D. |
| **ANESTHESIA:** | General. |
| **ANESTHESIOLOGIST:** | Douglas Boler, M.D. |
| **COMPLICATIONS:** | None. |
| **DRAINS:** | 6 x 26 double-J stent and Foley catheter. |
| **SPECIMEN:** | None. |

**HISTORY:** This is a 54-year-old gentleman with right renal colic. Workup revealed a 1.1 cm right UPJ stone obstruction. He continued to have pain and was therefore brought to the operating room for the above procedure. We discussed uteroscopy, as we cannot see the stone on KUB. We also discussed manipulating the stone back into the kidney and using ultrasound ESWL in the future. He understood the risks of procedure including, but not limited to bleeding, infection, and wished to proceed.

**PROCEDURE:** The patient was brought to the operating room and placed on the operating room table in supine position. After induction of general anesthesia, the patient was modified dorsal lithotomy position, prepped and draped in the usual sterile fashion. A #21-French cystoscope was atraumatically introduced via the urethra into the bladder under direct vision using camera. The entire trigone and bladder neck had papillary cystitis as we had diagnosed in the past. I was eventually able to find the right ureteral orifice. Retrograde was then performed showed the stone at the UPJ. I placed an open ended up to the stone and with some forceful irrigation, was able to stone back up in to the kidney. At this point, a 6 x 26 double-J ureteral stent was placed. There was some bleeding at the bladder neck with some papillary cystitis in the prostate and this was fulgated. A #16-French Foley catheter was placed.

**BETHESDA OUTPATIENT SURGERY CENTER**
10301 Hagen Ranch Rd., #520
Boynton Beach, FL 33437
Tel: (561) 374-5550   Fax: (561) 374-9977

### OPERATIVE REPORT

**PATIENT NAME**: HEADLEY, OWEN          **MEDICAL RECORD #**: 49488

**PHYSICIAN**: STUART POPOWITZ, M.D.          **DATE OF SURGERY**: 12/21/2017

The patient tolerated the procedure well, was reversed from anesthesia without difficulty, and transferred to the recovery room in stable condition.

X_____
Stuart Popowitz, M.D.

JOB#: 354306      SP: med: paw/atn      DD: 12/21/2017      DT: 12/22/2017

**OPERATIVE REPORT - PAGE 2 of 2**

Bethesda Hospital East
2815 S.Seacrest Blvd
Boynton Beach, FL  33435
(561) 737-7733

Bethesda Hospital West
9655 Boynton Beach Blvd
Boynton Beach, FL  33472
(561) 336-7000

**Patient Name:**  HEADLEY, OWEN A
**DOB:**  03/30/1963
Date of Admission:  10/25/2017
Attending Physician:  Stuart Popowitz, MD
Procedure Physician:  Stuart Popowitz, MD

**MR#:**  109259960
**Account#:**  1570078533
Date of Service:  10/25/2017
Facility:  BMH

eOperative Report

SURGEON:  Stuart Popowitz, MD

PREOPERATIVE DIAGNOSIS:
Bladder mass.

POSTOPERATIVE DIAGNOSIS:
Bladder mass.

OPERATION:
Cystoscopy and transection of bladder mass.

ANESTHESIA:
General.

COMPLICATIONS:
None.

DRAINS:
A 20-French two-way Foley catheter.

SPECIMENS REMOVED:
Bladder mass.

HISTORY:
The patient is a 54-year-old gentleman with micro hematuria and abnormal urine symptoms, found on cystoscopy multiple times in the office to have large cystic masses at the bladder neck, now admitted for the above procedure.  He understands the risks of the procedure including bleeding, infection and wished to proceed.

DESCRIPTION OF PROCEDURE/FINDINGS:
The patient was brought to the Operating Room and placed on the Operating Room table in supine position.  After induction of general anesthesia, the

Page 1 of 2

Copy For:  Stuart Popowitz, MD

Bethesda Hospital East
2815 S.Seacrest Blvd
Boynton Beach, FL 33435
(561) 737-7733

Bethesda Hospital West
9655 Boynton Beach Blvd
Boynton Beach, FL 33472
(561) 336-7000

**Patient Name:** HEADLEY, OWEN A
**DOB:** 03/30/1963
Date of Admission: 10/25/2017
Attending Physician: Stuart Popowitz, MD
Procedure Physician: Stuart Popowitz, MD

**MR#:** 109259960
**Account#:** 1570078533
Date of Service: 10/25/2017
Facility: BMH

### eOperative Report

patient was placed in modified dorsal lithotomy position, prepped and draped in a sterile fashion. A 24-French resectoscope was placed atraumatically via the urethra and into the bladder under direct vision with the use of a camera. Both orifices were eventually identified after given methylene blue as there were significant cystic masses throughout the trigone and bladder neck. These cystic masses were then resected and sent to pathology. Hemostasis was achieved with electrocautery. There were very vascular and bled significantly and therefore after cauterizing each vessel, a decision was to leave a 20-French two-way Foley catheter in the recovery room and irrigation after a couple of bags of irrigation, we will send him home with a Foley catheter for 2 days. The patient tolerated the procedure well. He was reversed from anesthesia without difficulty and transferred to the Recovery Room in stable condition.


Stuart Popowitz, MD

Electronically signed when date/time present

D: 10/25/2017 10:08:49 T: 10/25/2017 14:03:57 R:
Job#: 762697432 ID#: 326331

Copy For: Stuart Popowitz, MD