| Bethesda Hospital East | Bethesda Hospital West |
|---|---|
| 2815 S Seacrest Blvd | 9655 Boynton Beach Blvd |
| Boynton Beach, FL 33435 | Boynton Beach, FL 33472 |
| (561)737-7733 | (561)336-7000 |

**Pathology Report Results**

| Patient Name | HEADLEY, OWEN A | | | |
|---|---|---|---|---|
| Primary Dx: | | DOB: | 03/30/1963 | |
| Allergies: | No Known Allergies, No Known Drug Allergies, No Known Food Allergies | | | |

| Order Name: | | Observation Dtime: | 10/26/2017  11:56 |
|---|---|---|---|
| Result Name: | Pathology Report | Result Status: | Final Result |

```
Bethesda  Pathology Report
Health
Bethesda
Hospital East


Pathology


Name:   HEADLEY, OWEN          Specimen #:   SE-10559-17
Age:    54 Y                   Medical Record  109259960
#:
DOB:    03/30/1963             Patient # :    1570078533
Sex:    M                      Specimen       10/25/2017
Received:
Locat   AMBULATORY CARE        Report Date:   10/26/2017
ion:
Procedure  10/25/2017          Signed      SALEEM UMAR,
Date:                          Out By:    M.D.


Physician(s):  STUART MARC POPOWITZ, M.D.



FINAL REPORT


History/Diagnosis:  HEMATURIA


Operation Performed:  CYSTOSCOPY TRANSURETHRAL RESECTION OF
BLADDER TUMOR

Specimen:
1. BLADDER NECK, MASS


Gross Description :
The specimen is labeled with the patient's name, medical record
number, and identified as bladder neck mass. It is received in
formalin and consists of multiple fragments of pink tan soft tissue
measuring approximately 2.3 x 1.2 x 0.5 cm. Submitted in toto in two
cassettes.   1170
```

**Pathology Report Results**

**Pathology Report Results**

| Patient Name | HEADLEY, OWEN A | | DOB: | 03/30/1963 | |
|---|---|---|---|---|---|

**Primary Dx:**

**Allergies:**   No Known Allergies, No Known Drug Allergies, No Known Food Allergies

| Order Name: | | | Observation Dtime: | 10/26/2017  11:56 |
|---|---|---|---|---|
| Result Name: | Pathology Report | | Result Status: | Final Result |

SAU/RB 10/25/2017


Microscopic Description :
Microscopic slides examined on all non gross only specimens.

DIAGNOSIS:
URINARY BLADDER, NECK MASS, TURBT:

- URETHRITIS CYSTICA INVOLVING POLYPOID FRAGMENTS OF PARTIALLY
UROTHELIUM-LINED MUCOSA.
- NO MUSCULARIS PROPRIA (DETRUSOR MUSCLE) PRESENT.


Comment:
This case was subject to intradepartmental review with concordance.

Clinicopathologic correlation is recommended.

<Sign Out Dr. Signature>
SALEEM UMAR, M.D.
10/26/2017 at 11:56


**End of Report**

**Comments**

Result Comments:

Requisition Comments:

| Ordering Dr: | | Order Date/Time: | |
|---|---|---|---|
| | | Ord#/Occurrence#:    / | |

| | Patient Name: | HEADLEY, OWEN A | | 54Y/M |
|---|---|---|---|---|
| BMH_Results_ORE | Patient Number: | 1570078533 | Location: | |
| Printed By: 005106b, PhysOffice | MRN: | 109259960 | | |
| Printed On: 27-Oct-17 16:32 | Attending Physician: | Popowitz, Stuart M.D. | | |
| Page 2 of 2 | Admit Date: | 10/25/2017  07:13 | | |

Headley, Owen, M, 03/30/1963

📞 561-929-8494

Urology Center of South Florida - Boynton
10151 Enterprise Center Blvd , BOYNTON BEACH, FL 33437-3761
📞 561-737-9191

## FINAL RESULT

| Accession ID: MR781017D | Lab Ref ID: 966646 | |
|---|---|---|
| Order Date: 12/18/2017 | Result Recd: 12/19/2017 07:11:00 | Spec Recd: 12/18/2017 14:00:00 |
| Coll. Date: 12/18/2017 13:59:00 | Report: 12/19/2017 06:47:00 | |

Requesting Physician: POPOWITZ, STUART   Ordering Physician: POPOWITZ, STUART

# CBC (H/H, RBC, INDICES, WBC, PLT)

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | WHITE BLOOD CELL COUNT | 7.6 | 3.8-10.8 (Thousand/uL) | MI |
| F | RED BLOOD CELL COUNT | 5.22 | 4.20-5.80 (Million/uL) | MI |
| F | **HEMOGLOBIN** | **11.8  L** | **13.2-17.1 (g/dL)** | **MI** |
| F | **HEMATOCRIT** | **36.3  L** | **38.5-50.0 (%)** | **MI** |
| F | **MCV** | **69.5  L** | **80.0-100.0 (fL)** | **MI** |
| F | **MCH** | **22.6  L** | **27.0-33.0 (pg)** | **MI** |
| F | MCHC | 32.5 | 32.0-36.0 (g/dL) | MI |
| F | **RDW** | **16.1  H** | **11.0-15.0 (%)** | **MI** |
| F | PLATELET COUNT | 253 | 140-400 (Thousand/uL) | MI |
| F | MPV | 10.2 | 7.5-12.5 (fL) | MI |

0; 0

PERFORMING LAB: MI, Quest Diagnostics-Miami 10200 Commerce Pkwy, Miramar FL 33025-3938 DR. Glen L Hortin MD PHD

Headley, Owen , M, 03/30/1963

Accession ID: MR781017D

Headley, Owen, M, 03/30/1963

 561-929-8494

Urology Center of South Florida - Boynton
10151 Enterprise Center Blvd , BOYNTON BEACH, FL 33437-3761
📞 561-737-9191

## FINAL RESULT

| Accession ID: MR781017D | Lab Ref ID: 966646 | |
|---|---|---|
| Order Date: 12/18/2017 | Result Recd: 12/19/2017 07:11:00 | Spec Recd: 12/18/2017 14:00:00 |
| Coll. Date: 12/18/2017 13:59:00 | Report: 12/19/2017 06:47:00 | |

Requesting Physician: POPOWITZ, STUART  Ordering Physician: POPOWITZ, STUART

# BASIC METABOLIC PANEL

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | GLUCOSE | 85 | 65-99 (mg/dL) | MI |
| - | | | | |
| - | Fasting reference interval | | | |
| - | | | | |
| F | UREA NITROGEN (BUN) | 21 | 7-25 (mg/dL) | MI |
| F | CREATININE | 1.60 H | 0.70-1.33 (mg/dL) | MI |
| - | For patients >49 years of age, the reference limit | | | |
| - | for Creatinine is approximately 13% higher for people | | | |
| - | identified as African-American. | | | |
| - | | | | |
| F | eGFR NON-AFR. AMERICAN | 48 L | > OR = 60 (mL/min/1.73m2) | MI |
| F | eGFR AFRICAN AMERICAN | 56 L | > OR = 60 (mL/min/1.73m2) | MI |
| F | BUN/CREATININE RATIO | 13 | 6-22 ((calc)) | MI |
| F | SODIUM | 139 | 135-146 (mmol/L) | MI |
| F | POTASSIUM | 4.3 | 3.5-5.3 (mmol/L) | MI |
| F | CHLORIDE | 103 | 98-110 (mmol/L) | MI |
| F | CARBON DIOXIDE | 29 | 20-31 (mmol/L) | MI |
| F | CALCIUM | 9.4 | 8.6-10.3 (mg/dL) | MI |

