|  | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| IN THE MATTER OF EXTRADITION | CASE NO:   18MC81148 UNA/DCB |
| OWEN HEADLEY _____/ |  |

**OWEN HEADLEY'S THIRD SUPPLEMENTAL FILINGS IN SUPPORT OF HIS REQUEST FOR RELEASE PENDING HIS EXTRADITION HEARING AND POSSIBLE APPEARANCE IN ONTARIO, CANADA**

COMES NOW, OWEN HEADLEY ("Headley"), and files his third supplemental exhibits in support of his release in response to the Government's Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings and Possible Appearance in Ontario, Canada, and in support hereof files the following document:

Letter from Stacey Whitney

I HEREBY CERTIFY a true & correct copy was efiled on October 1, 2018.

                                                   GERSHMAN & GERSHMAN
                                                   2160 W. Atlantic Avenue
                                                   Second Floor
                                                   Delray Beach, FL 33445
                                                   Telephone: (561) 684-8898
                                                   robert@rglawfirm.us
                                                   S//Robert Gershman
                                                   ROBERT S. GERSHMAN
                                                   Fla. Bar No. 917397