From: **Stacey Whitney** staceyywhitney@gmail.com
Subject: Owen Headley
Date: October 1, 2018 at 8:00 PM
To: robert@rglawfirm.us



Dear Mr. Gershman,

I write this letter as a testimony to the character of Owen Headley, who I have known for 14 years and holiday with yearly, sometimes twice per year. I am the wife of his nephew but consider him my uncle.

Ricky as he is know to us, is one of (if not the most) hardworking, dependable, trustworthy and honest persons I have ever met. He is the rock of the family as he is the person we all call on and can depend on to be there in time of need.

He is the persons that everyone can depend on, even to those who are not related by blood. This man is a protector of his friends and family, to whom he would give of his very last.

The horrendous allegations made against my uncle are, without a doubt, absolutely not in his character. The man we all know, love and depend on would die for any of us.

Regards,
Stacey