UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-MC-81148-UNA/DLB



IN THE MATTER OF

THE EXTRADITION OF

OWEN ALTHELBERT HEADLEY

_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION TO STRIKE AND FOR CLERK TO REMOVE FROM THE DOCKET [DE 28]

THIS CAUSE came before the Court upon the Government's Unopposed Motion to Strike and for the Clerk of Court to Remove from the Docket certain documents that contain personal information. [DE 28]. The Court being duly advised in the premises, hereby **GRANTS** the Unopposed Motion to Strike and for the Clerk of Court to Remove from the Docket certain documents [DE 28]. The Clerk of Court shall remove the documents DE 27-3, DE 27-7, and DE 27-9 from the docket because they contain confidential and personal information.

**DONE AND ORDERED** at West Palm Beach, Florida, this 3rd day of October, 2018.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE