IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF EXTRADITION

CASE#: 18MC81148 MATTHEWMAN

OWEN HEADLEY

_____/

## OWEN HEADLEY'S STATUS REPORT AND NOTICE OF INTENT TO WAIVE EXTRADITION

COMES NOW, OWEN HEADLEY, and files his Status Report and Notice of Intent to Waive Extradition, and states the following:

1. The Court held an approximate four and one-half hour detention hearing on October 2, 2018. The Government presented testimony of one witness and relied upon various documents in support of its motion, on behalf of the Government of Canada, to detain Mr. Headley.

2. Mr. Headley presented witnesses and documents in support of his effort to persuade Your Honor to order his release.

3. Towards the end of the hearing, there was a brief back/forth between the Court and parties addressing the important issue of trying to resolve the matters before the Court's detention ruling tomorrow, October 5, 2018.

4. In furtherance of same, please be aware of the following steps undersigned has taken within the last 24 hours since the hearing to try and resolve the matters:

    A. Undersigned Counsel personally conferred with AUSA Morris offering reasonable release packages. However, AUSA Morris did not accept any resolution short of detention.

1

B. Undersigned, through the professional courtesy of AUSA Morris, personally spoke with Supervising Marshall Rodriguez, the sole witness called by the Government at the detention hearing. Marshall Rodriguez was courteous and professional, but would not commit to a position on the release issue.

C. Undersigned, through the professional courtesy of AUSA Morris, personally spoke with two Department of Justice Attorneys in Washington DC in an attempt to come to an agreement on a subject release package. The DOJ Attorneys and Counsel discussed the issues, and Counsel was promised a decision later in the day (yesterday). As of this writing, Counsel has not received a response in this regard.

D. Counsel personally contacted the Canadian Prosecutor (Crown's) office to try and reach an agreement in this matter. Counsel did not receive an immediate return call or email in this regard.

E. Accordingly, Counsel engaged the services of a well-respected local law firm in Brampton, Ontario, Canada to help effectuate dialogue and hopefully, an agreement with the Canadian Government on the issues.

F. Canadian Counsel personally spoke with Peel Regional Police Services Officer Sheldon Langlois; he is the same officer the Government relied upon in the detention hearing, through DE9-1 (beginning at page 31) to detain Mr. Headley. Officer Langlois expressed concern that Mr. Headley was a flight risk because he is from Barbados and at the time of his arrest Florida authorities had to kick a door down in order to find

and apprehend Mr. Headley, who was hiding and did not want to surrender to the authorities. Please note - we know this account is inaccurate from the testimony at the detention hearing.

G. Canadian Counsel had personal contact with the Chief Deputy Assistant Crown responsible for this matter in Brampton, Ontario, Canada. The Crown advised she is open to discussing a resolution to the detention/extradition issues but could not immediately do so because she was leaving the office in celebration of the Canadian Thanksgiving Holiday. Canadian Counsel and the Crown are scheduled to discuss the issues on Tuesday, October 9, 2018, since Monday is a holiday and the Crown's office is closed. Counsel's research discovered the following (citations omitted):

> Thanksgiving (French: *Action de grâce*), or Thanksgiving Day (*Jour de l'action de grâce*) is an annual Canadian holiday, occurring on the second Monday in October, which celebrates the harvest and other blessings of the past year. Thanksgiving has been officially celebrated as an annual holiday in Canada since November 6, 1879. While the date varied by year and was not fixed, it was commonly the third Monday in October. On January 31, 1957, the Governor General of Canada Vincent Massey issued a proclamation stating: "A Day of General Thanksgiving to Almighty God for the bountiful harvest with which Canada has been blessed – to be observed on the second Monday in October."

5. Undersigned remains hopeful we can reach an agreement with the Crown on these issues. However, to do so would require Your Honor to adjourn

the October 5, 2018 detention hearing until after the Canadian holiday (Wednesday October 10, 2018) and said discussion with the Crown.

6. Counsel has tried and continues to try his hardest in all good-faith efforts to resolve the detention and extradition issues forthwith.

7. Counsel advises the Court and Government that Mr. Headley is prepared to waive extradition. Specifically, Mr. Headley is prepared to sign the appropriate document before Your Honor and engage in the necessary colloquy concerning his knowing, intelligent and voluntary waiver of extradition in order to resolve that portion of the process.

8. Mr. Headley still maintains his request for release and all matters related to his release.  Nothing contained herein should be construed to waive or otherwise recede from his well-founded lawful reasons for release.

WHEREFORE, Counsel files this Status Report & Notice of Intent to Waive Extradition.

I HEREBY CERTIFY a true & correct copy was efiled on October 4, 2018.

        GERSHMAN & GERSHMAN
        2160 W. Atlantic Avenue
        Second Floor
        Delray Beach, FL 33445
        Telephone: (561) 684-8898
        robert@rglawfirm.us
        S//Robert Gershman
        ROBERT S. GERSHMAN
        Fla. Bar No. 917397