UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-MC-81148-UNA/DLB



IN THE MATTER OF

THE EXTRADITION OF

OWEN ALTHELBERT HEADLEY
_____/

## MOTION TO SEAL CERTIFICATE OF ELIZABETH K. MAYFIELD

**COMES NOW**, the United States of America, by and through its undersigned Assistant United States Attorney, and files this Motion to Seal the Certificate of Elizabeth K. Mayfield which contains the Affidavit of Erica Whitford. It is necessary to seal this document to maintain the confidentiality of records pertaining to Minor I, the alleged victim in the case.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

        s/LOTHROP MORRIS
    By: LOTHROP MORRIS
        ASSISTANT U.S. ATTORNEY
        Florida Bar # 0095044
        500 Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        (561) 820-8711
        (561) 820-8777 (FAX)
        LOTHROP.MORRIS@USDOJ.GOV

## Certificate of Service

      I HEREBY CERTIFY that on October 5, 2018, I conventionally filed the foregoing with the Clerk of the Court.

                                        S/ LOTHROP MORRIS
                                        LOTHROP MORRIS
                                        ASSISTANT UNITED STATES ATTORNEY