UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-MC-81148-UNA/DLB

IN THE MATTER OF

THE EXTRADITION OF

OWEN ALTHELBERT HEADLEY
_____/

**ORDER TO SEAL CERTIFICATE
OF ELIZABETH K. MAYFIELD**

THIS CAUSE having come before the Court on the Government's Motion to Seal Certificate of Elizabeth K. Mayfield and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Government's Sealed Notice of Filing Certificate of Elizabeth K. Mayfield pertaining to Minor I (the "Records"), Motion to Seal the Records, and Order to Seal the Records, be **sealed** permanently.

DONE AND ORDERED on this_____day of October, 2018, in Chambers, at West Palm Beach, Florida.

_____
WILLIAM MATTHEWMAN
U. S. MAGISTRATE JUDGE

Per Local Rule 5.4(d), the matter(s) shall remain sealed:
____ years; ____ (specific date);
____ permanently; ____ (other).

1