UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-MC-81148-UNA/DLB

IN THE MATTER OF

THE EXTRADITION OF

OWEN ALTHELBERT HEADLEY
_____/

## MOTION TO SEAL
## DECLARATION OF KATHERINE C. FENNELL

**COMES NOW**, the United States of America, by and through its undersigned Assistant United States Attorney, and files this Motion to Seal the Declaration of Katherine C. Fennell. It is necessary to seal this document to maintain the confidentiality of records pertaining to Minor I, the alleged victim in the case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

s/LOTHROP MORRIS
By: LOTHROP MORRIS
ASSISTANT U.S. ATTORNEY
Florida Bar # 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV

1

## Certificate of Service

      I HEREBY CERTIFY that on October 5, 2018, I conventionally filed the foregoing with the Clerk of the Court.

                                  S/ LOTHROP MORRIS
                                  LOTHROP MORRIS
                                  ASSISTANT UNITED STATES ATTORNEY