0; 0

PERFORMING LAB: MI, Quest Diagnostics-Miami 10200 Commerce Pkwy, Miramar FL 33025-3938 DR. Glen L Hortin MD PHD

Headley, Owen , M, 03/30/1963

Accession ID: MR781017D

Headley, Owen, M, 03/30/1963

**Urology Center of South Florida - Boynton**
10151 Enterprise Center Blvd , BOYNTON BEACH, FL 33437-3761
📞 561-737-9191

📞 561-929-8494

# FINAL RESULT

| | |
|---|---|
| **Accession ID: MR021266C** | **Lab Ref ID: 0013626** |
| **Order Date:** 10/10/2017 | **Result Recd:** 10/11/2017 08:11:36     **Spec Recd:** 10/10/2017  10:54:00 |
| **Coll. Date:** 10/10/2017 10:53:00 | **Report:** 10/11/2017  02:23:00 |
| **Requesting Physician:** POPOWITZ, STUART  **Ordering Physician:** POPOWITZ, STUART | |

## BASIC METABOLIC PANEL

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | GLUCOSE | 99 | 65-99 (mg/dL) | MI |
| - | Fasting reference interval | | | |
| - | | | | |
| F | UREA NITROGEN (BUN) | 14 | 7-25 (mg/dL) | MI |
| F | CREATININE | 0.79 | 0.70-1.33 (mg/dL) | MI |
| - | For patients >49 years of age, the reference limit | | | |
| - | for Creatinine is approximately 13% higher for people | | | |
| - | identified as African-American. | | | |
| - | | | | |
| F | eGFR NON-AFR. AMERICAN | 102 | > OR = 60 (mL/min/1.73m2) | MI |
| F | eGFR AFRICAN AMERICAN | 118 | > OR = 60 (mL/min/1.73m2) | MI |
| F | BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 ((calc)) | MI |
| F | SODIUM | 139 | 135-146 (mmol/L) | MI |
| F | POTASSIUM | 4.4 | 3.5-5.3 (mmol/L) | MI |
| F | CHLORIDE | 103 | 98-110 (mmol/L) | MI |
| **F** | **CARBON DIOXIDE** | **33  H** | **20-31 (mmol/L)** | **MI** |
| F | CALCIUM | 9.7 | 8.6-10.3 (mg/dL) | MI |

PERFORMING LAB: MI, Quest Diagnostics-Miami 10200 Commerce Pkwy, Miramar FL 33025-3938 DR. Glen L Hortin MD PHD

Headley, Owen , M, 03/30/1963                           Accession ID: MR021266C

**Headley, Owen, M, 03/30/1963**

📞 561-929-8494

Urology Center of South Florida - Boynton
10151 Enterprise Center Blvd , BOYNTON BEACH, FL 33437-3761
📞 561-737-9191

## FINAL RESULT

| | |
|---|---|
| Accession ID: 269C9701080 | Lab Ref ID: 953094 |
| Order Date: 09/26/2017 | Result Recd: 09/28/2017 14:38:02 |
| Coll. Date: 09/26/2017 12:20:00 | Report: 09/28/2017 14:36:00 |
| Requesting Physician: POPOWITZ, STUART | Ordering Physician: POPOWITZ, STUART |

# URINE CYTOLOGY: PAP STAIN ONLY - 009068

|   | NAME | VALUE | LAB |
|---|------|-------|-----|
| F | Source: | | )T |
|   | URINE | | |
| F | Clinician provided ICD10: | | )T |
|   | R31.2 | | |
| F | DIAGNOSIS: | | TA |
|   | URINE | | |
|   | NEGATIVE FOR MALIGNANT CELLS. | | |
|   | SMALL CLUSTERS OF UROTHELIAL CELLS SEEN WITH REACTIVE CHANGES | | |
|   | CONSISTENT WITH INSTRUMENTATION SAMPLE. | | |
| F | Signed out by: | | TA |
|   | Jeeva R Kolinjivadi, MD, Pathlogist | | |
| F | Performed by: | | TA |
|   | Sandra I Mitchell, Cytotechnologist (ASCP) | | |

Clinical Information:CO-NTP2017-26901080

PERFORMING LAB: LabCorp Tampa Cyto, 5610 W Lasalle Street, Tampa, Phone - 8008775227, Director - MDFarrier

PERFORMING LAB: LabCorp Tampa, 5610 W LaSalle Street, Tampa, Phone - 8008775227, Director - MDFarrier

Headley, Owen , M, 03/30/1963                                                    Accession ID: 269C9701080

Headley, Owen, M, 03/30/1963

Urology Center of South Florida - Boynton
10151 Enterprise Center Blvd , BOYNTON BEACH, FL 33437-3761
561-737-9191

📞 561-929-8494

# FINAL RESULT

| | |
|---|---|
| Accession ID: UA7188853 | Lab Ref ID: 953094 |
| Order Date: 09/26/2017 | Result Recd: 10/02/2017 16:50:05 |
| Coll. Date: 09/26/2017 00:00:00 | Report: 10/02/2017 16:33:00 |
| Requesting Physician: POPOWITZ, STUART | |

# UROVYSION-MD, AUTOMATED

| NAME | VALUE | LAB |
|---|---|---|
| F  URINE CYTOLOGY: PATH  UROVYSION FISH | Comment | 01 |

REPORT STATUS: DIAGNOSTIC REPORT
RESULTS:
SPECIMEN SOURCE: Unspecified Collection Method
DIAGNOSIS:
Negative UroVysion Result
   Fluorescence in situ hybridization (FISH) of cells recovered from urine was
performed using the Vysis UroVysion Kit.
   A minimum of twenty-five cells was examined, and an abnormal signal pattern
was not detected, indicating a NEGATIVE result.
   The performance characteristics of this test have been validated by Dianon
Systems.  A positive result is the detection of four or more cells with
greater than two signals for at least two chromosomes (3, and/or 7, and/or 17)
and/or twelve or more cells with no signal for chromosome 9.  Probes:
3cen(D3Z1), 7cen(D7Z1), 9p21(p16), 17cen(D17Z1)
CASE NUMBER: U17-12873
CASE CLINICAL INFORMATION: No clinical data specified
CASE CLINICAL HISTORY:
09/26/2017  UA7188853
MACROSCOPIC DESCRIPTION:
Received is 10ml of yellow, clear, preserved urine.
CPT CODES:
88120
CYTOGENTIC PHD:
PERFORMING LAB: DIANON Systems Inc., 1 Forest Parkway, Shelton, Phone - 2039267100, Director - M.D.AMBERSON

Headley, Owen , M, 03/30/1963

Accession ID: UA7188853



**UROLOGY CENTER**
OF SOUTH FLORIDA

# Headley, Owen

54 Y old Male, DOB: 03/30/1963
Account Number: 71345
2655 DORSON WAY, DELRAY BEACH, FL-33445-2353
Home: 561-929-8494
Guarantor: Headley, Owen    Insurance: United HealthCare
of All States Payer ID: 87726
PCP: Louis GERARD Tumminia, D.O.    Referring: Louis GERARD Tumminia, D.O.
Appointment Facility: Urology Center of South Florida - Boynton

12/18/2017                                    Progress Notes: Stuart M. Popowitz, MD

## Current Medications
Taking
- Lisinopril
- Metformin HCl
- Amlodipine Besylate
- Metronidazole
- Naproxen
- Ondansetron
- Medication List reviewed and reconciled with the patient

## Past Medical History
Diabetes Mellitus/ Insipidus.
Hypertension.
Kidney stones.
Sinus problems.
Microhematuria.
BPH.
Bladder Polyps.

## Surgical History
kidney stone surgery
back surgery
umbilical hernia surgery
TURBT

## Family History
Father: alive
Mother: alive, diagnosed with Kidney Stones
Non-Contributory
father has enlarged prostate and kidney issues
no kidney bladder or prostate cancer.

## Social History
Tobacco Use:
Tobacco Use/Smoking
 Are you a *nonsmoker*
Drugs/Alcohol:
Alcohol Screen (Audit-C)
 Did you have a drink containing alcohol in the past year? *No*
 Points *0*
 Interpretation *Negative*

## Allergies
N.K.D.A.

## Reason for Appointment
1. POSS KIDNEY

## History of Present Illness
GENERAL:
 had right sided flank pain yesterday and went to BMH
 no fever or chills
 no flank or abdominal pain.

## Vital Signs
BP 138/60 mm Hg, Wt 290 lbs, BMI 39.33 Index, Ht 72 in.

## Past Orders
Imaging:CT ABD AND PELVIS W/O ORAL/ IV CONTRAST (Order Date - 12/17/2017) (Collection Date - 12/17/2017)
 Result: 1.1cm Right UPJ stone

## Examination
Genitourinary - Male:
 GENERAL APPEARANCE: well developed, well nourished, alert, oriented, no apparent distress.
 ABDOMEN: bladder non-distended, no hernia.
 BACK: Right CVA tenderness.

## Assessments
1. Benign prostatic hyperplasia with lower urinary tract symptoms - N40.1 (Primary)
2. Microhematuria - R31.2
3. Ureteral stone - N20.1
4. Ureteral stone with hydronephrosis - N13.2

## Treatment
1. Ureteral stone
 LAB: BASIC METABOLIC PANEL
 LAB: CBC (H/H, RBC, INDICES, WBC, PLT)

2. Ureteral stone with hydronephrosis
 LAB: BASIC METABOLIC PANEL
 LAB: CBC (H/H, RBC, INDICES, WBC, PLT)
 LAB: Urinalysis Auto. w/ Micro (Complete)
 V/C                          V

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   12/18/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://flurceapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   9/18/2018

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

GENERAL:

Weaknss/fatigue no. Unexplained weight loss no. Frequent headaches no. Excessive thirst no. Intolerance to heat or cold no. Any Abnormal lumps or masses no. Poor appetite/eating disorder no.

CARDIOVASCULAR:

Chest pain/angina no. Palpitations no. Swelling of legs/ankles no. Pain in legs with walking no. Non-healing sores on legs, feet, or toes no. Varicose veins no.

NEURO/PSYCH:

Insomnia no. Poor memory no. Tremors no. Paralysis no. Anxiety, nervousness no.

GASTROINTESTINAL:

Heartburn/indigestion no. Flatulence/gas pain no. Abdominal/belly pain no. Nausea or vomiting no. Constipation no. Diarrhea no. Blood in stool no. Black or tarry stools no.

MUSCULOSKELETAL:

Swelling, pain, or deformity of joints no. Lower back pain no. Upper back pain no. Head/shoulder pain no. Pain of arms/legs no. Muscle weakness no. Muscle cramps no.

RESPIRATORY:

Frequent shortness of breath no. Difficulty breathing while lying flat no. Wheezing no. Frequent cough no. Fainting or dizzy spells no.

ENT:

Poor eyesight no. Other eye problems no. Throat pain/hoarseness no. Trouble swallowing no. Frequent earaches no. Poor hearing no.

| | | |
|---|---|---|
| SP. GR. | 1.025 | 1.003 - 1.030 |
| pH | 5.5 | 4.5 - 7.5 pH |
| PROT | N | |
| BLD | 3+ | |
| KET | N | |
| GLU | N | |
| BIL | N | |
| NIT | N | |
| LEUK | TR | |
| WBC hpf | 0-1 | 0 - 5 |
| RBC hpf | 10-15 | 0 - 2 |
| BACT hpf | N | |
| EPI lpf | N | Few - |

DeBarros,Elizabeth 12/18/2017 1:16:19 PM >

## IMAGING: KUB (Ordered for 12/18/2017)

Notes: Discussed with patient all treatment options of a right UPJ stone including ESWL and ureteroscopic stone extraction along with medication therapy. Will proceed with a right ESWL. KUB to determine exact position of stone Tylenol No. 3 30 tablets prescription given to patient.

## Preventive Medicine

Counseling:

Care goal follow-up plan:

BMI management provided  Yes

Above Normal BMI Follow-up  *Dietary management education, guidance, and counseling*

Immunizations:

Influenza

Have you had a flu shot since the most recent September 1?  *Yes*

Screenings:

FALL RISK SCREENING

Fall Risk Assessment:  *No falls in the past year*

## Procedure Codes

81001 Urinalysis Auto wMicro

## Follow Up

OR

S. N̶

**Electronically signed by STUART POPOWITZ , MD on**

---

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   12/18/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

09/18/2018 at 10:29 AM EDT

Sign off status: Pending

---

**Urology Center of South Florida - Boynton**
**10151 Enterprise Center Blvd**
**BOYNTON BEACH, FL 33437-3761**
**Tel: 561-737-9191**
**Fax: 561-737-2413**

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   12/18/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**UROLOGY CENTER** OF SOUTH FLORIDA

# Headley, Owen

54 Y old Male, DOB: 03/30/1963
**Account Number: 71345**
**2655 DORSON WAY, DELRAY BEACH, FL-33445-2353**
Home: 561-929-8494
**Guarantor: Headley, Owen   Insurance: United HealthCare**
of All States Payer ID: 87726
PCP: Louis GERARD Tumminia, D.O.   Referring: Louis GERARD Tumminia, D.O.
**Appointment Facility: Urology Center of South Florida - Boynton**

---

**12/12/2017**                                    **Progress Notes: Stuart M. Popowitz, MD**

## Current Medications
**Taking**
- Lisinopril
- Metformin HCl
- Amlodipine Besylate
- Metronidazole
- Medication List reviewed and reconciled
with the patient

## Past Medical History
Diabetes Mellitus/ Insipidus.
Hypertension.
Kidney stones.
Sinus problems.
Microhematuria.
BPH.
Bladder Polyps.

## Surgical History
kidney stone surgery
back surgery
umbilical hernia surgery
TURBT

## Family History
Father: alive
Mother: alive, diagnosed with Kidney Stones
father has enlarged prostate and kidney
issues
no kidney bladder or prostate cancer.

## Social History
Tobacco Use:
Tobacco Use/Smoking
   Are you a *nonsmoker*
Drugs/Alcohol:
Caffeine
   Intake: *none*
Do you drink alcohol?: Socially.

## Allergies
N.K.D.A.

## Review of Systems
GENERAL:
   Weaknss/fatigue no. Unexplained
weight loss no. Frequent headaches no.

## Reason for Appointment
1. Frequency since OR

## History of Present Illness
GENERAL:
   has developed more frequency and urgency, especially after the
weather changed and got cooler
   no nocturia x 4
   occassional urgency incontinence
   s/p cysto 6 weeks ago.

## Vital Signs
BP 134/90 mm Hg, Wt 270 lbs, BMI 36.61 Index, Ht 72 in.

## Examination
Genitourinary - Male:
   GENERAL APPEARANCE: well developed, well nourished, alert,
oriented, no apparent distress.
   ABDOMEN: bladder non-distended, no hernia.

## Assessments
1. Benign prostatic hyperplasia with lower urinary tract symptoms -
N40.1 (Primary)
2. Microhematuria - R31.2
3. Papillary cystitis - N30.80
4. Frequency of micturition - R35.0

## Treatment
### 1. Benign prostatic hyperplasia with lower urinary tract symptoms
   IMAGING: Pelvic Sono (PVR)
   Post Void Residual (cc)          89cc

### 2. Microhematuria
LAB: Urinalysis Auto. w/ Micro (Complete)

| | | |
|---|---|---|
| V/C | V | |
| SP. GR. | 1.015 | 1.003 - 1.030 |
| pH | 6.0 | 4.5 - 7.5 pH |
| PROT | N | |
| BLD | 2+ | |
| KET | N | |

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   12/12/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Excessive thirst no. Intolerance to heat or cold no. Any Abnormal lumps or masses no. Poor appetite/eating disorder no.
CARDIOVASCULAR:
     Chest pain/angina no. Palpitations no. Swelling of legs/ankles no. Pain in legs with walking no. Non-healing sores on legs, feet, or toes no. Varicose veins no.
NEURO/PSYCH:
     Insomnia no. Poor memory no. Tremors no. Paralysis no. Anxiety, nervousness no.
GASTROINTESTINAL:
     Heartburn/indigestion no. Flatulence/gas pain no. Abdominal/belly pain no. Nausea or vomiting no. Constipation no. Diarrhea no. Blood in stool no. Black or tarry stools no.
MUSCULOSKELETAL:
     Swelling, pain, or deformity of joints no. Lower back pain no. Upper back pain no. Head/shoulder pain no. Pain of arms/legs no. Muscle weakness no. Muscle cramps no.
RESPIRATORY:
     Frequent shortness of breath no. Difficulty breathing while lying flat no. Wheezing no. Frequent cough no. Fainting or dizzy spells no.
ENT:
     Poor eyesight no. Other eye problems no. Throat pain/hoarseness no. Trouble swallowing no. Frequent earaches no. Poor hearing no.

| | | | |
|---|---|---|---|
| GLU | N | | |
| BIL | N | | |
| NIT | N | | |
| LEUK | TR | | |
| WBC hpf | 0-1 | 0 - 5 | |
| RBC hpf | 5-10 | 0 - 2 | |
| BACT hpf | N | | |
| EPI lpf | N | Few - | |

DeBarros,Elizabeth 12/12/2017 3:58:51 PM >

**3. Frequency of micturition**
Notes: myrbetriq 25 mg for 4 weeks.

**Preventive Medicine**
Counseling:
     Care goal follow-up plan:
     Above Normal BMI Follow-up *Dietary management education, guidance, and counseling*
Immunizations:
     Influenza
     Have you had a flu shot since the most recent September 1? *Yes 10/2017*
Screenings:
     FALL RISK SCREENING
     Fall Risk Assessment: *No falls in the past year*

**Procedure Codes**
81001 Urinalysis Auto wMicro
76775 Pelvic Sono (PVR)

**Follow Up**
3 Weeks RTO 01/09/18 (Reason: ua uroflow and pvr for BPH/OAB)

S, N

**Electronically signed by STUART POPOWITZ , MD on 09/18/2018 at 10:29 AM EDT**

**Sign off status: Pending**

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   12/12/2017**
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Urology Center of South Florida - Boynton**
10151 Enterprise Center Blvd
BOYNTON BEACH, FL 33437-3761
Tel: 561-737-9191
Fax: 561-737-2413

---

**Patient: Headley, Owen    DOB: 03/30/1963    Progress Note: Stuart M. Popowitz, MD    12/12/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**UROLOGY CENTER**
OF SOUTH FLORIDA

# Headley, Owen
**54 Y old Male, DOB: 03/30/1963**
**Account Number: 71345**
**2655 DORSON WAY, DELRAY BEACH, FL-33445-2353**
**Home: 561-929-8494**
**Guarantor: Headley, Owen   Insurance: United HealthCare**
**of All States Payer ID: 87726**
**PCP: Louis GERARD Tumminia, D.O.   Referring: Louis GERARD Tumminia, D.O.**
**Appointment Facility: Urology Center of South Florida - Boynton**

**11/01/2017**                                    **Stuart M. Popowitz, MD**

## Current Medications
**Taking**
- Lisinopril
- Metformin HCl
- Amlodipine Besylate
- Metronidazole
- Medication List reviewed and reconciled

with the patient

## Past Medical History
Diabetes Mellitus/ Insipidus.
Hypertension.
Kidney stones.
Sinus problems.

## Surgical History
kidney stone surgery
back surgery
umbilical hernia surgery

## Family History
Father: alive
Mother: alive, diagnosed with Kidney Stones
father has enlarged prostate and kidney
issues
no kidney bladder or prostate cancer.

## Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *nonsmoker*
Sexual History:
Sexual History .
Drugs/Alcohol:
Alcohol Screen (Audit-C)
  Did you have a drink containing alcohol in
the past year? *No*
  Points *0*
  Interpretation *Negative*

## Allergies
N.K.D.A.

## Review of Systems
GENERAL:
  no Weaknss/fatigue.  no Unexplained
weight loss.  no Frequent headaches.

## Reason for Appointment
1. Post op 10.25.17**possible stent removal***

## History of Present Illness
GENERAL:
  Status post bladder and prostate biopsy. Occasional blood clots.
Now voiding well. No fever no chills. No flank pain no abdominal pain.

## Vital Signs
BP 124/70 mm Hg, Wt 276 lbs, BMI 37.43 Index, Ht 72 in.

## Past Orders
Lab:TISSUE PATHOLOGY (3542) (Order Date - 10/25/2017)
(Collection Date - 10/25/2017)
  Result: urethritis cystica involving polypoid fragments of partially
urothelium lined mucosa

## Examination
Physical Examination:
  GENERAL: in no acute distress, well developed, well nourished.

## Assessments
1. Benign prostatic hyperplasia with lower urinary tract symptoms -
N40.1 (Primary)
2. Microhematuria - R31.2
3. Papillary cystitis - N30.80

## Treatment

### 1. Microhematuria
LAB: Urinalysis Auto. w/ Micro (Complete)

| | | |
|---|---|---|
| V/C | V | |
| SP. GR. | 1.030 | 1.003 - 1.030 |
| pH | 5.5 | 4.5 - 7.5 pH |
| PROT | 1+ | |
| BLD | 3+ | |
| KET | N | |
| GLU | N | |
| BIL | N | |
| NIT | N | |
| LEUK | 1+ | |
| WBC hpf | 0-3 | 0 - 5 |

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   11/01/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

no Excessive thirst.  no fever.  no chills.
no poor eyesight.  no Intolerance to heat or
cold.  no Any Abnormal lumps or masses.
no Poor appetite/eating disorder.
CARDIOVASCULAR:
    no Chest pain/angina.  no Palpitations.
no Swelling of legs/ankles.  no Pain in legs
with walking.  no Non-healing sores on legs,
feet, or toes.  no Varicose veins.  no edema.
no claudication.  no non-healing
sores/ulcers.  no varicose veins.
NEURO/PSYCH:
    no Insomnia.  no Poor memory.
no Tremors.  no Paralysis.  no Anxiety,
nervousness.  no Depression.  no balance
problems/vertigo.
GASTROINTESTINAL:
    no Heartburn/indigestion.
no Flatulence/gas pain.  Abdominal/belly
pain yes.  no Nausea or vomiting.
no Constipation.  Diarrhea yes.  no Blood in
stool.  no *.  no Black or tarry stools.
MUSCULOSKELETAL:
    no Swelling, pain, or deformity of joints.
no Lower back pain.  no Upper back pain.
no Head/shoulder pain.  no Pain of
arms/legs.  no Muscle weakness.  Muscle
cramps no.
RESPIRATORY:
    Frequent shortness of breath no.
Difficulty breathing while lying flat no.
Wheezing no.  Frequent cough no.  Fainting
or dizzy spells no.

| | | |
|---|---|---|
| RBC hpf | 25-30 | 0 - 2 |
| BACT hpf | N | |
| EPI lpf | N | Few - |

DeBarros,Elizabeth 11/1/2017 4:15:52 PM >

### 2. Papillary cystitis
Notes: Observe voiding symptoms as this papillary/urethritis cystica is
at the bladder neck. Will repeat cystoscopy in 6 months to assess
regrowth .

### Preventive Medicine
Counseling:
    Biopsy Follow-Up:
        Biopsy Results (All components):  *Reviewed with patient,
Communicated to primary care/referring physician, Communication
tracked in a log, Tracking process documented*
    Care goal follow-up plan:
        BMI management provided  *Yes*
        Above Normal BMI Follow-up  *Dietary management education,
guidance, and counseling*
Immunizations:
    Influenza
        Have you had a flu shot since the most recent September 1?  *Yes*
Screenings:
    FALL RISK SCREENING
        Fall Risk Assessment:  *No falls in the past year*

### Procedure Codes
81001 Urinalysis Auto wMicro

### Follow Up
6 Months RTO 05/01/18 (Reason: UA and cystoscopy for hematuria)

S. N̸

**Electronically signed by STUART POPOWITZ , MD on
09/18/2018 at 10:30 AM EDT**

**Sign off status: Pending**

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   11/01/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Urology Center of South Florida - Boynton**
**10151 Enterprise Center Blvd**
**BOYNTON BEACH, FL 33437-3761**
**Tel: 561-737-9191**
**Fax: 561-737-2413**

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   11/01/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**UROLOGY CENTER**
OF SOUTH FLORIDA

# Headley, Owen
54 Y old Male, DOB: 03/30/1963
Account Number: 71345
2655 DORSON WAY, DELRAY BEACH, FL-33445-2353
Home: 561-929-8494
Guarantor: Headley, Owen   Insurance: United HealthCare
of All States Payer ID: 87726
PCP: Louis GERARD Tumminia, D.O.   Referring: Louis GERARD Tumminia, D.O.
Appointment Facility: Urology Center of South Florida - Boynton

10/10/2017                                                      Stuart M. Popowitz, MD

## Current Medications
**Taking**
- Lisinopril
- Metformin HCl
- Amlodipine Besylate
- Metronidazole
- Medication List reviewed and reconciled with the patient

## Past Medical History
Diabetes Mellitus/ Insipidus.
Hypertension.
Kidney stones.
Sinus problems.

## Surgical History
kidney stone surgery
back surgery
umbilical hernia surgery

## Family History
Father: alive
Mother: alive, diagnosed with Kidney Stones
father has enlarged prostate and kidney issues
no kidney bladder or prostate cancer.

## Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *nonsmoker*
Drugs/Alcohol:
Drugs
  Substance Abuse: *No*
Alcohol Screen (Audit-C)
  Did you have a drink containing alcohol in the past year? *No*
  Points *0*
  Interpretation *Negative*
Caffeine
  Intake: *none*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

## Allergies
N.K.D.A.

## Reason for Appointment
1. 2 WK UA and repeat cystoscopy for questionable bladder and prostate findings on previous cystoscopy

## History of Present Illness
GENERAL:
    No dysuria urgency or frequency
    No fever or chills
    No flank or abdominal pain
    No hematuria.

## Vital Signs
BP 122/64 mm Hg, Wt 276 lbs, BMI 37.43 Index, Ht 72 in.

## Examination
Genitourinary - Male:
    GENERAL APPEARANCE: well developed, well nourished, alert, oriented, no apparent distress.
    ABDOMEN: bladder non-distended, no hernia.
    BACK: No Bilateral CVA tenderness.
    PENIS: normal, no lesions.
    URETHRAL MEATUS: normal.
    SCROTUM: normal.
    TESTICLES: normal, both descended.

## Assessments
1. Benign prostatic hyperplasia with lower urinary tract symptoms - N40.1 (Primary)
2. Papillary cystitis - N30.80
3. Microhematuria - R31.2

## Treatment
### 1. Papillary cystitis
Notes: At length discussion with patient regarding causes of the bladder neck mass. Despite having a negative urine cytology and FISH I discussed the need for a tissue biopsy. Therefore a cystoscopy transurethral resection of bladder neck mass will be performed. He will have a CT with IV contrast prior to his operation to rule out any obstruction .

### 2. Microhematuria

---

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   10/10/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://flurceann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   9/18/2018

## Review of Systems

### GENERAL:
no Weaknss/fatigue. no Unexplained weight loss. no Frequent headaches. no Excessive thirst. no fever. no chills. no poor eyesight. no Intolerance to heat or cold. no Any Abnormal lumps or masses. no Poor appetite/eating disorder.

### CARDIOVASCULAR:
no Chest pain/angina. no Palpitations. no Swelling of legs/ankles. no Pain in legs with walking. no Non-healing sores on legs, feet, or toes. no Varicose veins. no edema. no claudication. no non-healing sores/ulcers. no varicose veins.

### NEURO/PSYCH:
no Insomnia. no Poor memory. no Tremors. no Paralysis. no Anxiety, nervousness. no Depression. no balance problems/vertigo.

### GASTROINTESTINAL:
no Heartburn/indigestion. no Flatulence/gas pain. Abdominal/belly pain yes. no Nausea or vomiting. no Constipation. Diarrhea yes. no Blood in stool. no *. no Black or tarry stools.

### MUSCULOSKELETAL:
no Swelling, pain, or deformity of joints. no Lower back pain. no Upper back pain. no Head/shoulder pain. no Pain of arms/legs. no Muscle weakness. Muscle cramps no.

### RESPIRATORY:
Frequent shortness of breath no. Difficulty breathing while lying flat no. Wheezing no. Frequent cough no. Fainting or dizzy spells no.

### LAB: Urinalysis Auto. w/ Micro (Complete)

| | | |
|---|---|---|
| V/C | V | |
| SP. GR. | 1.020 | 1.003 - 1.030 |
| pH | 6.0 | 4.5 - 7.5 pH |
| PROT | N | |
| BLD | 2+ | |
| KET | N | |
| GLU | N | |
| BIL | N | |
| NIT | N | |
| LEUK | N | |
| WBC hpf | N | 0 - 5 |
| RBC hpf | 5-10 | 0 - 2 |
| BACT hpf | N | |
| EPI lpf | N | Few - |

DeBarros,Elizabeth 10/10/2017 10:01:16 AM >

### LAB: Basic Metabolic Panel (8) (Ordered for 10/10/2017) (Order Cancelled)

### IMAGING: CT ABD AND PELVIS W/O AND W/IV CONTRAST (Ordered for 10/10/2017)

PROCEDURE: Cystoscopy mass at bladder neck and trigone

## Procedures

### REPORT OF CYSTOSCOPY (MALE):
Indications:  Hematuria, history of papillary cystitis.
Description:  2% lidocaine jelly instilled intraurethrally 16 French flexible cystoscope inserted atraumatically.
Anterior urethra:  normal.
Prostatic urethra:  3cm.
Bladder:  Papillary cystitis unchanged from previous cystoscopy .
Complications:  none.
Antibiotics Given:   gentamicin 80 mg IM x 1 pyridum 200mg pt own meds.

## Therapeutic Injections

Gentamicin : 80 mg (Dose No:1) (Route: Intramuscular) given by Jessica zzMcCray on left buttock (Microhematuria)

## Preventive Medicine

Counseling:
    Care goal follow-up plan:
        BMI management provided  *Yes*
        Above Normal BMI Follow-up  *Dietary management education, guidance, and counseling*
Screenings:
    FALL RISK SCREENING
        Fall Risk Assessment:  *No falls in the past year*

## Procedure Codes

81001 Urinalysis Auto wMicro
J1580 Gentamicin 80mg
96372 IM Injection
52000 Cystoscopy

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   10/10/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Follow Up**
OR

Electronically signed by STUART POPOWITZ , MD on
09/18/2018 at 10:30 AM EDT

Sign off status: Pending

_____

Urology Center of South Florida - Boynton
10151 Enterprise Center Blvd
BOYNTON BEACH, FL 33437-3761
Tel: 561-737-9191
Fax: 561-737-2413

_____

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   10/10/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Headley, Owen

**UROLOGY CENTER**
OF SOUTH FLORIDA

54 Y old Male, DOB: 03/30/1963
Account Number: 71345
**2655 DORSON WAY, DELRAY BEACH, FL-33445-2353**
Home: 561-929-8494
Guarantor: Headley, Owen   Insurance: United HealthCare
of All States Payer ID: 87726
PCP: Louis GERARD Tumminia, D.O.   Referring: Louis GERARD Tumminia, D.O.
Appointment Facility: Urology Center of South Florida - Boynton

---

09/26/2017                                                          Stuart M. Popowitz, MD

### Current Medications
**Taking**
- Lisinopril
- Metformin HCl
- Amlodipine Besylate
- Metronidazole
- Medication List reviewed and reconciled with the patient

### Past Medical History
Diabetes Mellitus/ Insipidus.
Hypertension.
Kidney stones.
Sinus problems.

### Surgical History
kidney stone surgery
back surgery
umbilical hernia surgery

### Family History
Father: alive
Mother: alive, diagnosed with Kidney Stones
father has enlarged prostate and kidney issues
no kidney bladder or prostate cancer.

### Social History
Tobacco Use:
Tobacco Use/Smoking
 Are you a *nonsmoker*
Drugs/Alcohol:
Drugs
 Substance Abuse: *No*
Alcohol Screen (Audit-C)
 Did you have a drink containing alcohol in the past year? *No*
 Points *0*
 Interpretation *Negative*
Caffeine
 Intake: *none*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies
N.K.D.A.

### Reason for Appointment
1. 4 wk ua , cysto for hematuria

### History of Present Illness
GENERAL:
 No dysuria urgency or frequency
 No fever or chills
 No flank or abdominal pain
 No hematuria.

### Vital Signs
BP 128/72 mm Hg, Wt 276 lbs, BMI 37.43 Index, Ht 72 in.

### Past Orders
Lab:URINE CYTOLOGY: PAP STAIN ONLY - 009068 (Order Date - 08/28/2017) (Collection Date - 08/28/2017)
 Result: Negative
 Notes: Brewster,Oralia 9/4/2017 12:16:44 PM > lmovm with results
Imaging:CT ABD AND PELVIS W/ORAL CONTRAST (Order Date - 07/18/2017) (Collection Date - 06/27/2017)
 Result: sigmoid diverticulitis

### Examination
Genitourinary - Male:
 GENERAL APPEARANCE: well developed, well nourished, alert, oriented, no apparent distress.
 ABDOMEN: bladder non-distended, no hernia.
 BACK: No Bilateral CVA tenderness.
 PENIS: normal, no lesions.
 URETHRAL MEATUS: normal.
 SCROTUM: normal.

### Assessments
1. Microhematuria - R31.2 (Primary)
2. Papillary cystitis - N30.80
3. Benign prostatic hyperplasia with lower urinary tract symptoms - N40.1

### Treatment

**1. Microhematuria**

---

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   09/26/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://flurceann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   9/18/2018

## Review of Systems

**GENERAL:**
no Weaknss/fatigue. no Unexplained weight loss. no Frequent headaches. no Excessive thirst. no fever. no chills. no poor eyesight. no Intolerance to heat or cold. no Any Abnormal lumps or masses. no Poor appetite/eating disorder.

**CARDIOVASCULAR:**
no Chest pain/angina. no Palpitations. no Swelling of legs/ankles. no Pain in legs with walking. no Non-healing sores on legs, feet, or toes. no Varicose veins. no edema. no claudication. no non-healing sores/ulcers. no Varicose veins.

**NEURO/PSYCH:**
no Insomnia. no Poor memory. no Tremors. no Paralysis. no Anxiety, nervousness. no Depression. no balance problems/vertigo.

**GASTROINTESTINAL:**
no Heartburn/indigestion. no Flatulence/gas pain. Abdominal/belly pain yes. no Nausea or vomiting. no Constipation. Diarrhea yes. no Blood in stool. no *. no Black or tarry stools.

**MUSCULOSKELETAL:**
no Swelling, pain, or deformity of joints. no Lower back pain. no Upper back pain. no Head/shoulder pain. no Pain of arms/legs. no Muscle weakness. Muscle cramps no.

**RESPIRATORY:**
Frequent shortness of breath no. Difficulty breathing while lying flat no. Wheezing no. Frequent cough no. Fainting or dizzy spells no.

LAB: Bladder Cancer FISH, MD Review - 130080
LAB: Urinalysis Auto. w/ Micro (Complete)

| | | |
|---|---|---|
| V/C | V | |
| SP. GR. | 1.030 | 1.003 - 1.030 |
| pH | 5.5 | 4.5 - 7.5 pH |
| PROT | TR | |
| BLD | 2+ | |
| KET | N | |
| GLU | N | |
| BIL | N | |
| NIT | N | |
| LEUK | N | |
| WBC hpf | N | 0 - 5 |
| RBC hpf | 1-3 | 0 - 2 |
| BACT hpf | N | |
| EPI lpf | N | Few - |

DeBarros,Elizabeth 9/26/2017 9:41:44 AM >

LAB: URINE CYTOLOGY: PAP STAIN ONLY - 009068
PROCEDURE: Cystoscopy  papillary cystitis and BN and prostate/trigone
Notes: FISH and urine cytology today .

## 2. Papillary cystitis
Notes: Inflammatory changes seen on cystoscopy around bladder neck and trigone consistent with papillary cystitis however will need to rule out any other significant pathology and will repeat cystoscopy in 2 weeks to see if this has resolved .

## 3. Benign prostatic hyperplasia with lower urinary tract symptoms
Notes: Will see if the PCP did a PSA .

## Procedures

REPORT OF CYSTOSCOPY (MALE):
   Indications:  Hematuria.
   Description:  2% lidocaine jelly instilled intraurethrally 16 French flexible cystoscope inserted atraumatically.
   Anterior urethra:  normal.
   Prostatic urethra:  3cm.
   Description:  Papillary changes at the bladder neck .
   Bladder:  Papillary cystitis changes in the trigone and around the base of the prostate and bladder neck.
   Complications:  none.
   Antibiotics Given:  gentamicin 80 mg IM x 1 pyridum 200mg pt own meds.

## Therapeutic Injections
Gentamicin : 80 mg (Dose No:1) (Route: Intramuscular) given by Jessica zzMcCray on left buttock (Microhematuria)

### Labs
Lab: PDF Report

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   09/26/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lab: UROVYSION-MD, AUTOMATED

Lab: PDF Report

**Preventive Medicine**
Immunizations:
Influenza
Have you had a flu shot since the most recent September 1? *Yes*

**Procedure Codes**
81001 Urinalysis Auto wMicro
J1580 Gentamicin 80mg
96372 IM Injection, Modifiers: 59
52000 Cystoscopy

**Follow Up**
2 Weeks RTO 10/10/17 @ 9:30 (Reason: UA and repeat cystoscopy for
questionable bladder and prostate findings on previous cystoscopy)

**Electronically signed by STUART POPOWITZ , MD on
09/18/2018 at 10:30 AM EDT**

**Sign off status: Pending**

---

**Urology Center of South Florida - Boynton**
**10151 Enterprise Center Blvd**
**BOYNTON BEACH, FL 33437-3761**
**Tel: 561-737-9191**
**Fax: 561-737-2413**

---

**Patient: Headley, Owen    DOB: 03/30/1963    Progress Note: Stuart M. Popowitz, MD    09/26/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Page 1 of 3

 **UROLOGY CENTER** OF SOUTH FLORIDA

**Headley, Owen**
54 Y old Male, DOB: 03/30/1963
Account Number: 71345
2655 DORSON WAY, DELRAY BEACH, FL-33445-2353
Home: 561-929-8494
Guarantor: Headley, Owen   Insurance: United HealthCare
of All States Payer ID: 87726
PCP: Louis GERARD Tumminia, D.O.   Referring: Louis GERARD Tumminia, D.O.
Appointment Facility: Urology Center of South Florida - Boynton

09/26/2017

Stuart M. Popowitz, MD

### Current Medications
Taking
- Lisinopril
- Metformin HCl
- Amlodipine Besylate
- Metronidazole
- Medication List reviewed and reconciled with the patient

### Past Medical History
Diabetes Mellitus/ Insipidus.
Hypertension.
Kidney stones.
Sinus problems.

### Surgical History
kidney stone surgery
back surgery
umbilical hernia surgery

### Family History
Father: alive
Mother: alive, diagnosed with Kidney Stones
father has enlarged prostate and kidney issues
no kidney bladder or prostate cancer.

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *nonsmoker*
Drugs/Alcohol:
Drugs
  Substance Abuse: *No*
Alcohol Screen (Audit-C)
  Did you have a drink containing alcohol in the past year? *No*
  Points *0*
  Interpretation *Negative*
Caffeine
  Intake: *none*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies
N.K.D.A.

### Reason for Appointment
1. 4 wk ua , cysto for hematuria

### History of Present Illness
GENERAL:
  No dysuria urgency or frequency
  No fever or chills
  No flank or abdominal pain
  No hematuria.

### Vital Signs
BP 128/72 mm Hg, Wt 276 lbs, BMI 37.43 Index, Ht 72 in.

### Past Orders
Lab:URINE CYTOLOGY: PAP STAIN ONLY - 009068 (Order Date - 08/28/2017) (Collection Date - 08/28/2017)
  Result: Negative
  Notes: Brewster,Oralia 9/4/2017 12:16:44 PM > lmovm with results
Imaging:CT ABD AND PELVIS W/ORAL CONTRAST (Order Date - 07/18/2017) (Collection Date - 06/27/2017)
  Result: sigmoid diverticulitis

### Examination
Genitourinary - Male:
  GENERAL APPEARANCE: well developed, well nourished, alert, oriented, no apparent distress.
  ABDOMEN: bladder non-distended, no hernia.
  BACK: No Bilateral CVA tenderness.
  PENIS: normal, no lesions.
  URETHRAL MEATUS: normal.
  SCROTUM: normal.

### Assessments
1. Microhematuria - R31.2 (Primary)
2. Papillary cystitis - N30.80
3. Benign prostatic hyperplasia with lower urinary tract symptoms - N40.1

### Treatment
**1. Microhematuria**

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   09/26/2017**
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

## Review of Systems

### GENERAL:
no Weakness/fatigue.  no Unexplained weight loss.  no Frequent headaches.  no Excessive thirst.  no fever.  no chills.  no poor eyesight.  no Intolerance to heat or cold.  no Any Abnormal lumps or masses.  no Poor appetite/eating disorder.

### CARDIOVASCULAR:
no Chest pain/angina.  no Palpitations.  no Swelling of legs/ankles.  no Pain in legs with walking.  no Non-healing sores on legs, feet, or toes.  no Varicose veins.  no edema.  no claudication.  no non-healing sores/ulcers.  no varicose veins.

### NEURO/PSYCH:
no Insomnia.  no Poor memory.  no Tremors.  no Paralysis.  no Anxiety, nervousness.  no Depression.  no balance problems/vertigo.

### GASTROINTESTINAL:
no Heartburn/indigestion.  no Flatulence/gas pain.  Abdominal/belly pain yes.  no Nausea or vomiting.  no Constipation.  Diarrhea yes.  no Blood in stool.  no *.  no Black or tarry stools.

### MUSCULOSKELETAL:
no Swelling, pain, or deformity of joints.  no Lower back pain.  no Upper back pain.  no Head/shoulder pain.  no Pain of arms/legs.  no Muscle weakness.  Muscle cramps no.

### RESPIRATORY:
Frequent shortness of breath no.  Difficulty breathing while lying flat no.  Wheezing no.  Frequent cough no.  Fainting or dizzy spells no.

LAB: Bladder Cancer FISH, MD Review - 130080
LAB: Urinalysis Auto. w/ Micro (Complete)

| V/C | V | |
|---|---|---|
| SP. GR. | 1.030 | 1.003 - 1.030 |
| pH | 5.5 | 4.5 - 7.5 pH |
| PROT | TR | |
| BLD | 2+ | |
| KET | N | |
| GLU | N | |
| BIL | N | |
| NIT | N | |
| LEUK | N | |
| WBC hpf | N | 0 - 5 |
| RBC hpf | 1-3 | 0 - 2 |
| BACT hpf | N | |
| EPI lpf | N | Few - |

DeBarros,Elizabeth 9/26/2017 9:41:44 AM >

LAB: URINE CYTOLOGY: PAP STAIN ONLY - 009068
PROCEDURE: Cystoscopy  papillary cystitis and BN and prostate/trigone
Notes: FISH and urine cytology today .

### 2. Papillary cystitis
Notes: Inflammatory changes seen on cystoscopy around bladder neck and trigone consistent with papillary cystitis however will need to rule out any other significant pathology and will repeat cystoscopy in 2 weeks to see if this has resolved .

### 3. Benign prostatic hyperplasia with lower urinary tract symptoms
Notes: Will see if the PCP did a PSA .

## Procedures

REPORT OF CYSTOSCOPY (MALE):
Indications:  Hematuria.
Description:  2% lidocaine jelly instilled intraurethrally 16 French flexible cystoscope inserted atraumatically.
Anterior urethra:  normal.
Prostatic urethra:  3cm.
Description:  Papillary changes at the bladder neck .
Bladder:  Papillary cystitis changes in the trigone and around the base of the prostate and bladder neck.
Complications:  none.
Antibiotics Given:  gentamicin 80 mg IM x 1 pyridum 200mg pt own meds.

## Therapeutic Injections

Gentamicin : 80 mg (Dose No:1) (Route: Intramuscular) given by Jessica zzMcCray on left buttock (Microhematuria)

### Labs
Lab: PDF Report

e

---

**Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   09/26/2017**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lab: UROVYSION-MD, AUTOMATED

Lab: PDF Report

**Preventive Medicine**
Immunizations:
    Influenza
      Have you had a flu shot since the most recent September 1? *Yes*

**Procedure Codes**
81001 Urinalysis Auto wMicro
J1580 Gentamicin 80mg
96372 IM Injection, Modifiers: 59
52000 Cystoscopy

**Follow Up**
2 Weeks RTO 10/10/17 @ 9:30 (Reason: UA and repeat cystoscopy for
questionable bladder and prostate findings on previous cystoscopy)

S. N

**Electronically signed by STUART POPOWITZ , MD on
09/18/2018 at 10:31 AM EDT**

**Sign off status: Pending**

---

**Urology Center of South Florida - Boynton
10151 Enterprise Center Blvd
BOYNTON BEACH, FL 33437-3761
Tel: 561-737-9191
Fax: 561-737-2413**

---

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   09/26/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## UROLOGY CENTER
### OF SOUTH FLORIDA

### Headley, Owen
54 Y old Male, DOB: 03/30/1963
Account Number: 71345
2655 DORSON WAY, DELRAY BEACH, FL-33445-2353
Home: 561-929-8494
Guarantor: Headley, Owen   Insurance: United HealthCare
of All States Payer ID: 87726
PCP: Louis GERARD Tumminia, D.O.   Referring: Louis GERARD Tumminia, D.O.
Appointment Facility: Urology Center of South Florida - Boynton

08/28/2017                                    Progress Notes: Stuart M. Popowitz, MD

### Current Medications
Taking
- Lisinopril
- Metformin HCl
- Amlodipine Besylate
- Metronidazole
- Medication List reviewed and reconciled
with the patient

### Past Medical History
Diabetes Mellitus/ Insipidus.
Hypertension.
Kidney stones.
Sinus problems.

### Surgical History
kidney stone surgery
back surgery
umbilical hernia surgery

### Family History
Father: alive
Mother: alive, diagnosed with Kidney Stones
father has enlarged prostate and kidney
issues
no kidney bladder or prostate cancer.

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *nonsmoker*
Drugs/Alcohol:
Drugs
  Substance Abuse: *No*
Alcohol Screen (Audit-C)
  Did you have a drink containing alcohol in
the past year? *No*
  Points *0*
  Interpretation *Negative*
Caffeine
  Intake: *none*
Do you smoke marijuana?: Denies.
Do you drink alcohol?: No.

### Allergies
N.K.D.A.

### Reason for Appointment
1. OVERDUE CHK

### History of Present Illness
GENERAL:
  recently had diverticulitis
  developed dysrual, urgency and frequency but has gotten much
better
    no follow up for hematuria
    History of KS s/p ureteroscopy in 2003
    no fever or chills
    no flank or abdominal pain.

### Vital Signs
BP 130/70 mm Hg, Wt 276 lbs, BMI 37.43 Index, Ht 72 in.

### Examination
Genitourinary - Male:
    GENERAL APPEARANCE: well developed, well nourished, alert,
oriented, no apparent distress.
    ABDOMEN: bladder non-distended, no hernia.
    DIGITAL RECTAL EXAM: Prostate size: 2 plus, no rectal masses,
good SPH. tone, prostate symmetrical, no nodules, non tender.

### Assessments
1. Microhematuria - R31.2 (Primary)
2. Acute cystitis without hematuria - N30.00

### Treatment
#### 1. Microhematuria
LAB: Urinalysis Auto. w/ Micro (Complete)

| | | |
|---|---|---|
| V/C | v | |
| SP. GR. | 1.030 | 1.003 - 1.030 |
| pH | 6 | 4.5 - 7.5 pH |
| PROT | 1+ | |
| BLD | - | |
| KET | tr | |
| GLU | - | |
| BIL | 1+ | |
| NIT | - | |
| LEUK | - | |

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   08/28/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://flurceapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?...   9/18/2018

## Review of Systems

**GENERAL:**
  no Weaknss/fatigue.  no Unexplained weight loss.  no Frequent headaches. no Excessive thirst.  no fever.  no chills. no poor eyesight.  no Intolerance to heat or cold.  no Any Abnormal lumps or masses. no Poor appetite/eating disorder.

**CARDIOVASCULAR:**
  no Chest pain/angina.  no Palpitations. no Swelling of legs/ankles.  no Pain in legs with walking.  no Non-healing sores on legs, feet, or toes.  no Varicose veins.  no edema. no claudication.  no non-healing sores/ulcers.  no varicose veins.

**NEURO/PSYCH:**
  no Insomnia.  no Poor memory. no Tremors.  no Paralysis.  no Anxiety, nervousness.  no Depression.  no balance problems/vertigo.

**GASTROINTESTINAL:**
  no Heartburn/indigestion. no Flatulence/gas pain.  Abdominal/belly pain  yes.  no Nausea or vomiting. no Constipation.  Diarrhea yes.  no Blood in stool.  no *.  no Black or tarry stools.

**MUSCULOSKELETAL:**
  no Swelling, pain, or deformity of joints. no Lower back pain.  no Upper back pain. no Head/shoulder pain.  no Pain of arms/legs.  no Muscle weakness.  Muscle cramps no.

**RESPIRATORY:**
  Frequent shortness of breath no. Difficulty breathing while lying flat no. Wheezing no.  Frequent cough no.  Fainting or dizzy spells no.

| | | | |
|---|---|---|---|
| WBC hpf | - | | 0 - 5 |
| RBC hpf | - | | 0 - 2 |
| BACT hpf | - | | |
| EPI lpf | - | | Few - |

LAB: URINE CYTOLOGY: PAP STAIN ONLY - 009068
Notes: urine for cytology
need CT report from DCA
RTO for cysto 1 month
Get PSA from PCP.

### Labs
  Lab: PDF Report

### Procedure Codes
81001 Urinalysis Auto wMicro

### Follow Up
4 Weeks RTO 9/26/17 @ 9:15 (Reason: ua , cysto for hematuria)

S. N

**Electronically signed by STUART POPOWITZ , MD on 09/18/2018 at 10:31 AM EDT**

**Sign off status: Pending**

Urology Center of South Florida - Boynton
10151 Enterprise Center Blvd
BOYNTON BEACH, FL 33437-3761
Tel: 561-737-9191
Fax: 561-737-2413

Patient: Headley, Owen   DOB: 03/30/1963   Progress Note: Stuart M. Popowitz, MD   08/28/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*